UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

|  |  |
|---|---|
| MERCEDES GONZALES, AS ADMINISTRATRIX OF THE ESTATE OF GILBERTO GONZALEZ, et al.<br><br>PLAINTIFFS<br><br>vs.<br><br>POINT LOGISTICS, INC.,<br><br>And<br><br>MAYBACH INTERNATIONAL GROUP INC.<br><br>And<br><br>PATRICK JEAN-LOUIS<br><br>DEFENDANTS | Case No. 1:19-CV-27-GNS<br>ELECTRONICALLY FILED |

## NOTICE OF REMOVAL
## OF CIVIL ACTION

Comes Defendant, MAYBACH INTERNATIONAL GROUP INC., ("Maybach") pursuant to 28 U.S.C.A. §§ 1441 and 1446, and gives notice of the removal to the United States District Court for the Western District of Kentucky (Bowling Green Division) of the civil action styled *Mercedes Gonzalez, as administrator of the Estate of Gilberto Gonzalez v. Point Logistics Inc., Patrick Jean-Louis, and Maybach International Group, Inc.*, recently filed in the Circuit Court of Hart County, Commonwealth of Kentucky, Civil Action Number 19-CI-00013. Maybach states as grounds for removal that:

1. Plaintiff filed its Complaint on or about January 28th, 2019 in Circuit Court of Hart County, Commonwealth of Kentucky, which is within the Bowling Green Division of the

United States District Court for the Western District of Kentucky. Under 28 U.S.C. § 1446(a), removal to this division of this district is proper.

2. On or about February 6, 2019, Maybach's registered agent for service of process received a copy of the Complaint via United States Mail from the Office of the Secretary of State of the Commonwealth of Kentucky, Summons Division.

3. Maybach is an Illinois Corporation with its Principal Place of Business located in Alsip, Illinois.

4. On or about February 6, 2019, Point Logistics Inc., received a copy of the Complaint via United States Mail from the Office of the Secretary of State of the Commonwealth of Kentucky, Summons Division.

5. Point Logistics Inc., is an Illinois Corporation with its Principal Place of Business located in Carol Stream, Illinois.

6. On or about February 6, 2019, Patrick Jean-Louis, received a copy of the Complaint via United States Mail from the Office of the Secretary of State of the Commonwealth of Kentucky, Summons Division.

7. Patrick Jean-Louis is a resident and citizen of the State of New Jersey.

8. Gilberto Gonzalez was a citizen of the Commonwealth of Kentucky, with his residence address being in Louisville, Kentucky, as shown by the fact that he was issued a Kentucky driver's license, and the address of his employer is also in Jefferson County, Kentucky.

9. Mercedes Gonzalez is a citizen of the Commonwealth of Kentucky, with her residence address being in Louisville, Kentucky.

10. The Action is one which may be removed to this Court by the Defendants pursuant to 28 U.S.C.A. §§ 1441 and 1446, and over which this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332, in that diversity of citizenship exists between the Plaintiff and the Defendants hereto, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Plaintiff brings this action for the wrongful death of Gilberto Gonzalez, including funeral and medical expenses, pain and suffering, and lost earnings, as a result of a motor vehicle accident, and loss of consortium. Based on information and belief and the applicable accident report, the accident that resulted in the death of Gonzalez involved a fire that engulfed the passenger compartment of the vehicle that Gonzalez was operating at the time of impact. Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

12. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

13. On or about March 7th, 2019, this Defendant served a "Notice of Filing of Notice of Removal of Civil Action" on the Clerk of the Hart Circuit Court, Hart County, Kentucky, to be filed, a copy of which is attached hereto as Exhibit "A." On the same day, the Defendants served a copy of said pleading upon counsel for the Plaintiff in this Action by First Class United States Mail, postage prepaid.

14. On or about the date of this filing, the Defendants served upon counsel for the Plaintiff a copy of this "Notice of Removal of Civil Action", which is attached hereto as Exhibit "B." Pursuant to 28 U.S.C. § 1446(a), the following documents are attached to this Notice of Removal as Exhibit "C": a copy of all process, pleadings and orders served upon the Defendants in this matter.

15. The Co-Defendants, Point Logistics Inc., and Patrick Jean-Louis hereby consent to this removal.

WHEREFORE, Defendant, Maybach International Group Inc., gives notice of the removal of the lawsuit styled *Mercedes Gonzalez, as administrator of the Estate of Gilberto Gonzalez v. Point Logistics Inc., Patrick Jean-Louis, and Maybach International Group, Inc.*, recently filed in the Circuit Court of Hart County, Commonwealth of Kentucky, Civil Action Number 19-CI-00013.

Respectfully Submitted,

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
GZipperle@whtlaw.com
*Counsel for Defendant*
*Maybach International Group, Inc.*

# **CERTIFICATE**

I hereby certify that on the 7th day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

I further certify that a copy of the foregoing document, properly addressed and postage pre-paid, was deposited in the United States Mail to:

David M. Scott
T. Paul Chumbley
Isaacs and Isaacs
1601 Business Center Court
Louisville, KY 40299
(502) 458-1000
david.scott@isaacsandisaacs.com
*Counsel for Plaintiffs*

Casey C. Stansbury
Tia J. Combs
230 Lexington Green Circle, Suite 605
Lexington, KY 40503
(859) 899-8499
(859) 899-8498 – Fax
cstansbury@mrrlaw.com
tcombs@mrrlaw.com
*Counsel for Defendants*
*Point Logistics, Inc. and Patrick Jean-Louis*

                                            */s/ Gene F. Zipperle, Jr.*
                                            *Counsel for Defendant*
                                            *Maybach International Group, Inc.*