Filed  Case 1:19-cv-00027-GNS   Document 1-2   Filed 03/07/19   Page 1 of 6 PageID #: 8
19-CI-00013    01/28/2019    Kayla Rountree, Hart Circuit Clerk

NOT ORIGINAL DOCUMENT
03/06/2019 12:50:30 PM
81357-3

## COMMONWEALTH OF KENTUCKY
## HART CIRCUIT COURT
## CIVIL ACTION NO._____
## DIVISION _____

**MERCEDES GONZALEZ, as ADMINISTRATRIX**            **PLAINTIFFS**
**OF THE ESTATE OF GILBERTO GONZALEZ**

and

**MERCEDES GONZALEZ, Individually**

V.                        **COMPLAINT**

**POINT LOGISTICS, INC.**            **DEFENDANTS**
**640 E. Saint Charles Rd.**
**Carol Stream, IL 60188**

       Serve:     **Office of the Secretary of State**
                      **Summons Branch**
                      **700 Capital Ave., Ste. 86**
                      **Frankfort, KY 40601**

-and-

**MAYBACH INTERNATIONAL GROUP, INC.**
**5125 W. 123rd St.**
**Alsip, IL 60803**

       Serve:     **Office of the Secretary of State**
                      **Summons Branch**
                      **700 Capital Ave., Ste. 86**
                      **Frankfort, KY 40601**

-and-

**PATRICK JEAN-LOUIS**
**451 Cherry Street**
**Elizabeth, NJ 07208**

       Serve: **Office of the Secretary of State**
                 **Summons Branch**
                 **700 Capital Ave., Ste. 86**
                 **Frankfort, KY 40601**

                              \*     \*     \*     \*     \*

Come the Plaintiff, by counsel, and for their Complaint state as follows:

1. Gilberto Gonzalez was a resident of Jefferson County, Kentucky, when he died on

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)

COM : 000001 of 000003

August 27, 2018 in an automobile accident which occurred in Hart County, Kentucky. His wife, Mercedes Gonzalez, is the appointed administratrix of his estate.

2. Mercedes Gonzalez was married to Gilberto Gonzales when he died on August 27, 2018. Ms. Gonzalez is a resident of Jefferson County, Kentucky.

3. The Defendant, Patrick Jean-Louis, based on information and belief, is and was a resident of Elizabeth, New Jersey,

4. The Defendant, Point Logistics, Inc. is and was at all relevant times mentioned herein a/an Illinois Corporation doing business in the Commonwealth of Kentucky with a principal address of 640 E. Saint Charles Rd. Carol Stream, IL 60188.

5. The Defendant, Maybach International Group, Inc. is and was at all relevant times mentioned herein a/an Illinois Corporation doing business in the Commonwealth of Kentucky with a principal address of 5125 W. 123rd St. Alsip, IL 60803.

6. On or about August 27, 2018 in Hart County, Kentucky, Patrick Jean-Louis operated a motor vehicle in a careless and negligent manner.

7. As the result of Patrick Jean-Louis negligence, Gilberto Gonzalez died.

8. The Defendant, Point Logistics, Inc. from the information known, was the employer of
Patrick Jean-Louis and is vicariously responsible for the negligence of its employee.

9. The Defendant, Maybach International Group, Inc. from the information known, was the employer of Patrick Jean-Louis and is vicariously responsible for the negligence of its employee.

10. Defendants, Point Logistics and Maybach International Group, Inc. are responsible for the negligent, hiring and retention of Patrick Jean-Louis.

**WHEREFORE**, Plaintiffs respectfully request as follows:

1. Judgment against the Patrick Jean-Louis, Point Logistics, Inc., Maybach International Group, Inc. and Motorist Mutual Insurance Company for all damages they are entitled to recover under Kentucky law, including but not limited to pain and suffering, funeral and medical

Filed     19-CI-00013     01/28/2019     Kayla Rountree, Hart Circuit Clerk

NOT ORIGINAL DOCUMENT
03/06/2019 12:50:30 PM
81357-3

expenses, and lost earnings;

2. Judgment against Defendants Point Logistics, Inc., Mayback International Group, Inc. for Mercedes Gonzales loss of consortium.

3. For the Plaintiffs' costs and fees herein expended;

4. For interest on all sums awarded as permitted by the law of the Commonwealth of Kentucky;

5. For a trial by jury on all issues so triable;

6. Any and all other relief to which the Plaintiffs may appear entitled.

Respectfully submitted,

_____
David M. Scott
T. Paul Chumbley
Isaacs and Isaacs
1601 Business Center Court
Louisville, KY 40299
T: (502) 458-1000
david.scott@isaacsandisaacs.com
*Attorney for Plaintiff*

| | | | |
|---|---|---|---|
| AOC-E-105<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | Sum Code: CI | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/06/2019 12:51:25 PM<br>Case #: **19-CI-00013**<br>81357-3<br>Court:  **CIRCUIT**<br>County: **HART** |

*Plantiff,* **GONZALEZ, MERCEDES, ET AL VS. POINT LOGISTICS, INC., ET AL**, *Defendant*

TO: **MAYBACH INTERNATIONAL GROUP, INC.**
 **5125 W. 123RD STREET**
 **ALSIP, IL 60803**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*[signature]*
Hart Circuit Clerk
Date: **1/28/2019**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 _____    _____
                                                                         Served By

                                                             _____
                                                                                Title

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)

Summons ID: @00000055040
CIRCUIT: 19-CI-00013 Long Arm Statute – Secretary of State
GONZALEZ, MERCEDES, ET AL VS. POINT LOGISTICS, INC., ET AL



Page 1 of 1

eFiled

CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
03/06/2019 12:51:55 PM
81357-3

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice  *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00013**<br>Court: **CIRCUIT**<br>County: **HART** |

*Plantiff,* **GONZALEZ, MERCEDES, ET AL VS. POINT LOGISTICS, INC., ET AL**, *Defendant*

TO:  **PATRICK JEAN-LOUIS**
     **451 CHERRY STREET**
     **ELIZABETH, NJ 07208**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Kayla Rowntree*

Hart Circuit Clerk
Date: **1/28/2019**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: @00000055041
CIRCUIT: 19-CI-00013 Long Arm Statute – SOS - Restricted Delivery
GONZALEZ, MERCEDES, ET AL VS. POINT LOGISTICS, INC., ET AL



Page 1 of 1

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)

CI : 000001 of 000001

eFiled

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI  <br>Rev. 9-14  <br>Commonwealth of Kentucky  <br>Court of Justice  *Courts.ky.gov*  <br>CR 4.02; Cr Official Form 1 |  **CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT  <br>03/06/2019 12:51:09 PM  <br>Case #: **19-CI-00013**  <br>81357-3  <br>Court: **CIRCUIT**  <br>County: **HART** |

*Plantiff*, **GONZALEZ, MERCEDES, ET AL VS. POINT LOGISTICS, INC., ET AL**, *Defendant*

TO: **POINT LOGISTICS, INC.**
**640 E. SAINT CHARLES RD**
**CAROL STREAM, IL 60188**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Kayla Rowntree*
Hart Circuit Clerk
Date: **1/28/2019**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: @00000055039
CIRCUIT: 19-CI-00013 Long Arm Statute – Secretary of State
GONZALEZ, MERCEDES, ET AL VS. POINT LOGISTICS, INC., ET AL

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)
CI : 000001 of 000001



Page 1 of 1

