Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT BOWLING GREEN

CIVIL ACTION NO. 1:19-CV-00027-HBB


MERCEDES GONZALEZ                          PLAINTIFF

vs.

POINT LOGISTICS, INC. and

PATRICK JEAN-LOUIS                         DEFENDANTS




DEPOSITION OF

JOEY STIDHAM


Tuesday, December 15, 2020 at 2:02 p.m.

All appearances were via teleconference








MAGNA LEGAL SERVICES

866.624.6221

www.MagnaLS.com



1                A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFF:

3         David M. Scott

4         Isaacs & Isaacs

5         1601 Business Center Court

6         Louisville, KY 40299

7

8    ON BEHALF OF THE DEFENDANT MR. JEAN-LOUIS:

9         Michael E. Hammond

10        Landrum & Shouse

11        106 W. Vine Street, Suite 800

12        Lexington, KY 40507

13

14   ON BEHALF OF THE DEFENDANT MOTORIST MUTUAL INS. CO.:

15        Alexander J. Kuebbing

16        Gwin Steinmetz & Baird

17        401 West Main Street, Suite 1000

18        Louisville, KY 40202

19

20   ON BEHALF OF THE DEFENDANT POINT LOGISTICS:

21        Stockard R. Hickey

22        Kopka Pinkus Dolin

23        462 South Fourth Street, Suite 101

24        Louisville, KY 40202

25



Page 3

1   COURT REPORTER:

2        Susan Toby

3

4                          I N D E X

5   Proceedings.................................... 4

6   Examination by Attorney Hickey ..................4

7   Examination by Attorney Hammond ................93

8   Examination by Attorney Scott ..................93

9   Certificate of Reporter.......................100

10

11                      E X H I B I T S

12   EXHIBIT 1:  Stidham's file .........postmarked (5)

13   EXHIBIT 2:  Curriculum Viète ...................12

14   EXHIBIT 3:  One Note file .........postmarked (31)

15   EXHIBIT 4:  Truck photo with damage ............75

16   EXHIBIT 5:  Driver's Daily Log .................84

17

18                        L E G E N D

19   dashes [--]          intentional interruption

20   ellipsis  [...]      halting speech, omission of words

21   [ph]                 denotes phonetically written

22   [sic]                written as said

23   uh-huh               affirmative response

24   unh-unh              negative response

25



Page 4

```
 1                   P R O C E E D I N G S
 2              It is hereby agreed by and between counsel for
 3         the respective parties that the reading and signing
 4         of the deposition transcript shall be waived.
 5              All appearances were via teleconference due to
 6         COVID-19 restrictions.
 7              Whereupon, JOEY STIDHAM, having been first
 8         duly sworn and cautioned to speak the truth,
 9         testified as follows:
10                        DIRECT EXAMINATION
11    BY ATTORNEY HICKEY:
12    Q    Can you state your full name, please?
13    A    Joseph Edward Stidham.
14    Q    Mr. Stidham, you brought with you today your file
15         materials for the case Gonzalez versus Point
16         Logistics, et al?
17    A    I do have it with me, yes.
18    Q    Does that file contain all of the documents that
19         you've considered in relation to this case?
20    A    It does.
21    Q    Would you be willing to furnish the complete copy
22         of that file to the court reporter as an exhibit to
23         your deposition?
24    A    Sure.  How would you request that I do that
25         exactly?  I load it to Dropbox and share it?  How
```



Page 5

```
 1        would you like that done?
 2             ATTORNEY HICKEY:  Ms. Court Reporter, what's
 3        the easiest way to get that done?
 4             COURT REPORTER:  Dropbox is fine, emailing,
 5        however.  I can give you the information after the
 6        deposition.
 7             WITNESS:  I can tell you without question,
 8        emailing won't work --
 9             COURT REPORTER:  We'll just do Dropbox, that's
10        fine.
11             ATTORNEY HICKEY:  We'll call that Exhibit 1.
12   Q    It's my understanding that you've been retained as
13        an expert witness in the case of Mercedes Gonzalez
14        versus Point Logistics, Patrick Jean-Louis and
15        Motorists Mutual Insurance; is that correct?
16   A    I believe that would be correct.
17   Q    In what area of expertise do you retain?
18   A    Trained collision reconstruction, as a truck and
19        safety analyst and an analyst to look at the GPS
20        data that was provided by KeepTruckin and by
21        Verizon Connect.
22   Q    Have you been retained in other personal injury or
23        wrongful death cases as an expert witness?
24   A    Yes.
25   Q    How many times?
```



Page 6

1    A    I have no idea.  Thousands.  I've been doing this

2         for 22 years.

3    Q    Have you testified in court as an expert witness

4         before?

5    A    We both know that.  Yes.

6    Q    I may ask you some questions that we both know the

7         answer to but we need to get it under oath, on the

8         record.  How many times have you testified in court

9         as an expert on?

10   A    I'll have to go back and count.  It's on my CV.

11   Q    Every case you've ever testified is listed on your

12        CV?

13   A    No.   There are hundreds of cases that I testified

14        as a Kentucky State Trooper that aren't listed.

15        Ones that I've testified as a traffic collision

16        reconstructionist to the best of my ability are on

17        there.

18   Q    Do you remember the first time you testified in

19        court?

20   A    Sure do.

21   Q    When and where was that?

22   A    Pike District Court, 1991, Kent Carter was the

23        judge, Howard Keith Hall was the county attorney.

24        I remember that I was asked questions -- the very

25        first question I was asked was nothing to do with



Page 7

```
 1        the case.

 2    Q   Do you remember when and where you testified most

 3        recently, the last time before today?

 4    A   In a trial or in a deposition?

 5    Q   Either one.  Let's start with a deposition.

 6    A   Deposition was last week in Bowling Green,

 7        Kentucky.

 8    Q   And trial?

 9    A   Last trial I had would probably have been with you

10        in Louisville in the US District Court.

11    Q   Would that be in 2019?

12    A   I think so.

13    Q   Has any court ever ruled any part of your testimony

14        inadmissible?

15    A   There have been several times that I've had pieces

16        of my testimony -- I've not been allowed to testify

17        to, because the judge had previously -- or after I

18        wrote the opinions, had stricken part of the

19        evidence that I had relied on.  Something that had

20        been obtained wrongfully or the judge's rule was

21        inadmissible and I had relied upon it.  Other than

22        that, I'm not aware of any.

23    Q   Has any judge ever ruled that you were not an

24        expert in a field that you had written an opinion

25        on?
```



Page 8

```
 1   A   To my knowledge, no.
 2   Q   Do you know about how many cases you've testified
 3       that involved tractor trailers?
 4   A   No, sir.  Not without going through and looking.
 5   Q   On the basis in which you've been retained, what
 6       percentage were you retained by the plaintiff side?
 7       Civil cases.
 8   A   It's typically about a 60/40 split now.
 9   Q   When you say now, what time period does that
10       include?
11   A   Over the last couple years, before that, I would
12       say it was 50/50 and then before that, it was
13       90/10, plaintiff versus defense.
14   Q   Have you ever been retained by Mr. Scott or a
15       member of his firm before?
16   A   Yes.
17   Q   How many times by Mr. Scott?
18   A   Maybe three or four times specifically by Mr.
19       Scott.  This would have been the first case Mr.
20       Scott retained me on.
21   Q   What about his firm?  About how many times have you
22       been?
23   A   I don't know.
24   Q   A lot?
25   A   Yes.
```



Page 9

1   Q   Have you reviewed any documents that pertain to

2       this case in the past seven days?

3   A   Yes, sir.

4   Q   Generally, what have you reviewed?

5   A   I've reviewed everything in my file.

6   Q   Anything else?

7   A   Yes.  The appendix to part 395 of the Federal Motor

8       Carrier Safety Regulations.  We had about a two-

9       hour conversation with KeepTruckin on the validity

10      and reliability of their system.  I've actually

11      ordered a KeepTruckin system for my trucking

12      company to test.  The deposition of Daniela -- just

13      a second, let me look -- Haisan, the deposition of

14      Jean-Louis -- Patrick Jean-Louis.  I think that's

15      it, in addition to -- oh, EOD, the rules on

16      electronic devices, it's in part 395 of the Federal

17      Motor Carrier Safety Regulations.

18  Q   When did you review those materials?

19  A   Started last Friday with a phone call with the Demo

20      and a phone call with KeepTruckin.  I -- then --

21      over the weekend.  And finished -- I actually

22      finished a couple hours ago.

23  Q   Who provided you with the material?

24  A   No one.  The depositions were provided by Mr. Scott

25      but everything else was things I gathered.



```
1    Q    I'm sorry, everything else was . . .

2    A    Things that we gathered within the office.

3    Q    How had you gathered them?

4    A    Either by the internet or actually talking with the

5         folks from KeepTruckin.

6    Q    Who did you speak to at KeepTruckin?

7    A    I don't know his name.  We recorded -- we recorded

8         the demonstration, it's an hour and 13 minutes

9         long.

10   Q    Is that recorded conversation part of your file

11        material?

12   A    It will be, yes.

13   Q    And you will produce that as part of Exhibit 1.

14   A    Yes.

15   Q    Have you ever held a teaching position?

16   A    No.

17   Q    Have you ever been arrested or charged or convicted

18        of any crime?

19   A    I have never been arrested.  I was charged with a

20        crime that was later expunged from my record.  And

21        the person that got the criminal summons on me

22        stated he realized that I did not do what he asked

23        me to do.

24   Q    What was the charge?

25   A    Harassment.
```



Page 11

1   Q   About when was that?

2   A   '99 or 2000, somewhere in there.

3   Q   Have you ever been a party to a civil lawsuit,

4       either as a plaintiff or defendant?

5   A   Yes.

6   Q   How many times?

7   A   Once that I'm aware of, that I can recall.

8   Q   What was the nature of that case?

9   A   I sued the Leslie County Water District for

10      flooding my office.  Wait, I apologize Mr. Hickey,

11      I was actually sued when I was a trooper, I forgot

12      that -- forgot about it.  For a traffic collision.

13  Q   When was the suit against the Leslie County Water

14      District?

15  A   Two years maybe three years ago.

16  Q   And when was the lawsuit when you were sued as a

17      trooper?

18  A   That's stemmed from -- would have been pre-'95,

19      could have been pre-'96.  I don't remember the

20      date.  I left Pike County, Kentucky September of

21      1995, so it would have been prior to -- I'm sorry,

22      September '93, so it would have been prior to that.

23  Q   The attorney who retained you in this case provided

24      me with some disclosures, including your CV.  Did

25      you produce that to him?



```
 1   A    I did.  I don't know that he's given you the most

 2        up to date one but I did produce a CV to him.

 3             ATTORNEY HICKEY:  Ms. Court Reporter, is that

 4        something you can put on the screen?

 5   Q    Mr. Stidham, if you can look at this and let us

 6        know if that's the most up to date copy of your CV.

 7        You can flip through the pages as necessary.

 8             COURT REPORTER:  Hold on.  Magna is supposed

 9        to be doing that.  Just a second.

10   Q    Just to save time, is that something you could

11        produce to the court reporter with your Dropbox

12        production?

13   A    Yeah, I always do.  Yes, sir.

14             ATTORNEY HICKEY:  Let's just call that Exhibit

15        2, then, the copy that he's going to produce.

16             (WHEREUPON, EXHIBIT 2, CURRICULM VITAE,

17             CONSISTING OF 33 PAGES, WAS MARKED FOR

18             IDENTIFICATION.)

19   Q    Has it changed much?  The one that I have is 32

20        pages long; does that sound about right?

21   A    I think that's about correct.

22   Q    Has it changed much in the last year or so?

23   A    I reorganized it.  Yes, it has.  Since -- in the

24        last few months, I've got my CDL and I watched a

25        month-long drivers training for that, that's on the
```



```
 1         new CV.  There's a few more drivers' classes that
 2         are on there, other than that, that's about it.
 3         And as I say, I've reorganized it so it makes
 4         things easier to see.
 5    Q    Can you describe your formal education as it
 6         applies to accident reconstruction?
 7    A    I have an associates degree from Hazard Community
 8         and Technical College.  I have a bachelor's in
 9         science degree from Hazard Community and Technical
10         College.   Within those two degrees, I've had a
11         course on investigations, a course on interviewing,
12         a course on forensics, several math courses, a
13         physics course.  Within my formal education, that
14         would be the courses that are most relevant.  And I
15         also had three or four psychology courses.
16    Q    It's my understanding you first took a course in
17         accident reconstruction while you were a state
18         trooper in about 1996.
19    A    The course was in '95, I finished in '96 and I
20         would say I finished the first three core classes
21         on reconstruction in '96 and I'm still going
22         through training today.
23    Q    And in 1998 you left the state police and went into
24         business for yourself, correct?
25    A    That is correct.
```



Page 14

```
 1   Q   And you formed a limited liability company called
 2       Stidham Reconstruction and Investigation; is that
 3       right?
 4   A   That is correct.
 5   Q   Why did you do that?  Why did you form a company?
 6   A   Actually, I was marred to an attorney at the time
 7       and she told me I had to.
 8   Q   Can't say no to that.
 9   A   Huh?
10   Q   Can't say no to that.  Boss speaks, you do.  Since
11       1998, according to your CV, you have reconstructed
12       more than 2,000 motor vehicle accidents.
13   A   Yes.
14   Q   That's almost 100 accident reconstruction projects
15       per year on average; does that sound right?
16   A   That's low but yes, that's -- it would be a low-end
17       estimate.
18   Q   It could be more than that?
19   A   Yes.
20   Q   So it's about one new accident reconstruction
21       project every four days?
22   A   That's a low number.
23   Q   You think it's more than that?
24   A   I know it's more than that.
25   Q   How many accident reconstruction projects did you
```



Page 15

1      have in 2019?

2  A   I don't know the exact number.

3  Q   Do you know the approximate number?

4  A   I don't.

5  Q   How many accident reconstruction projects did you

6      have in 2020?

7  A   I don't know the exact number.

8  Q   Have you turned down any requests to do accident

9      reconstruction projects in 2020?

10 A   Yes.

11 Q   How many?

12 A   I don't know how many.  I turned down one last

13     week.

14 Q   Why?

15 A   That's -- I did not like the politics behind the

16     case.

17 Q   Have you ever authored any publications in the

18     field of accident reconstruction?

19 A   I offered a publication for the Department of

20     Public Advocacy, I think it was in 2000 or 2001.

21     It was basically a handbook about what evidence to

22     look for in the field and how to document it,

23     collect it, start from the field to the court room.

24     Other than that, that's it, other than the

25     PowerPoints that I've given at seminars.



Page 16

1   Q   Did the 2000/2001 handbook have anything to do with

2       accident reconstruction?

3   A   It was all about -- it was totally about traffic

4       collisions, that's all it was.

5   Q   It was for the Department of Public Advocacy,

6       right?

7   A   Yes.

8   Q   Are you a registered professional engineer?

9   A   I am not.

10  Q   Do you have a degree in engineering?

11  A   I do not.

12  Q   Do you have a degree in medicine?

13  A   I do not.

14  Q   Do you have a degree in material science?

15  A   I do not.

16  Q   Are you trained as an ophthalmologist or

17      optometrist?

18  A   I am not.

19  Q   Do you hold a commercial driver's license?

20  A   Yes.

21  Q   When did you first obtain your CDL?

22  A   In April of this year.

23  Q   Why did you get a CDL?

24  A   Wait just a second, Mr. Hickey, I think I gave you

25      the wrong date.



Page 17

1   Q   That's fine.

2   A   I'll have to look at my CV.  It was about three

3       months ago -- three to four months ago whenever I

4       got my CDL.

5   Q   Fall 2020 sound about right?

6   A   Yes.

7   Q   Why did you get a CDL?

8   A   One, I own a trucking company.  Two, it goes hand

9       in hand with what I do and I've been asked several

10      times about that -- about having a CDL.  And three,

11      I've got a couple friends that are asking me to go

12      into the trucking business with them and I'm

13      helping them with the regs and then with their

14      administration of it.

15  Q   Have you ever worked as a professional truck

16      driver?

17  A   Define that because for the past three and a half

18      years, I've been driving commercial truck for SRI.

19  Q   Do you haul freight for anyone other than yourself?

20  A   I have not.

21  Q   Have you hauled freight of any kind?

22  A   Just the equipment that SRI has.

23  Q   And the truck that you drive for SRI, what kind of

24      truck is it?

25  A   It's a Ford F-150.



Page 18

```
 1   Q   Have you ever worked as a heavy truck mechanic?
 2   A   No, sir.
 3   Q   Have you ever conducted or participated in crash
 4       testing of commercial vehicles?
 5   A   Yes.
 6   Q   When was that?
 7   A   Several times at IPTM when I was there and going
 8       through training and seminars that I've been to.
 9   Q   About what years were those?
10   A   That's all in my CV dates.
11   Q   Have you ever conducted or participated in
12       acceleration testing of commercial vehicles?
13   A   Yes.
14   Q   When was that?
15   A   Again, it's on my CV.  The first three commercial
16       motor vehicle courses that I had at IPTM, we did
17       acceleration and braking testing in all of them.
18   Q   What was the process?  How did you find the --
19   A   The first one was --
20   Q   -- acceleration of commercial vehicles?
21   A   The first course I had was in '96, it was while I
22       was a state trooper.  The Institute of Police
23       Technology and Management came to Richmond,
24       Kentucky to put on the course.  There was police
25       officers from all over the state there.  They
```



```
 1          actually had a tractor-trailer we took to the
 2          Lexington airport.  We did -- we did a mechanical
 3          inspection on it and then we did acceleration and
 4          braking testing on it there.  The other two courses
 5          I went to Jacksonville, Florida, I think, it was in
 6          2005, it's in my CV.  And they took -- they had --
 7          they rented trucks, they had two trucks, two
 8          different ones, one each course.  They took those
 9          out to the, I think it was the Navy -- either Navy
10          -- it was either an abandoned Navy base or Air
11          Force base and had a huge runway, we tested them
12          there.  And the last time that I did testing with a
13          commercial motor vehicle was ECM course that we
14          had, it was in Florida but it wasn't Jacksonville,
15          it was supposed to be somewhere else and we did
16          acceleration and braking testing there as we were
17          downloading ECMs in the truck to see how it
18          affected the data.
19     Q    And when was that last course?
20     A    Let me pull my CV up and I'll tell you.  Would have
21          been in 2016, February 15 through the 18th.
22     Q    Have you ever marketed your services as an expert
23          witness or a consultant?
24     A    We have a website and we do Facebook but that's it.
25     Q    Are you listed with any expert witness referral
```



Page 20

```
 1        services?

 2   A    No, sir.  Not that I'm aware of.

 3   Q    What do you charge to do an accident reconstruction

 4        consultation now?

 5   A    Define consultation.  Just to look at a case, I

 6        don't charge anything.  But if I take the case,

 7        it's $150 an hour.

 8   Q    $150 per hour?

 9   A    That's correct.

10   Q    Is there a minimum?

11   A    No.

12   Q    Do you have a printed fee schedule or a prepared

13        fee schedule?

14   A    No.  I just have a contract that I send to the

15        attorneys.

16   Q    Is a copy of that contract in the file materials

17        that are going to be Exhibit 1 to your deposition?

18   A    Yes, sir.

19   Q    What annual income to you derive from performing as

20        an expert witness?

21   A    I'm not sure exactly.  I would have to look.

22   Q    Can you approximate for last year?  For 2019?

23   A    I don't -- truly, I don't know.

24   Q    Can you put a range on it?  Is it more than

25        $100,000?
```



Page 21

1   A   Yes, it has to be.

2   Q   Is it more than $200,000?

3   A   I would say it's in the neighborhood of 200,000.

4   Q   How many hours a week do you bill to your clients
5       on average?

6   A   I have no idea.  I typically work from the time I
7       get up until the time I go to sleep, seven days a
8       week.

9   Q   And are you billing for most of that time?

10  A   No.  I probably bill for half of it.  I have a lot
11      of administrative stuff.  I have 14 folks that work
12      for me, there is other people doing things in this
13      office that I have to oversee but I am typically
14      working from the time I get up till the time I go
15      to sleep every day.

16  Q   What time do you get up?

17  A   That depends.  Depends on how late I work at night,
18      and that's just the truth.

19  Q   How many hours a day do you think you work?

20  A   I would say on average 13 to 15.

21  Q   And you bill for about half of that?

22  A   I would say.  I would say about half is what I'm
23      doing.

24  Q   What standards or ethics apply to you as an expert
25      witness?



```
 1  A    There are three organizations that I belong to that
 2       I have ethics standards but as far as saying
 3       there's some standards of ethics, there's nothing
 4       published for traffic reconstructionist.  There are
 5       as a private investigator but as a traffic
 6       reconstructionist, there's nothing published.
 7  Q    Can you name some individuals who you consider to
 8       be your peers, with respect to your opinions in
 9       this case?
10  A    Sure.  Tony Baker and Bob Sheffield and Jeremy
11       Woods.
12  Q    What makes them your peers?
13  A    Tony and Bob both are traffic reconstructionists.
14       Tony -- both of them work for me -- or work with
15       SRI.  Tony was actually one of my trainers when I
16       went through reconstruction back in '95 and '96, he
17       was assistant director of IPTM and he now works for
18       SRI.  Bob was the traffic reconstruction
19       coordinator at Nashville PD until he retired two
20       years ago and he's been working with SRI since
21       then.  Jeremy works here as well.  He was a
22       geomapping specialist in the Marine Corp, when it
23       came to the GPS data and validity, I referred to
24       Jeremy along with what I knew, both of us worked on
25       there together.  But all four of us had looked at
```



Page 23

```
 1        this case and reviewed it and went over it back and
 2        forth and all of us had input on it.
 3   Q    Are you aware of anyone who disagrees with your
 4        opinions in this case?
 5   A    Am I aware of what?
 6   Q    Anyone who disagrees with the opinions you've
 7        formed in this case?
 8   A    Sure.  Your client Mr. Jean-Louis.  And the -- I
 9        don't know that the safety director, Daniela Haisan
10        disagrees.  When I read her deposition, she simply
11        had not analyzed the GPS data from KeepTruckin and
12        would not -- would not acknowledge that was GPS
13        data, she kept saying it was location data.
14   Q    It's your belief that Mr. Jean-Louis disagrees with
15        your opinions?
16   A    He absolutely disputes stopping beside the roadway.
17   Q    Is there anyone else who you know disagrees with
18        your opinions?
19   A    No.
20   Q    When were you first contacted, with respect to this
21        case?
22   A    Day I was retained was September 12, 2018.
23   Q    Was that the first time you were contacted about
24        it?
25   A    No.  I would have been contacted a few days before
```



```
 1          that but that's the date that I got the contract
 2          and we retained their check.
 3    Q     Who contacted you?
 4    A     Mr. Scott.
 5    Q     How did he contact you the first time?
 6    A     Via phone.
 7    Q     What did he say when he first contacted you about
 8          the case?
 9    A     He told me where the case was, the family had
10          contacted him, they were adamant that Mr. Gonzalez
11          did not do anything wrong, told me where he thought
12          the trucks were and he asked me if I would go take
13          a look at it.
14    Q     And what did you think?
15    A     I told him I would.
16    Q     Is it your belief today that Mr. Gonzalez did
17          nothing wrong?
18    A     Based on everything that I see in this case, I
19          don't see anything in the data that he did that
20          caused this collision, no.
21    Q     Okay.  Qualify within the data.  The question was
22          is it your opinion that Mr. Gonzalez did nothing
23          wrong to cause or contribute to the accident?
24    A     I answered that as best I can, I have data.  I
25          don't have -- the data itself shows what occurred,
```



```
1              I don't know what happened in the last seconds for

2              him.  There's a period of time from the last ping

3              of the GPS to where his engine shut off.  I don't

4              know what he did in that time period.  So it's

5              almost impossible to answer that question.

6     Q        Is there any factual information to form statements

7              of counsel or lawyers that you've received in

8              relation to this case?

9     A        Mr. Hickey, I don't understand your question.  I

10             apologize, I just don't understand.

11    Q        Let me back up a little bit.  You base your opinion

12             on facts; is that correct?

13    A        On data, yes.

14    Q        On data.  Does that include statements of witnesses

15             and statements of individuals?

16    A        Yes.

17    Q        Did any lawyer tell you of any facts related to the

18             accident that you relied upon?

19    A        No.

20    Q        Did any witnesses make any statements that you've

21             relied upon?

22    A        I relied upon the statements of your client -- of

23             Stanley Pierre that was asleep in the truck.  The

24             deposition of the witness.  I also relied on the

25             state police reconstruction.  Police report that
```



Page 26

```
 1              was there, the physical evidence, the ELD data,
 2              which included the GPS data for both trucks.  But
 3              there are no other statements that I'm aware of of
 4              anyone that saw this wreck.
 5    Q    You indicated earlier that you had reviewed the
 6              depositions of the company representative for Point
 7              Logistics and of Mr. Jean-Louis, correct?
 8    A    That is correct.
 9    Q    Have you seen any other depositions in this case?
10    A    No, sir.
11    Q    Have you reviewed any photographs or video
12              recordings in relation to this case?
13    A    I have reviewed photographs but no video
14              recordings.  Now, I understand there was a video
15              recording made my Stanley Pierre that's in his
16              statement but that's never been turned over to me.
17    Q    Have you maintained each of the documents and
18              pieces of information you received in relation to
19              this case?
20    A    Yes, sir.
21    Q    And all those are in Exhibit 1, correct?
22    A    Yes, sir.
23    Q    Did you take any notes at any time regarding this
24              case?
25    A    Not that I'm aware of.
```



Page 27

1   Q   Did you ask anyone for any factual information

2       about this case?

3   A   Yes.

4   Q   What did you ask for?

5   A   There were multiple requests that I made to Mr.

6       Scott when he first contacted me about this case.

7       When he first contacted me, I told him there was

8       nothing I could do without the data.  And when he

9       asked me what I needed, I started telling him and

10      started gathering.

11  Q   What did you ask for?

12  A   I asked for the EODs, for any GPS tracking on the

13      trucks.  I wanted the image of the ECM that was in

14      Mr. Jean-Louis's truck that -- we simply couldn't

15      get that, the truck was gone.  There was no way to

16      image the ECM that was in Mr. Gonzalez's truck, it

17      was just destroyed in the fire.  I also wanted cell

18      phone records, that never materialized.

19  Q   Do you know why it never materialized?

20  A   I have no idea.

21  Q   How would the cell phone records help you?

22  A   For the -- I don't agree with their driver.  After

23      we got the EOD data from Mr. Jean-Louis, there was

24      a question that Mr. Scott and I had about whether

25      Point Logistics called him or whether he called



1       them and they just -- they were never obtained, to

2       my knowledge.

3   Q   Have you made any judgements about the credibility

4       of any witnesses in this case?

5   A   Sure.

6   Q   Who is that?

7   A   Mr. Jean-Louis.

8   Q   What judgement have you made?

9   A   That he committed perjury in his deposition.

10  Q   And --

11  A   And he -- and he just -- he just simply lied to the

12      trooper about what happened.

13  Q   Has anyone asked you to make any assumptions in

14      this case?

15  A   No, sir.

16  Q   Have you made any assumptions?

17  A   I think with every reconstruction that you do there

18      are some assumptions you have to make.  You have to

19      assume that training and materials you've relied

20      upon are accurate, you have to assume that studies

21      that you rely upon are accurate and you try to take

22      what pieces of evidence that you have and fit them

23      together into a puzzle that most -- has the most

24      probability of what occurred.

25  Q   Do you have any concerns or reservations about the



1        assumptions you made in this case?

2  A   No, sir.

3  Q   How much time have you spent working on this case?

4  A   I have no idea.

5  Q   Do you have billing records?

6  A   My billing records won't reflect all the time I've

7        spent on this case but yes, I do.

8  Q   Are they part of Exhibit 1?

9  A   No, sir.  I haven't been asked for my billing

10       records.

11  Q   Would you be willing to produce those billing

12       records to the court reporter as Exhibit 3?

13  A   I'd be happy to send them to Mr. Scott and me and

14       him can decide how to go from there.

15       ATTORNEY HICKEY:  David, would you be willing

16       to produce the billing records for this case?

17       ATTORNEY SCOTT:  Yeah.  I think that that's

18       information we'll exchange when we get through and

19       the expert evolves as well but when I receive that,

20       I'll forward that to you.  I think we're both

21       entitled to exchange that information regarding

22       experts.

23  Q   How much time have you spent on investigation in

24       this case?

25  A   Mr. Hickey, I couldn't tell you.



Page 30

1  Q   How much time have you spent on research?

2  A   There's no way for me to tell you.  My billing

3      record won't reflect it, it'll only reflect what

4      I've billed for.

5  Q   How much time have you spent on analyzing the

6      information in this case?

7  A   I don't know without looking.  There's no way.

8  Q   Is there something you could look at that would

9      refresh your memory?

10 A   I'd have to look at the billing record but even

11     that's not going to tell you how much time, because

12     I've spent more than -- whatever is on my record,

13     there's more.

14 Q   How much time have you spent educating the attorney

15     about this case?

16 A   Several hours.

17 Q   How much time have you spent preparing reports in

18     this case?

19 A   Without looking at the billing records, I couldn't

20     tell you.

21 Q   Would that be accurately reflected in the billing

22     records?

23 A   No.  What time I sit at my desk will be there, what

24     time I spend while I'm out driving, working, no,

25     it's never on the bill.



Page 31

1    Q    How much time have you spent preparing to testify

2         in this case?

3    A    Part of the day Friday, Sunday, Monday, yesterday

4         and part of the day today.  I don't know the exact

5         amount of time, it's 30 hours or so, I would say.

6    Q    Have you prepared any exhibits or models in this

7         case?

8    A    Yes.

9    Q    What have you prepared?

10   A    Besides my report, I have what I call a One Note

11        that notes everything that I've done or everything

12        that supports my opinions and what I've done.

13   Q    Is that part of Exhibit 1?

14   A    No.

15   Q    Is this something you would be willing to make

16        Exhibit 3 to your deposition?

17   A    If Mr. Scott says that's okay, yeah, I don't care a

18        bit.  It's all -- everything that's in -- well, not

19        everything.  Most of what's in that is in my file.

20            ATTORNEY HICKEY:  We'll make the One Note file

21        Exhibit 3, pending Mr. Scott's approval.

22   Q    Is that something you could add to the Dropbox

23        you're sending the court reporter?

24   A    I think so.

25   Q    Can you describe for us the work you did on this



1        case chronologically?

2   A    First thing I did was go to the scene.  And then I

3        found the two trailers which were close to the

4        scene.  Called Mr. Scott from there and talked to

5        him while I was at the trailers.  Then we went back

6        a few days later and mapped the scene, gathering

7        the evidence that was there.  And then from there,

8        it was really a wait.  There's a period of time

9        that Mr. Scott and I had the discussion about this

10       case and with the information that I had, I told

11       him I simply couldn't help him because there -- I

12       just didn't have enough data.  I didn't have the

13       police photographs, I didn't have anything.  Then

14       when he started gathering the data, we start -- I

15       started piecing together what occurred.

16  Q    What changed from the time you told him you could

17       not help him to the time you felt that you could

18       help him?

19  A    He started getting information.  He started getting

20       police photographs, he started getting the

21       reconstruction report, he started getting the

22       logbook data.  When he got the GPS data for the

23       logbooks, that's when things started fitting

24       together as to what occurred.  I knew the story

25       that was in the police report of your client going



Page 33

 1    50 at the time at impact.  That did not at all fit

 2    with the physical evidence that was at the scene.

 3    The impact was too severe for that.  At the time I

 4    was assuming a 20 mile an hour impact between the

 5    two trucks and I knew that the engine and

 6    transmission would have probably been knocked out

 7    of Mr. Gonzalez's truck, I hadn't seen the truck or

 8    hadn't seen the photographs, but at the scene from

 9    all the gouge marks in the roadway and the

10    location, I knew there was severe damage to the

11    truck, along with there was brake marks all the way

12    up the highway, so I knew the air system -- I knew

13    the air system had been depleted in Mr. Gonzalez's

14    truck very quickly and the spring brakes had

15    applied because of those brake marks.  And that

16    just did not -- that was not in any way indicative

17    of a low speed -- lot closing speed impact.  So in

18    my opinion, at the scene, Mr. Jean-Louis was

19    traveling much slower than he had stated to the

20    trooper.

21  Q  Did you conduct any research in connection with

22    this case?

23  A  Yes, we did.  After we -- after -- after Mr. Scott

24    told me that a big part of the fence so far had

25    been -- that the data from KeepTruckin EOD was not



1          accurate, we started digging in and looking at the

2          accuracy in the rules on ELDs.  And there are

3          specific rules about how they get specific data

4          that are published in Federal Vehicle Standards

5          and/or Federal Motor Carrier Safety Regulations.

6          And what we were seeing in the rules themselves, a

7          lot of the data that's in the GPS information was

8          self-authenticated.  For instance, the milage

9          that's logged on each data point is actually taken

10         from the ECM in the truck.  The speeds that are in

11         the GPS are actually taken from the ECM in the

12         truck, they're not something that's gathered by a

13         satellite.  The time by the rule has to be UTC time

14         set for the area the truck is in or its home base

15         of operation.  That's why when we look at the two

16         GPS units, the time -- the times match, because by

17         rule, they would have to.  So when you look at the

18         mileage from the odometers and the speeds and you

19         do a calculation on that from where the truck

20         stopped beside the roadway to where it came to a

21         final rest, that actually matches within 11 feet of

22         the GPS points that I have in my report just from

23         the GPS data.

24    Q    Did you conduct any experiments or tests in

25         relation to this case?



Page 35

```
 1    A    The answer to that is yes and I will be.  And the

 2         yes is the first ELD system that I had at SRI was

 3         KeepTruckin.  So a lot of the things that your

 4         safety director was saying, I knew on face value

 5         was not accurate because I had the system.  The

 6         reason I got rid of the system was when I bought my

 7         Ford F-150, it actually had a programmer -- an

 8         after-market programmer on the engine and the ELD

 9         system would not work with it.  KeepTruckin didn't

10         know that, I didn't know that.  So I sent it back

11         to them and I got one from J.J. Keller, which I

12         have now, it wouldn't work either.  When I called

13         J.J. Keller, we figured out it was because that

14         programmer and I actually had to take the truck

15         back to Ford and have it set back to factory

16         settings for it to read it.  Wasn't any problem

17         with KeepTruckin, it's just the way the systems

18         are.  So the system itself, when I had it at the

19         beginning in 2018, I knew it had GPS tracking in it

20         because I would drive and would be on the phone

21         with Jason at the office and he would be looking at

22         me, we knew the GPS coordinates were correct.  He -

23         - you can watch a truck go down the road in live

24         time.  And on the demo video, you'll see them doing

25         that for us.  And we knew there's a history that
```



```
1        you can retain.  Now, as far as the alert that
2        KeepTruckin will give you, within 30 minutes of you
3        going over hours, your clock will turn yellow, so
4        you know you're about to be in violation.  I don't
5        know if he -- I don't know if he set an audible
6        alert or what he did, I don't know.  You can do
7        that in KeepTruckin -- or you could, I don't know
8        if you still can.  But it will absolutely alert the
9        driver.  But it also alerts the administrator.
10       When we would look at it on our screen, then if you
11       looked at me driving and I got close to a
12       violation, my name would light up yellow on the
13       screen for the administrator back here at the
14       office.  So there was things that I knew were
15       inconsistent with the data.  She had said that the
16       system communicates through your cell phone and if
17       your cell phone loses connectivity, the system
18       does.  That's not true at all.  The ELD device
19       itself has its own cell phone data carved in it and
20       if it loses connectivity, it keeps recording just
21       as if -- just as if it was connected and then when
22       it reconnects, it simply uploads that data.  I knew
23       that from the first time, because I really asked
24       questions on this video you're going to watch.  We
25       -- on this video, we specifically asked the
```



1        question about the video and the accuracy of the

2        GPS and his statement as best as I can recall

3        verbatim is, that's the most reliable part of the

4        system was the GPS.  So there's a lot of

5        inconsistencies with what she said and what you're

6        going to hear on the video itself as he's walking

7        us through on the various things that the system

8        will do.

9   Q   When you say that system, are you specifically

10       referring to the system that was in use on the

11       Point Logistics truck in 2018 or are you talking

12       about KeepTruckin system in general?

13  A   KeepTruckin systems in general from what I had at

14       the beginning -- at the beginning of 2018 to what I

15       saw in the video, the system has changed very

16       little.

17  Q   Do you agree that KeepTruckin has different levels

18       of service, that you can order more features or

19       fewer features as needed or desired?

20  A   Absolutely.  All their systems are that way.

21  Q   Mr. Scott has produced to us a report signed by you

22       dated August 7, 2020.  Do you have a copy of that

23       with you?

24  A   I do.

25  Q   Did you prepare that?



Page 38

1    A    I did.

2    Q    Did you have any help in preparing that?

3    A    Yes.  I told you earlier myself, Tony Baker, Bob

4         Sheffield and Jeremy all had input on that.

5    Q    First off, have you written any supplements or

6         additions to that document?

7    A    I believe we did update that document.

8    Q    When did you do that?

9    A    I think it was September 28, 2020.

10   Q    So about a month after you wrote it, you prepared

11        an update.

12   A    That is correct.

13   Q    Is a copy of the updated version in Exhibit 1 to

14        your deposition?

15   A    It will be, yes.

16   Q    What's the difference between the first version and

17        the updated version?

18   A    I think there's a couple of opinions that were

19        added to it.

20   Q    What opinions are those?

21   A    I'm not sure.  I just know I went back and as I was

22        thinking about it, there's a couple things that I

23        added.

24   Q    Have you reached any conclusions that are not

25        mentioned in either of those documents?



Page 39

1   A   No, sir.  Not at this point.

2   Q   Are there any errors or omissions in either of

3       those documents?

4   A   To my knowledge, no.  I think there was a couple

5       things that we found in the August 7th one that was

6       changed.  I don't recall what they were.

7   Q   Is there anything in those documents that you're

8       speculative of which you're unsure?

9   A   No, sir.

10  Q   Will you state your professional reputation on the

11      accuracy and reliability of the conclusions in

12      those documents?

13  A   On the September 28th one, yes, sir.

14  Q   Is there anything in those documents that you would

15      do differently if you were preparing a disclosure

16      today?

17  A   No, sir.  It's not -- not in the --

18  Q   Any addition --

19  A   Not in the September 28th one, no.

20  Q   Is there any additional information that might help

21      you confirm or revise anything in those documents?

22  A   I would like to add the ECN data from the Jean-

23      Louis truck, but other than that, that would be it.

24  Q   You mentioned earlier that you had mapped the scene

25      of the collision on I-65, correct?



Page 40

```
 1   A    That is correct.

 2   Q    How did you measure the scene when you mapped it?

 3   A    With a Total Station and with a drone and then with

 4        Google Earth.

 5   Q    How did you document your work at the scene?

 6   A    Photographs and video -- no, just photographs.  Not

 7        the -- we did a drive thru video.

 8   Q    Did you measure the drag factor or the coefficient

 9        of friction?

10   A    I did not.

11   Q    Did you measure the lane widths?

12   A    We did.

13   Q    Did you measure the slope of the highway?

14   A    We did.

15   Q    Do you know whether the scene had changed since the

16        day of the accident?

17   A    Yeah.  There was some -- what appeared to be fuel

18        that was gone, the debris was gone, the trucks were

19        gone, it was daylight versus dark, other than that,

20        no.  That was the only thing I would say was any

21        different.

22   Q    I also think you told me that you inspected the

23        tractor-trailer that Gilberto Gonzalez was driving

24        at the time of the accident.

25   A    I did not.  I inspected the trailer.  I did not see
```



```
 1        the tractor.

 2   Q    Where was the trailer when you inspected it?

 3   A    It was over at the wrecker service that was across

 4        from the scene there at Horse Cave.

 5   Q    How long after the accident did you see it?

 6   A    It was on September 5th, I believe -- 5th or 8th.

 7   Q    Of 2018?

 8   A    Give me just a second, let me look at the date --

 9        the exact date.  September 15th.

10   Q    About three weeks after the accident?

11   A    Thereabouts, yes.

12   Q    Is that the only time you inspected that vehicle?

13   A    Yes.

14   Q    What was the condition of the trailer when you

15        inspected it?

16   A    The trailer itself wasn't that damaged, the trailer

17        for Mr. Jean-Louis was.  The front of the trailer I

18        think was burned and that was it.

19   Q    Did you measure the trailer while you were there?

20   A    I did not.

21   Q    Did you determine the weight of the trailer?

22   A    I did not.

23   Q    Did you determine what type of cargo was in it?

24   A    No, sir.

25   Q    Did you determine the track width of the trailer?
```



Page 42

```
 1   A    I did not.

 2   Q    Did you determine the length of the trailer?

 3   A    I did not.

 4   Q    Did you determine whether Mr. Gonzalez's tractor

 5        had ABS?

 6   A    No, sir, I did not.

 7   Q    Did you determine whether the trailer had ABS?

 8   A    I did not.

 9   Q    Did you determine whether the tractor had a speed

10        governor?

11   A    There would be no way for me to know that without

12        looking at the ACM data.

13   Q    How did you document your observations when you

14        inspected the trailer?

15   A    I took photographs of it.

16   Q    Any other way?

17   A    That's it.

18   Q    Is it important to keep commercial vehicles,

19        especially tractor-trailers, well maintained?

20   A    It is.

21   Q    Why?

22   A    If things go wrong, it can cause traffic collisions

23        and such.

24   Q    Is it necessary to perform regulation maintenance

25        on a tractor-trailer, especially that's more than
```



1           10 years old?

2     A     It is important to perform maintenance on a

3           tractor-trailer if it's brand new, so the answer

4           would be yes.

5     Q     Could a truck that's poorly maintained pose a

6           safety risk?

7     A     Yes, sir.

8     Q     For example, if the brakes aren't properly

9           maintained, the truck may not be able to slow or

10          stop when necessary to avoid a collision, correct?

11    A     That is correct.

12    Q     If the engine isn't properly maintained, fluids

13          could leak and cause a fire hazard; is that right?

14    A     That is correct.

15    Q     Truckers are required to keep careful records of

16          the maintenance performed on their commercial

17          vehicle; isn't that right?

18    A     They are.

19    Q     And if a commercial vehicle owner has maintenance

20          or repair work done on the brakes or engine or fuel

21          system, they should have a record of what was done

22          and when it was done, correct?

23    A     That is correct.

24    Q     Do you know the mechanical condition of Mr.

25          Gonzalez's truck before the collision?



Page 44

1   A   I do not.

2   Q   Did you ever ask for any records of the maintenance

3       of that truck?

4   A   I have not.

5   Q   Why not?

6   A   Because at the time, looking at the scene, I didn't

7       think that was an issue.

8   Q   Do you think it's an issue now?

9   A   No.

10  Q   Do you know whether any maintenance had been done

11      on Mr. Gonzalez's truck?

12  A   I do not.

13  Q   Mr. Gonzalez was driving a 2007 Freightliner, do

14      you know the stopping distance of that type of

15      vehicle?

16  A   Depends on what speed you're talking about; it can

17      be calculated.

18  Q   At 62 miles an hour, what is his stopping distance?

19  A   About 213 feet with a drag factor of .6.

20  Q   Do you know what engine was in Mr. Gonzalez's

21      truck?

22  A   It was a Detroit Diesel.  Give me just a second,

23      I'll tell you what the specs call for.  It was a

24      Series 60 Detroit Diesel.

25  Q   Do you know how many miles the truck had on it?



Page 45

1    A    No, I do not.

2    Q    Do you know what kind of tires the truck had on it?

3    A    I do not.

4    Q    Do you know whether the brakes on Mr. Gonzalez's

5         truck were adjusted properly at the time of the

6         collision?

7    A    All of them, no.  Some of them had to be because

8         the truck left skid marks up to the very -- up to

9         the final rest.

10   Q    Did you ever inspect the brakes on Mr. Gonzalez's

11        vehicle?

12   A    I did not.

13   Q    Do you know whether the brakes on Mr. Gonzalez's

14        truck were working properly at the time of the

15        collision?

16   A    They appear to be post-impact, however, I don't

17        know.

18   Q    Isn't that important when you're reconstructing an

19        accident to find out if the striking vehicle's

20        brakes were working?

21   A    I have evidence that the striking vehicle's brakes

22        were working post-impact and that they were

23        adjusted at least within the realms of where they

24        would lock up, so no, I did not see that that was

25        an issue.



Page 46

1  Q   Do you know whether the headlights on Mr.
2      Gonzalez's truck were working properly at the time
3      of the collision?
4  A   I do not.
5  Q   Is that important in a nighttime collision?
6  A   There -- it is.
7  Q   I think you told me you also inspected the tractor-
8      trailer operated by Mr. Jean-Louis at the time of
9      the accident, correct?
10 A   That is not correct.
11 Q   You have not inspected that vehicle?
12 A   I have not inspected the tractor of either vehicle.
13 Q   Did you inspect the trailer?
14 A   I looked at the trailer and took photographs, yes.
15 Q   When did you do that?
16 A   The same day, September 15th.
17 Q   What engine did Mr. Jean-Louis's truck have in it?
18 A   According to the specs it had a Volvo D13.
19 Q   What horsepower did that engine have?
20 A   I can't -- there is no way to tell you with any
21     engine what horsepower they have without actually
22     imaging the ECM, because that can be altered just
23     through the program itself.
24 Q   What was that truck's power to weight ratio?
25 A   I don't know.


MAGNA
LEGAL SERVICES

Page 47

1  Q  What type of transmission did the truck have it?

2  A  I'm not sure.

3  Q  How long would it take for Mr. Jean-Louis's vehicle

4     to accelerate from zero to 70 miles per hour?

5  A  That is -- that's a very broad statement.  It all

6     depends on what he's doing but based on the

7     acceleration factors we calculated for him pulling

8     out, it would take -- based on what he pulled out

9     at, it would take about 7,000 feet on that hill,

10    about 7,700 feet, actually.

11 Q  About a mile and a half?

12 A  On that hill, yes.  There's the calculation.

13    Seventy miles an hour, acceleration factor we

14    calculated was .021 so 7,777 feet to get up to 70.

15 Q  Did Mr. Jean-Louis's truck have a speed governor on

16    it?

17 A  I don't know.  Speed governors are electronic and

18    they're in ECM.

19 Q  What's the maximum rate of acceleration of that

20    truck?

21 A  There's no way to know, not without testing it on

22    an uphill grade.  And that has to be done with a

23    load on the grade and there was no way to know.

24 Q  How long would it take to move from being stopped

25    in one lane and merge into another lane?



```
1    A    There is absolutely no way to know that.  How far

2         did you travel on the shoulder?  How quickly did

3         you turn?  There's a number of variables there.

4    Q    Did you use any specialized equipment during your

5         analysis of this case?

6    A    I used a drone, I used a Total Station and then

7         computer programs and software.

8    Q    For a northbound tractor-trailer on I-65 at the

9         site of the collision, how far away from the area

10        of impact would a tractor-trailer with its

11        taillights working be visible to an oncoming

12        vehicle in the dark?

13   A    I can't tell you.  We went back 3,400 feet and as

14        long as the bridge is not in the line of site, at

15        least 3,400 feet.

16   Q    How long in time or seconds does it take a tractor-

17        trailer traveling the interstate/highway speed to

18        move from one lane to another?

19   A    Again, that all depends on the driver and how

20        swiftly he turns.

21   Q    What's the range?

22   A    There is no range.  It would all depend on the

23        driver himself.

24   Q    Is that something you can calculate?

25   A    No.  I mean, it would literally -- there's multiple
```



1   factors there.  You can -- you can semi-calculate

2   the total weight or a swerve but someone who is

3   just gradually turning, there's no way to tell.

4 Q  Just to make sure I have that clear, there's no way

5   to determine, as an accident reconstructionist, how

6   long it would take a tractor-trailer at highway

7   speed to move from one lane into another lane,

8   correct?

9 A  It all -- again, it all determines -- it's all

10   determined by how quickly the driver turns.  You

11   can look at studies again and use studies to get a

12   lateral acceleration record [inaudible].  If you

13   use that, then you can say yeah, it's going to take

14   this distance.  But if someone is just gradually

15   turning from the shoulder and trying to get up to

16   speed, there's no way to calculate that speed.

17 Q  What's the fastest at 62 miles an hour, what's the

18   fastest you can move from one 12-foot lane into an

19   adjoining 12-foot lane?

20 A  Are you talking about just turn lane, Mr. Hickey?

21 Q  Yes.

22 A  Are you talking about just turning?

23 Q  Let me rephrase the question.  What's the fastest

24   time that a tractor-trailer can move at 62 miles

25   per hour from one lane into an adjoining lane on



```
 1          the interstate/highway?

 2    A     We calculated for Mr. -- we calculated in this case

 3          about 124 feet to change lanes for Mr. Gonzalez.

 4          And that was using a swerve to avoid calculation,

 5          so I would say that's very close.

 6    Q     A hundred twenty-four feet is a distance, how much

 7          time would that take?

 8    A     About 1.36 seconds, that's just to turn.  That's

 9          not counting all the things that go on before.

10    Q     How long in time per seconds, does it take a

11          tractor-trailer coming from a complete stop to move

12          from one lane into another lane?

13    A     There's absolutely no way to answer that.

14    Q     How long in distance or feet does it take a

15          tractor-trailer coming from a complete stop to move

16          from one lane into another lane?

17    A     There's absolutely no way to answer that.  If

18          you're on the shoulder, driver's training that the

19          tractor-trailer driver teaches you to go get your

20          vehicle up to near speed before leaving the

21          shoulder and then merge into traffic slowly.  And

22          slowly means you're barely turning the wheel,

23          moving over so traffic can see you.  There's just

24          no way to answer that, it would all depend on the

25          truck.
```



Page 51

1   Q   Did you determine which lane Mr. Gonzalez's vehicle

2       was traveling in as he approached the site of the

3       collision?

4   A   Based on the scene data, he would have been in the

5       right lane.

6   Q   How long had he been in the right lane?

7   A   I can't answer that.

8   Q   Was he in the right lane when the other tractor-

9       trailer came into his vision?

10  A   Mr. Gonzalez?

11  Q   Yes.

12  A   Based on -- based on the evidence, there's no way

13      to know.

14  Q   Can GPS tracking data tell us which lane a vehicle

15      is in on a multi-lane highway?

16  A   It depends on how accurate the data is but yeah, it

17      could.

18  Q   Can it in this case?

19  A   I have not seen the GPS data for -- a latitude and

20      longitude for Mr. Gonzalez's truck, so I can't

21      answer that.

22  Q   How about for Mr. John Pierre's truck?

23  A   Mr. John Pierre's truck, the GPS data is pretty

24      clear he was on the shoulder when he stopped and

25      pulling out, so yes, I would have to say the GPS



Page 52

1        data for KeepTruckin app does put -- is good enough

2        to put him in a lane.  And based on the

3        demonstrations that we saw, it's pretty accurate

4        across the board.

5    Q   And I said John Pierre, it's Jean-Louis, I

6        apologize.

7    A   Okay.

8    Q   Was there anything obstructing Mr. Gonzalez's view

9        of the vehicles ahead of him?

10   A   I can't answer that.  I don't know.  If you take

11       all -- if you take all the evidence in this case,

12       Mr. John Pierre --

13   Q   Jean-Louis.

14   A   Jean-Louis, testified that there was three trucks

15       in a line.  I don't know if there's a truck in

16       front of Mr. Gonzalez that pulled out, went to the

17       left, I don't know.

18   Q   Was there anything that prevented Mr. Gonzalez from

19       moving one lane to his left as he approached the

20       other tractor-trailer?

21   A   I can't -- again, Mr. Hickey, I can't definitively

22       answer that question, in large part because Mr.

23       Pierre -- Mr. Jean-Louis has given so many

24       different versions of what occurred here.  If you

25       take his first statement to the police, it's



1       entirely possible there's a truck just to the left

2       of Mr. Gonzalez and that's that truck that he

3       actually saw coming up behind him, because he says

4       in his deposition there were three trucks.  And if

5       that's the case, then yes, there would be a truck

6       to Mr. Gonzalez's left.  I don't know that, I'm

7       just -- I'm piecing together what has been said by

8       your driver in this case.  But it is clear from the

9       physical evidence at the scene, when Mr. Gonzalez

10      struck the rear of Mr. Jean-Louis's truck, he's in

11      the right lane and he's going straight, he's not

12      turning to his right, because the gouge marks and

13      the scrape marks go in a straight line up the

14      northbound lane, they're not diagonal going toward

15      the shoulders if the vehicle was changing lanes.

16   Q  Are you aware if there's anything that prevented

17      Mr. Gonzalez from proceeding into the center lane

18      and going past Mr. Jean-Louis's tractor-trailer?

19   A  Other than the fact that your client said there was

20      a truck in the left lane and that there were three

21      trucks -- there was three, his truck and two more

22      is the way I took his deposition testimony, no.

23   Q  Do you believe that there were other trucks?

24   A  I don't know.  I don't know.  Looking at the -- you

25      asked me earlier if I considered everything, these



Page 54

1              are all scenarios that I've went through.  I have

2              no data or documentation other than what people

3              have said.  And I know for certain Mr. Jean-Louis

4              has told a story about not stopping on the

5              shoulder, that's pretty clear, so it's hard to take

6              him at his word for anything.

7        Q    Is there any physical evidence that there was

8              something preventing Mr. Gonzalez from proceeding

9              into the center lane past Mr. Jean-Louis's tractor-

10             trailer?

11       A    No, sir.

12       Q    Was Mr. Gonzalez talking on his cell phone just

13             before the collision?

14       A    I do not know.

15       Q    Was Mr. Gonzalez reading or sending a text message

16             just before the collision?

17       A    I do not know.

18       Q    Was Mr. Gonzalez surfing the internet on his cell

19             phone just before the collision?

20       A    I can't answer that.

21       Q    Was Mr. Gonzalez eating something just before the

22             collision?

23       A    I can't answer that.

24       Q    Was Mr. Gonzalez taking a drink just before the

25             collision?



Page 55

1    A    I don't know.

2    Q    Was Mr. Gonzalez fatigued or sleepy just before the

3         collision?

4    A    I don't know.

5    Q    Is crush depth one way to determine the impact

6         speed of a motor vehicle involved in an accident?

7    A    It is.

8    Q    What other ways do you have to determine the impact

9         speed of a motor vehicle involved in an accident

10        with another motor vehicle?

11   A    There are multiple ways.  Typically, you can use

12        momentum.  In a case like this, that would be what

13        I would do to know the impact speed of one truck is

14        calculated from the GPS and that would be Mr. Jean-

15        Louis but in this case, there's something with the

16        post-impact data that makes absolutely no sense

17        physics wise.  It -- the distances are just too

18        great for these vehicles to travel post impact with

19        brakes locked on Mr. Gonzalez's truck the way they

20        were, so there's just no real way that we've been

21        trained as reconstructionist to calculate that

22        speed.

23   Q    So is it fair to say that you were not able to

24        determine the speed of Mr. Gonzalez's vehicle at

25        the time of the impact?



Page 56

1   A   Other than through his GPS tracking, no.  And the

2       impact speed we cannot tell, because from the time

3       the last ping to the time of impact, we don't know

4       what he did, whether he slowed down, whether he

5       attempted to steer, we just don't know.  There's a

6       period of time that we just don't have data for.

7   Q   Do you know if he applied his brakes before the

8       impact?

9   A   There was no physical evidence of that but the

10      answer is no, we don't know.  There's a 60 second

11      window -- let me share my screen here.  When we

12      look at the data, the last ping of his truck was at

13      4:04 a.m., he was going 62, and then the ignition

14      was off at 4:05.  During that minute we don't know

15      what he did, we don't know if he hit his brakes, we

16      don't know if he slowed down.  We assume the 62

17      mile an hour speed at impact, we really don't know

18      that.  It could have been much slower than that.

19      We just don't know.

20  Q   The information that you're referring to is from

21      the Verizon Connect Detail Report?

22  A   That is correct.

23  Q   Where did that come from?

24  A   That was provided to me by Mr. Scott.

25  Q   How do you know that information is reliable?



Page 57

1    A    That's another company that I've dealt with.  I've

2         not had their system but I went through about a

3         two-hour demo with them and per them, the system is

4         really accurate.

5    Q    How do you know that print out is an accurate

6         account of the information that they have?

7    A    I do not.

8    Q    Tell me about the training and education you've had

9         in the field of GPS data analysis.

10   A    My education is very limited in that.  It's things

11        I've learned along the way as a reconstructionist

12        and different seminars and using coordinates.

13        Jeremy's is much more detail as a Marine and

14        working intelligence for the Marines and planning

15        missions. He had about 1,800 hours training in

16        making maps and doing the things that we did here,

17        planning missions and missel launches for the

18        Marine Corp and for the U.S. Military.  He and I

19        worked on this together, hand in hand.  And when we

20        actually went back and tested the accuracy of the

21        data from data that was collected within the data,

22        it was -- the distances were about 11 feet apart.

23        I can share my screen with you again.  I looked at

24        -- in my report, I calculated the distances that we

25        travel -- that Mr. Jean-Louis traveled preimpact



```
 1          from the stopped position at the very top -- can

 2          you see my cursor?

 3     Q    Yeah.

 4     A    From zero to 10.3 miles an hour based on the GPS

 5          data, we calculated 217.95 and that's the front --

 6          that's 10 feet back from the bumper because I

 7          assumed the GPS transmitter was 10 feet back from

 8          the bumper, if you saw the footnote in my report,

 9          which I'm sure you did.  So that's 217.9 feet the

10          GPS transponder traveled.  And then going from 10.3

11          to 15.1, he traveled another 188.41 feet.  And then

12          to get to the area of impact, he traveled, it was

13          179.9 feet, I think.  And then you've got to add 60

14          for the rest of the length of the truck to get the

15          rear of the truck.  Those data points added up to

16          646.26 feet.  When I was getting ready for this

17          deposition, I thought is there another way to

18          calculate that distance, so I -- after reading

19          through the ELD data, the law -- the rules, I know

20          that the mileage on this truck has to come directly

21          from the odometer, so looking at the mileage when

22          the truck got to zero, the mileage was 772 --

23          661.51.  And then he started moving while he was

24          logged off duty, we looked at the log -- the time

25          on -- sorry.  I'm moving around on you too quick.
```



Page 59

1  Q   That's all right.

2  A   The time when he first stopped was 3:59 a.m. on the

3      shoulder.  Looking at the driver's log, he was

4      stopped at 3:59:19 and we know he stopped for two

5      reasons.  One, the KeepTruckin app will not let you

6      change duty status unless you're stopped.  It's a

7      safety feature with ELDs, you can't change them if

8      you're moving.  Two, when this truck was in motion

9      on the ELD, if gives you that signal -- a symbol

10     right here.  Can you see my cursor move?

11 Q   Yes, sir.

12 A   All right.  So we know when he logs off duty he is

13     stopped at 3:59.  Then he logs in personal

14     conveyance so he can drive the truck but it doesn't

15     count as driving time.  That's one of the

16     exceptions in the Federal Motor Carrier Safety

17     Regs, part 395, drivers can use the truck for

18     personal reasons.  So he begins driving again

19     because you can see the symbol here.  So when the

20     wreck occurred, he was driving the truck in

21     personal conveyance, not on duty driving time,

22     okay?  So that's at 4:05.  So we go back up here at

23     4:04, we see the truck still at zero and then he

24     starts at 10.3 -- 10.3 miles an hour, that's the

25     first reading.  Going up to zero, where the truck



Page 60

1      stops again and this is the ending mileage on the

2      truck is 772,661.75.  So the distance I calculated

3      from the GPS was 646.26 feet up at the top.  The

4      trooper measured the distance from the area of

5      impact to final rest at 612.18 feet, I just

6      discount the .18 because that's irrelevant to us.

7      Adding those two numbers together from the GPS and

8      the physical evidence at the scene, the truck

9      traveled 1,256.26 feet.  Looking at the odometer of

10     the truck, which has nothing to do with the GPS,

11     it's just when it takes that ping, it records the

12     odometer reading.  When it pulled off at the stop,

13     it was 772,661.51 miles, at final rest it was

14     776,661.75, that's .24 miles multiplied by 5280,

15     that's 1,267.2 feet and that's the difference in

16     the two of 10.94 feet.  That's just -- that can

17     just be a measurement error.  Either me putting a

18     measurement on the Google Map from pin to pin wrong

19     or the trooper not measuring all the way to the end

20     of the truck or all the way back to in there, so

21     this data is extremely reliable based on this and

22     it's comparing two pieces of information that it

23     captured against itself based on that.  So I'm

24     highly confident and we know definitively, not

25     looking at the GPS data but looking at the mileage



Page 61

```
 1            in the area that I have him stopped and my report
 2            by my map, he had to stop because here it is on the
 3            log itself and on the time log, which your safety
 4            consultant said was most accurate, I think was this
 5            extra time log.  He could not have been moving when
 6            he logged off duty.
 7       Q    The GPS data, which you're looking at from
 8            KeepTruckin, is that called bread crumb
 9            coordinates?
10       A    Yes.  There was -- I don't know, Mr. Hickey, there
11            were multiple pages of this.  Yeah, that's what
12            that is.
13       Q    And a bread crumb coordinate is something that, it
14            pings a satellite and you get periodic reports of
15            the location of the truck, correct?
16       A    Yes.  Can you see this?
17       Q    Yes.
18       A    That's where this comes from.
19       Q    That's not a continuous record of every inch the
20            truck is traveling, it's just one per minute or one
21            per each period of time, correct?
22       A    It's my understanding when the truck changes
23            direction or changes speeds, it will ping but when
24            you watch this, it actually -- when you watch it
25            going live down the road, it's actually uploading
```



Page 62

```
 1        data about every two -- about everyone to two

 2        seconds, it's just not keeping it on the cloud.

 3   Q    So it's uploading data but it's not keeping it?

 4   A    Apparently so.  When you watch this thing -- when

 5        you watch this go down the roadway, what he -- what

 6        he told us was about everyone to two seconds it's

 7        uploading data.

 8   Q    What kind of device was recording the times and

 9        locations of Mr. Gonzalez's truck?

10   A    I'm not sure.  There's a couple of devices that

11        Verizon makes, I don't know what he had.  They have

12        one that actually sits up on the dash, much like

13        KeepTruckin, that I'm aware of.  They have one that

14        just simply plugs into your diagnostic board.

15   Q    What kind of device was transmitting the times and

16        locations of Mr. Gonzalez's truck?

17   A    I can't answer that.  I don't know.

18   Q    Have you done any research or obtained any

19        documents or records that determine the accuracy of

20        the Verizon Connect GPS tracking software that Mr.

21        Gonzalez was using?

22   A    Other than when they were trying to sell me this a

23        few months ago, no.  I went through a detailed demo

24        with them, it's been a couple months ago and just

25        decided not to do that.  I'm more interested -- I'm
```



```
 1        more interested in things that trucks are using

 2        than just -- just general pleats.

 3    Q   Are you aware of the percentage of errors in the

 4        Verizon Connect Reveal Tracking Software?

 5    A   I am not.

 6    Q   Have you ever reviewed any verified information

 7        regarding the Verizon Connection Reveal Tracking

 8        Software and how many updates there were for 2018

 9        prior to the accident?

10    A   No, sir.

11    Q   Do you have any verifying source documents that you

12        relied to determine the accuracy of the KeepTruckin

13        GPS software utilized by Mr. Jean-Louis?

14    A   Could you restate that please?

15    Q   Sure.  What verifying source documents have you

16        utilized to determine the accuracy of the

17        KeepTruckin GPS software utilized by Mr. Jean-

18        Louis?

19    A   Other than talking to them, me having the software

20        itself and comparing the data within the data

21        against itself, I have none.  However, I have a

22        system that's going to be delivered here Friday and

23        we're going to test it ourselves.

24    Q   How do you know that's the same system that Mr.

25        Jean-Louis was using two years ago?
```



Page 64

1   A   We don't.

2   Q   Have you obtained or reviewed any documentation

3       regarding updates for Verizon Connect Reveal

4       Tracking Software from Louis logistics?

5   A   No.

6   Q   Do you have any way of knowing whether that

7       software is up to date?

8   A   No, sir.

9   Q   Have you obtained or reviewed any documentation

10      from T-Mobile to show that Mr. Gonzalez mobile

11      phone was up to date with any software tracking app

12      or operating system?

13  A   No, sir.

14  Q   Have you obtained or reviewed any documentation

15      from Verizon that shows Mr. Gonzalez's mobile phone

16      was up to date with updating tracking software?

17  A   No, sir.

18  Q   Have you obtained or reviewed any information that

19      Lease Logistics provided Mr. Gonzalez with a mobile

20      phone to utilize or a laptop to utilize with a

21      tracking software?

22  A   No, sir, I have not.

23  Q   Do you know what the U.S. Government GPS percentage

24      of error for real time reporting is?

25  A   No, sir, I do not.



Page 65

```
 1   Q   Do you have any idea if on all the devices that you
 2       relied on in this case, that any or all of those
 3       devices had updated their software prior to the
 4       accident?
 5   A   I do not.
 6   Q   Did you obtain or review Ms. Gonzalez's mobile
 7       phone to determine the time she says she spoke with
 8       her husband after the accident?
 9   A   I did not.
10   Q   Is it important to know whether Ms. Gonzalez was
11       distracted in order to determine what caused the
12       accident?
13   A   That is information we would like to know but I
14       just simply to not have the data.
15   Q   Did you review Mr. Gonzalez's mobile phone records
16       or any other records associated with his personal
17       mobile phone, laptop, anything like that?
18   A   I did not.
19   Q   Is that important information you'd like to have to
20       determine the cause of the accident?
21   A   It's -- yes.  It's something that I would like to
22       review.
23   Q   Did you obtain or review any other advice that Mr.
24       Gonzalez may have had to determine whether he was
25       distracted just before the accident?
```



Page 66

1    A    Sir, it's my understanding that any device that Mr.

2         Gonzalez had burned inside of the truck, so there's

3         no way for me to obtain any of that.

4    Q    You can get his cell phone data without having his

5         cell phone, correct?

6    A    You may be able to pull a record of that but you

7         said did I obtain any of his devices and the

8         devices are gone.

9    Q    Did you obtain any of the records from those

10        devices?

11   A    I personally can't obtain the records but no, I did

12        not.

13   Q    Is it common for the clock in an electronic control

14        module of a truck to be off by a few minutes?

15   A    It is.

16   Q    Could the clock time on the device in Mr.

17        Gonzalez's truck been off by a few minutes?

18   A    According to the rule, the devices themselves had

19        to have the time directly from UTC that they

20        obtained the time independently and they have to

21        adjust it for the home base -- the time has to be

22        adjusted for home based upon the carrier.  So both

23        devices should be working on UTC time and they

24        obtain those times independently off of the truck.

25   Q    When you say by a rule, is that a Federal Motor



Page 67

1        Vehicle regulation?

2    A   It actually is.

3    Q   And is that regulation applied to trucks

4        manufacturing in 2007?

5    A   Has nothing to do with trucks, it's for the ELDs

6        themselves.  Let me screen share again.  In the

7        Appendix of part 395 you'll see this rule, it's

8        4.3.15, "The ELD must obtain and record date and

9        time information automatically without allowing any

10       external input or interference with motor carrier,

11       driver or person.  The ELD time must be

12       synchronized to Coordinated Universal Time and the

13       absolute deviation of UCT must not exceed 10

14       minutes at any point."  I'll go ahead and show you

15       the rest of this.  I said earlier that the ELD

16       obtains the data from the -- the mileage from ECM,

17       this is the rule 4.3.13 and, "The ELD must monitor

18       the odometer message broadcast on the engine ECM or

19       the vehicle's databus and use it to log total

20       vehicle miles information," and it goes on.  And

21       the speed, again, 4.3.12, Vehicle Motion Status.

22       "Once the vehicle speed exceeds the set speed

23       threshold, it must be considered in motion."  Once

24       the vehicle is five -- below zero miles per hour

25       and stays at zero for three consecutive seconds,



1    the vehicle will be considered stopped.  And the

2    rules say that if the vehicle -- the speed

3    threshold, if it -- cannot be over five miles an

4    hour if it's [inaudible].  So when the vehicle

5    moves five miles an hour, it has to go to drive

6    unless the vehicle's set off duty personal

7    conveyance, then it will not go to driving.

8  Q  So based upon the commentary regulation you just

9    showed me, Mr. Gonzalez's clock on his truck could

10   have been off as much as 9 minutes and 59 seconds

11   and still been within the regulation, correct?

12 A  That would be correct.

13 Q  Do you believe Mr. Gonzalez's truck was moving at

14   62 miles per hour for almost an hour before the

15   collision?

16 A  I can't -- I can't answer that.  I can only tell

17   you what the data is showing.  It's showing from

18   3:12 to 4:04 he was traveling consistently 62 miles

19   an hour.

20 Q  So you haven't formed a belief as to whether that

21   is accurate or not?

22 A  In my opinion, it probably is.  My guess is that's

23   probably what the truck was going then but I can't

24   say that definitively.

25 Q  Do you believe Mr. Gonzalez's truck went from 62



Page 69

```
 1          miles per hour to zero miles per hour within a few
 2          seconds after the collision?
 3    A     You have one minute that goes from 62 and then the
 4          engine is off, it doesn't say it's zero, so no, the
 5          truck didn't go from 62 to zero in a few seconds.
 6          There's no data running.
 7    Q     If the engine is off, the data cuts off?
 8    A     On this particular engine, yes.  If the -- if the
 9          device is getting the data from the ECM, as far as
10          speed, then yes, it would go -- it didn't go to
11          zero, there's just no read.
12    Q     Do you believe the fire started three to five
13          minutes after Mr. Gonzalez's truck came to a stop
14          on the side of the road?
15    A     I have no idea how long it was.
16    Q     Do you have any idea why Mr. Gonzalez did not get
17          out of his truck?
18    A     My estimation is the truck was so damaged he
19          couldn't.  There were people there that was trying
20          to get him out and couldn't get him out, according
21          to the 911 calls.
22    Q     Who was trying to get him out?
23    A     I don't know who it was.  There were callers that
24          called 911 that said they were trying to get him
25          out but could not.
```



Page 70

1   Q   Did you read Mr. Jean-Louis's testimony where he
2       said he was trying?
3   A   Actually, Mr. Jean-Louis testified that he sat in
4       his truck for about five minutes assuming he had a
5       blowout until he saw smoke behind him then he got
6       out and went back there.  That was his testimony.
7   Q   Did he testify that he tried to help the man out of
8       the burning truck?
9   A   After he sat there for about five minutes, yes,
10      sir, according to his testimony.
11  Q   Were you able to determine the speed of Mr. Jean-
12      Louis's tractor-trailer at the time of impact?
13  A   I think it was about 19.4 based on the GPS data and
14      the way he was accelerating.
15  Q   How do you know that?
16  A   We know the distance which the last ping was at
17      15.1 miles an hour.  We measured the distance from
18      that ping to the area of impact.  We had to add 60
19      foot for the truck, because the back of the truck
20      is what was impacted.  The GPS unit, as I said
21      earlier, sits about 10 feet behind the front
22      bumper, so adding that 60 feet, it jumped 249 feet,
23      I think -- 239.  Let me look at the measurement
24      here, 239.9 feet.  Calculating that distance at the
25      point -- we use that 239.9 feet and the



Page 71

```
 1        acceleration factor that it took to go from 10.1 to
 2        15 -- I think 10.4 to 15.1 miles an hour.  Let me
 3        go back and look here.  10.3 to 15.1, the
 4        acceleration factor during that time period was
 5        .021 Gs.  We used that same .021 Gs for that 239.9
 6        feet, that put him at going [inaudible] miles an
 7        hour when the rear of his truck [inaudible] impact.
 8   Q    How much time passed from that last ping until the
 9        point of impact?
10   A    We calculated it to be about 9.3 -- 9.28 seconds.
11   Q    And in that 9.28 seconds, do you know whether he
12        did more acceleration or less acceleration?
13   A    We don't -- we do not know.  That's why we used
14        that .021.  The first -- the first increment was a
15        little bit lower when he started pulling out from
16        zero.  That was .016 Gs and then it went to .021,
17        so we really don't know.  We used the consistent
18        data that we had of .021 Gs.
19   Q    Is the difference in speed between two colliding
20        vehicles called the Delta-V?
21   A    No.  The Delta-v is an instantaneous change in
22        velocity.  The difference in speed between the two
23        vehicles is called the closing speed.
24   Q    What was the closing speed between the two vehicles
25        at the time of impact in this case?
```



Page 72

```
 1   A   We really can't tell you.

 2   Q   Do you have a range?

 3   A   No.  We can't.  By all appearances, Mr. Hickey,

 4       your client continued driving and drove Mr.

 5       Gonzalez's truck up the highway.  There's no

 6       explanation for those two trucks traveling 612 feet

 7       past the area of impact.  The speed would be -- the

 8       speed would have to be astronomical for the trucks

 9       based on the physical evidence of the skid marks

10       and the brakes on the Gonzalez truck, the other

11       system was probably masking those skid marks going

12       up the highway.  There's no -- I can't calculate

13       the speeds.  It's just too far.

14   Q   For the record, my client was 300 miles away at the

15       time of this accident but I think I know where

16       you're going with that.

17   A   I'm sorry, Mr. Jean-Louis.  And the damage to these

18       two trucks, even at 19 miles an hour, is not

19       consistent with Mr. Gonzalez going fast enough to

20       knock these two trucks that far with brakes locked.

21   Q   Is your testimony that these two vehicles traveled

22       the entire distance from the point of impact to the

23       point of final rest with brakes locked up?

24   A   There's -- the trooper measured -- the trooper

25       measured skid marks that were 538 feet long.
```



Page 73

| | | |
|---|---|---|
| 1 | Q | For how many tires? |
| 2 | A | He only measured one set but in the photographs |
| 3 | | there are more. |
| 4 | Q | How many? |
| 5 | A | I can't really tell.  I can show you -- I can show |
| 6 | | you what I can see but I can't really tell. |
| 7 | Q | I'd rather get your verbal testimony. |
| 8 | A | Well, I'm going to give it to you. |
| 9 | Q | Tell me how you can tell. |
| 10 | A | Here's the scene of the collision.  As you can see, |
| 11 | | there's a skid mark on the left side starting about |
| 12 | | this point and starting up the left side.  On the |
| 13 | | right side, the skid mark starts in this area.  If |
| 14 | | we look at it here, I've drawn arrows up both sides |
| 15 | | and as we continue up the marks, you can clearly |
| 16 | | see the left side -- or the right side in over -- |
| 17 | | underneath what appears to be diesel is another set |
| 18 | | of skid marks going up the roadway.  Inside the |
| 19 | | skid mark on the right side, you can see gap skids |
| 20 | | and as we continue up, you can still see the left |
| 21 | | side skid mark going up the roadway, you can see a |
| 22 | | right-side skid mark going up the roadway, you can |
| 23 | | see what appears to be a skid mark in the center of |
| 24 | | the truck.  And then as we get closer, you can |
| 25 | | still see the same skid marks on both the left and |



```
 1           right side of the truck.  When you get up closer,

 2           you can see the skid mark going up to the drive

 3           axels of Mr. Gonzalez's truck, you can see skid

 4           marks leading up to both the rear tandem tires on

 5           the trailer.  So it appears, for the entire 530

 6           feet, there's skid marks from this truck but I

 7           really can't be definitive.  The trooper didn't

 8           document them on his -- on his map.  I don't know

 9           if he just couldn't tell -- there's times you can

10           see things in photographs you can't see when you're

11           standing at the scene.  I can't explain it but the

12           marks are clearly there.  And because of skid

13           marks, I have considered this all being diesel fuel

14           on the roadway.  I don't know if it was or not.

15           I'm not sure if that's not water running out where

16           they washed the truck but it does look --

17           physically it makes no sense that that's diesel

18           fuel because the truck simply would not have left

19           skid marks on the left side if that was diesel fuel

20           and the truck was on the diesel, it would have been

21           like oil and it would have never left skid marks.

22    Q     How fast would a -- go ahead.

23    A     No, go ahead.

24    Q     How fast would a tractor-trailer have to be moving

25           to leave 538 feet of skid marks?
```



```
 1   A   104 miles an hour and that's without an impact of
 2       pushing another truck.  Like I say, it's just not
 3       physically possible.  And at 104 miles per hour
 4       having struck Mr. Louis in the rear end, you would
 5       see a lot more damage.  Even if you were going 50,
 6       if you had a closing speed that great, I mean, it
 7       would be catastrophic.
 8   Q   I'm not sure we're going to be able to put up the
 9       next exhibit, a photograph of the trailer at the
10       scene.
11       (OFF THE RECORD FROM 3:50 P.M. UNTIL 4:09 P.M.)
12            (WHEREUPON, EXHIBIT 4, PHOTOGRAPH, CONSISTING
13            OF ONE PAGE, WAS MARKED FOR IDENTIFICATION.)
14   Q   COURT REPORTER'S NOTE:  (This question was not
15       recorded due to technical difficulties.)
16   A   That would have been to the front of the truck.
17       You're talking about when the two vehicles first
18       touched, there's no damage there.  When you talk
19       about point, you're talking about the first touch
20       so there's no real way to tell you exactly what
21       touched first, whether it would be the bumper to
22       the rear of the device or whether it would be the
23       grill to the back of the truck.  You'd have to get
24       two vehicles just like that and put them together
25       to tell you what first touched point.  The area of
```



Page 76

```
 1          the worst contact would be, without a doubt, the
 2          grill area of the truck to the rear of the trailer.
 3    Q     Where was the point of first impact on the roadway?
 4    A     There's no way to know.  It's before the gouges in
 5          the roadway.  The front wheel was fairly close to
 6          the post-collision skid mark that was on the road
 7          that could be scene but it was somewhat before
 8          that.  Again, you're talking about points versus
 9          areas and defining point when the two vehicles
10          first touched, there's no physical evidence
11          anywhere.
12    Q     And you need physical evidence to define a point?
13    A     To define a point, you could -- it would be almost
14          impossible to define the exact point where these
15          two vehicles first touched.  That's why we use, in
16          the field of reconstruction, area of impact because
17          the vehicles have to come together sufficiently
18          enough to cause something to mark on the pavement
19          to give you the general location of the vehicle
20          when they hit.  And at that point, the point of
21          impact can be several feet away, because both
22          vehicles are moving and then they're crushing.
23    Q     I think you testified a few minutes ago that after
24          the area of impact, the two vehicles traveled 538
25          feet; is that correct?
```



```
 1   A   That is incorrect, they traveled 612 feet, 538-foot
 2       skid mark was recorded by the police.
 3   Q   How long did it take the two vehicles to come to a
 4       stop after the impact?
 5   A   Absolutely no way to know that.  Based on -- as I
 6       said earlier, based on the physical evidence, it's
 7       almost unbelievable -- it's almost as if the most
 8       logical thing is Mr. Jean-Louis kept pulling and
 9       pulled this truck, drug it up the highway.  That's
10       why EMC data would be so important in this case.
11       If that was the case, you would see him throttling
12       up the truck and an engine -- the engine load of
13       the truck going up, we simply don't have that data.
14       There's no physical explanation for these two
15       trucks to travel this far.
16   Q   How much time elapsed from the time the two
17       vehicles came to a stop until the Gonzalez vehicle
18       burst into flames?
19   A   We have no idea.  We know it was a period of time
20       but there's no way to answer that.
21   Q   Could five minutes have elapsed from the time the
22       two vehicles came to a stop until the flames
23       started?
24   A   I don't know.  If we -- if we take -- if we take
25       Mr. Jean-Louis testimony at face value, it was less
```



Page 78

1      than five minutes, because he said he sat there in

2      the truck for five minutes and then looked in the

3      back and looked in his mirror and saw smoke and got

4      out.  So it would have been on fire within that

5      time period but we really don't know.

6    Q  At some point after the fire started, did the point

7      logistics vehicle pull forward away from the

8      burning truck?

9    A  I don't know.

10   Q  Is that something you could determine from physical

11     evidence?

12   A  They appear to be detached in the photographs but I

13     really couldn't tell you if that happened after the

14     -- after the trucks caught on fire or if it

15     happened before.

16   Q  Is it clear the Point Logistics truck did pull away

17     after it came to a stop?

18   A  If we could take the court reporter's picture down

19     so I could look.

20   Q  Sure.

21   A  I don't think it's clear, Mr. Hickey, but it

22     appears from the photograph that I'm looking at,

23     the frame of the Gonzalez truck is still

24     underneath.  Let me share this with you.  It

25     appears that the frame of the Gonzalez truck is



Page 79

1       still underneath the trailer there at final rest.

2   Q   Do you know whether the Point Logistics truck

3       engine was started again after final rest?

4   A   I do not.

5   Q   Could the Point Logistics truck engine had been

6       started and run for 33 seconds after final rest?

7   A   Could it have been; the Point Logistics?  Yes, it

8       could.

9   Q   Yes.  How long would it take a tractor-trailer to

10      drive from the Love's Truck Stop at Exit 58, turn

11      onto the entrance ramp, merge onto I-65 North and

12      accelerate to 50 miles an hour?

13  A   Can you see my screen?

14  Q   Yes.

15  A   The -- I don't know how long but right at the end

16      of the ramp --

17          ATTORNEY SCOTT:  I'm still seeing the image of

18      the burned-up truck.

19          ATTORNEY HICKEY:  Yeah, me too.

20  A   Give me just a second.  According to the GPS data,

21      3:58 he, Mr. Jean-Louis, was going 48.4, that's the

22      fastest that he got, according to GPS data.  If we

23      look, he's right at the end of the ramp when he did

24      -- when he reached that speed and at that point, he

25      started slowing down and pulled off on the



Page 80

```
 1            shoulder.  I didn't calculate a time.  I could go
 2            back and add that in.  What I did was check points
 3            on the data, such as the first zero was here at the
 4            stop bar.  That was -- driving stopped at 3:30 and
 5            was going zero miles an hour.  And he stopped at
 6            two locations at a Pilot station at 3:33 and then
 7            at 3:53.  He came through the stop sign here,
 8            getting on about 9.9 miles an hour.  I just kind of
 9            spot checked the data to see if it was matching up.
10            And then the fastest point that I found was 48.4,
11            that was right at the end of the ramp.  And then he
12            got down to 28.6 and this pin actually has him
13            moving to the shoulder.  Then he came -- then he
14            came to a stop.  And the rest of these are what's
15            in -- what's in the report.
16    Q      My question is how long would it take him to go
17            from the Love's Truck Stop parking lot, turn onto
18            the entrance ramp, merge onto I-65 North and
19            accelerate to 48 miles an hour.
20    A      I don't have to -- I'll don't have to go back and
21            look at the data itself and tell you.  I didn't --
22            that's not something I calculated.
23    Q      Didn't you have the times for each of those pings?
24            Each of the yellow marks on your map?
25    A      It's about a minute is what it's showing, yes, from
```



Page 81

```
 1          the area of the stop sign to where he got to 40.
 2    Q     How far would a tractor-trailer need to travel from
 3          an entrance ramp to get up to 48 miles an hour?
 4    A     That'd depend on the load.  This is a downhill
 5          grade, so it would all depend on the load.
 6    Q     Can you give me a range?
 7    A     No.  Every truck is different depending on how
 8          horsepower is set up, the gear ratio, the type of
 9          transmission that's in it, all that creates power,
10          torque.  It all depends on how the truck is set up.
11    Q     Is it fair to say you do not know how long it would
12          take Mr. Jean-Louis to accelerate from that ramp up
13          to 48 miles per hour.
14    A     Based on the GPS data it took about a minute for
15          him to do it but I don't know.
16    Q     How far was my question, not how long.
17    A     I would have to go back and measure.  I did not
18          measure the distance.
19    Q     After reaching 48 miles per hour, how far would a
20          tractor-trailer go before it could be stopped in a
21          controlled stop?
22    A     At 48 miles an hour, you could stop the truck, if
23          the brakes were working correctly, in about 128
24          feet.
25    Q     Is that an emergency stop or is that a controlled -
```


MAGNA
LEGAL SERVICES

Page 82

```
 1        -
 2   A    That's an emergency stop.
 3   Q    How long would it be for a controlled routine stop?
 4   A    Say .4, about 192 feet, 200 feet.
 5   Q    How far past the end of the entrance ramp do you
 6        believe Mr. Jean-Louis pulled over and stopped on
 7        the shoulder before the collision?
 8   A    From the end of the entrance ramp?
 9   Q    Yes.
10   A    It's about 719 feet.  It's approximately 719 feet
11        from where he reached 48 miles an hour before he
12        came -- wait, that's wrong.  It's approximately 864
13        feet from where he came to a stop after reaching 48
14        miles an hour.
15   Q    My question is from the end of the entrance ramp,
16        how far before he stopped before the accident, in
17        your opinion?
18   A    Can you see my screen?
19   Q    Yes.
20   A    All right.  The 48 miles an hour is at the end of
21        the ramp, Mr. Hickey.  If you look at it, you can
22        see the entrance ramp merging in here so where he
23        came to final rest -- or came to a stop, the
24        distance is 864.94 feet, thereabouts.  Again, it
25        depends on how accurate, I'm putting this on this
```



```
 1        pin to measure.

 2   Q    How far do you believe Mr. Jean-Louis traveled from

 3        that point where he stopped until the impact

 4        occurred?

 5   A    646 feet.

 6   Q    So if we add those two numbers, it's your opinion

 7        that the point of impact or the area of impact was

 8        about 1,510 feet; does that sound about right?

 9   A    Which two numbers?

10   Q    From the end of the ramp to where you believe he

11        pulled over and stopped and from there until the

12        area of impact.  You said 864 from the end of the

13        ramp and 646 from there to the area of impact.

14   A    1,511.2.

15   Q    So by your calculations, the area of impact was

16        about 1,511.2 feet past the end of the ramp,

17        correct?

18   A    That is correct.

19   Q    If Mr. Jean-Louis's electronic log says it took 2

20        minutes and 17 seconds to get from being stopped at

21        the truck stop to 50 miles per hour on the

22        interstate, would you have any reason to disagree

23        with that?

24        ATTORNEY SCOTT:  I'm going to just note an

25        objection to the form of the question.  I'm not
```



Page 84

1    sure if you're talking about in general or specific

2    time or place.

3  A  I'm going to have to go back and look at it, Mr.

4    Hickey, I'm not sure.

5      ATTORNEY HICKEY:  Ms. Court Reporter, could

6    you pull up the exhibit that says Driver's Daily

7    Log, Bates No. 00019.

8      (WHEREUPON, EXHIBIT 5, DRIVER'S DAILY LOG

9      CONSISTING OF ONE PAGE, WAS MARKED FOR

10      IDENTIFICATION.)

11  Q  We'll call this Exhibit 5, Drivers Daily Log of

12    December 27, 2018.  Have you seen that before?

13  A  I have.

14  Q  Did you rely on the information on the document

15    reaching your opinions in this case?

16  A  I did.

17  Q  Do you agree that according to the data on that

18    document, Mr. Jean-Louis was probably stopped in

19    the Love's truck stop for 23 minutes and 26

20    seconds?

21  A  Approximately, yes.

22  Q  Do you agree that Mr. Jean-Louis was probably

23    driving from Love's truck stop to I-65 for 2

24    minutes and 17 seconds?

25  A  Possibly, yes.  I won't say --



1   Q   How can that not be true?

2   A   Because he can be driving less than five miles an

3       hour through the parking lot and it never switch to

4       on-duty driving or driving time.

5   Q   So at five miles per hour, it flips to driving,

6       correct?

7   A   It could be set less than that but at a maximum,

8       according to the rule, it's five.

9   Q   And do you agree that Mr. Jean-Louis was stopped

10      for 5 minutes and 44 seconds after he entered I-65?

11  A   Yes.  Thereabouts.

12  Q   Do you agree that 5 minutes and 44 seconds after he

13      stopped on I-65, Mr. Jean-Louis started his truck

14      for another 33 seconds?

15  A   It appears that way, yes.

16  Q   Do you have any reason to doubt that?

17  A   No.

18  Q   Do you agree that after that 33 second event, Mr.

19      Jean-Louis's truck was not driving again for more

20      than 19 hours.

21  A   Can we -- can we take this down?

22  Q   Yeah.

23  A   You're asking me questions and I can't see things

24      and I don't like answering without looking.

25  Q   After the 33 second off-duty personal conveyance



```
 1        and that's where the truck is being moved, correct?
 2    A   That's correct.
 3    Q   Then after that 33 second movement, Mr. Jean-
 4        Louis's truck was not driven again for more than 19
 5        hours, correct?
 6    A   I believe that is correct.
 7    Q   Can we logically conclude that the 33 second
 8        movement occurred after the fire started?
 9    A   No.
10    Q   Why not?
11    A   That's where he pulled from the shoulder and was
12        moving up the shoulder to the area of impact.
13        That's -- that's actually -- the truck is actually
14        moving at that point, that's not the engine.  There
15        is a location on the logbook after he came to final
16        rest that he started the engine.  But this is where
17        he's actually moving up the shoulder slowly, into
18        the lane.
19    Q   And how far did he travel in that 33 seconds?
20    A   About 646 feet.
21    Q   Where in this 646 feet was the impact?
22    A   Right at the end of the 646.
23    Q   Did he travel again after that?
24    A   Yes.  He traveled to final rest after that.
25    Q   How far was that?
```



Page 87

1   A   612 feet.

2   Q   So a total of about 1,256 feet?

3       WITNESS:  (To Court Reporter)  Can you take

4       this down, ma'am?

5   A   Yes, Mr. Hickey, about 1,256 feet.  And according

6       to the odometer, it was about 1,267.2.  By the GPS

7       and the measurements of the trooper, it was

8       1,256.26.

9   Q   And he did that at a dead stop in 33 seconds,

10      correct?

11  A   The 33 seconds was preimpact.  That was -- that was

12      traveling from the stop to impact.

13  Q   And how did the log record the area after the

14      impact until he came to a stop on the side of the

15      road 612 feet farther on?

16  A   It did not record any speeds if the engine is shut

17      off and it went zeros all the way up.

18  Q   The engine shut off --

19  A   I mean that's --

20  Q   -- and it stopped recording then, correct?

21  A   That's the way it looks.

22  Q   And that would happen at the point of impact or

23      after it pulled off the side of the road under

24      control?

25  A   No.  That would have happened somewhere near the



Page 88

```
 1           area of impact.  The truck doesn't move after it
 2           gets to final rest, at all.
 3      Q    And you know that how?
 4      A    Because the log stays the same.  The mileage on the
 5           log stays the same after he reaches zero at that
 6           last point, the mileage stays the same.
 7      Q    How do you know that the 5 minutes and 44 seconds
 8           he was stopped didn't occur after the collision?
 9      A    Because the GPS logs show where he was stopped at
10           and then the log shows that he was driving after
11           that and the mileage on the truck matches just
12           within 11 feet of the GPS data.
13      Q    Are you relying entirely on that GPS data to come
14           to that conclusion?
15      A    No.
16      Q    What other data do you have other than the GPS data
17           that indicates for 5 minutes and 44 seconds he was
18           stopped occurred before the collision?
19      A    The odometer readings that's recorded with the GPS
20           data.
21      Q    Anything else?
22      A    That's just the -- that's a separate entity.
23      Q    Is there any other data that you have other than
24           the odometer and the GPS data that indicates --
25      A    That's the only data that there is, that I've been
```



Page 89

```
 1        provided.

 2   Q    What is the line of site in accident reconstruction

 3        and human factors analysis?

 4   A    The site of distance that you can see that's not

 5        obstructed.

 6   Q    How far away was Mr. Gonzalez from Mr. Jean-Louis's

 7        tractor-trailer when it would have been found

 8        visible for anyone who was alert and paying

 9        attention?

10   A    Alert and visible, I said earlier we measured back

11        3,400 feet, I'm not sure at night if the ramp

12        itself and the bridge would not have been in that

13        line of site but if it wasn't, then it -- 2,500

14        feet or so, for sure.

15   Q    How long would it take for a tractor-trailer to

16        travel 2,500 feet at 62 miles an hour?

17   A    About 27.4 seconds.

18   Q    When someone's trailing in the right lane of an

19        interstate highway, sees a vehicle stopped on the

20        shoulder ahead, what's the safe thing to do?

21   A    Move right if you can -- or I mean, move left if

22        you can.

23   Q    Anything else?

24   A    Eventually slow down but if you're moving left

25        there wouldn't really be no reason to -- if you're
```



Page 90

1    moving left, there wouldn't really be no reason to

2    slow down.

3  Q  Are you aware of any evidence indicating Mr.

4    Gonzalez moved to his left as he approached Mr.

5    Jean-Louis's truck?

6  A  No, sir.

7  Q  Are you aware of any evidence indicating Mr.

8    Gonzalez ever applied his brakes or reduced his

9    speed before the collision?

10  A  No, sir.

11  Q  Was his cruise control set at 62 miles an hour at

12    the time of impact?

13  A  I don't know.

14  Q  Are you familiar with the phrases "bullet vehicle"

15    and "target vehicle"?

16  A  I am.

17  Q  What do they mean in the context of accident

18    reconstruction?

19  A  The bullet vehicle will be the one that was

20    impacting.  The target vehicle would be what you're

21    hitting.

22  Q  In the August 27, 2018 collision on I-65, was Mr.

23    Jean-Louis driving the target vehicle?

24  A  He was driving the vehicle that was impacted, yes.

25  Q  In the August 27, 2018 collision on I-65, was Mr.



1       Gonzalez driving the bullet vehicle?

2   A   Bullet and target vehicle are terms that are used

3       in crash testing, it's not relevant to what's going

4       on here.  But yes, Mr. Gonzalez was driving the

5       vehicle that impacted the read of Mr. Jean-Louis.

6   Q   Did you use any computer software in reaching your

7       conclusions in this case?

8   A   Yes.

9   Q   What programs did you use?

10  A   Agisoft Photoscan, Trimble Forensics Reveal,

11      Accident Reconstruction Pro 14.

12  Q   Anything else?

13  A   That's it.

14  Q   You seen the police report from the Kentucky State

15      Police Action Reconstruction Unit, correct?

16  A   I have.

17  Q   Is there anything on that report that you disagree

18      with?

19  A   Multiple things, it's stated in my report.

20  Q   Off the top of your head, do you remember anything

21      that you disagree with?

22  A   There's multiple things, yes.  It's based on

23      statement -- virtually on the statement of Mr.

24      Jean-Louis, the trooper did not have the GPS data

25      from the trucks when he -- I'm sorry, he did not



Page 92

```
 1         have the GPS data from Mr. Jean-Louis's truck when
 2         he wrote his report to consider.
 3   Q     Is there anything else the officer did not have?
 4   A     He did not have ECM data from either truck, to my
 5         knowledge would be the most important thing here in
 6         determining what happened was the GPS data itself.
 7   Q     Do you have ECM data from either truck?
 8   A     I do not.
 9   Q     What is your rate of compensation for investigation
10         research and analysis?
11   A     Depends on who's doing it.  If it's me, it's $150
12         an hour, it goes down to $35 an hour depending on
13         who's doing it in the office.
14   Q     What's your rate of compensation for writing a
15         report?
16   A     I bill my time at $150 an hour regardless of what
17         I'm doing.
18   Q     Is that the same for depositions?
19   A     No.  I have a flat fee of $1,000 for depositions.
20   Q     What's your rate of compensation for court
21         testimony?
22   A     $150 an hour.
23   Q     Thank you, sir.  I appreciate your patience with
24         me.  Please make sure you get the exhibits to the
25         court reporter as soon as you can.  That's all I
```



1       have.

2                       CROSS EXAMINATION

3    BY ATTORNEY HAMMOND:

4    Q   Mr. Stidham, this is Mike Hammond.  I just have one

5        more question for you.  Do you have cell phone

6        records from either Mr. Gonzalez or Mrs. Gonzalez?

7    A   I do not.  They've never been provided.

8    Q   Have you requested those?

9    A   That's something that was discussed with Mr. Scott

10       but to date, I've never been provided those.

11   Q   When did you discuss that with Mr. Scott?

12   A   We've had a couple discussions about it at various

13       times.  I don't recall.

14   Q   Over a year ago?

15   A   I have no idea.  I couldn't tell you that.

16   Q   Over six months ago?

17   A   I really couldn't tell you.  I am always working

18       and doing things, I could not possibly tell you a

19       date when we had those discussions.

20   Q   Thank you, that's all I have.

21                       CROSS EXAMINATION

22   BY ATTORNEY SCOTT:

23           ATTORNEY SCOTT:  Can we look at the driving

24       log or the ELD?

25   Q   So this is the logbook here.  I'm going to ask you



Page 94

1        about the change in status between three, four and

2        five.  Can you explain whether the vehicle can

3        change from driving to off-duty while the vehicle

4        is in motion?

5  A    It cannot.

6  Q    And so from three to four, driving off-duty, the

7        vehicle has to be at a complete stop?

8  A    Yes.  From driving to off-duty it has to be zero.

9  Q    What condition to change from off-duty to off-duty

10       personal conveyance?

11  A   The driver has to do that inside the truck.

12  Q   A manual change to do that?

13  A   Yes.  Yes, it has to set -- he has to set the

14       computer to do that.

15  Q   It couldn't just happen automatically on its own.

16  A   No.  Most of the ELDs when you stop will ask you if

17       you want to go on-duty or off-duty when the vehicle

18       stops.  Early on, KeepTruckin, when I had it, was

19       about a minute before it would switch, it would

20       come up and ask you.  Now, J.J. Keller is probably

21       about 30 seconds after the vehicle stops, it asks

22       you if you want to change your duty status.  But

23       going to personal conveyance, that's something that

24       you have to manually do on your device, whether

25       it's a handheld or whether it's your phone or your



```
 1           tablet.  You have to tell it go to into personal
 2           conveyance.  And in this case, when he put the log
 3           into personal conveyance, when he started moving,
 4           it did not log drive time and that's the purpose
 5           and if -- TSA will let you do that.  It's designed
 6           for cross-country truckers that go off-duty,
 7           they're in a parking lot somewhere, they want to go
 8           get something to eat, it'll allow them to go to
 9           personal conveyance and drive the truck somewhere
10           to get something to eat or a store if they need
11           something and then go back and it doesn't count
12           against their hours of service because it's their
13           only mode of transportation.
14     Q     When they're in that personal conveyance mode, can
15           they operate that truck in fervence of the motor
16           carrier's business operations?
17     A     They're in violation.  He should have been counting
18           it as drive time but in this case, he couldn't
19           because if he would have driven another minute, he
20           would have been in violation of the eight-hour
21           rule.
22     Q     But not before 3:59:19, he would have been in
23           violation of his hours in 41 more seconds; is that
24           what you're saying?
25     A     Yes.  He had to take a mandatory break within the
```



Page 96

1          first eight hours, 30 consecutive minutes.

2     Q    So next to the times there, for example, in number

3          three where it's got 3:57:02 a.m. and then next to

4          that we see the 2 minutes and 17 seconds.  I guess,

5          that 2 minutes and 17 seconds is not added to that

6          until there's a change in status, so at 4, it goes

7          off-duty at that time because it does the math and

8          inserts that 2 minutes and 17 seconds.

9     A    I believe that is correct.

10    Q    And so going from four to five, once he manually

11         changed from off-duty to off-duty personal

12         conveyance, it updated on that number four to say

13         he'd been off-duty for 5 minutes and 44 seconds.

14    A    That's correct.

15    Q    There's a little icon next to, like, for number

16         three there's a little emblem there next to where

17         it says "driving."  And that emblem is also next to

18         number five where it says "off-duty"; what does

19         that little emblem mean?

20    A    That indicates that the vehicle is in motion.

21    Q    It's not there in number two, for example, where he

22         was on-duty but he is on-duty doing vehicle

23         inspection.

24    A    That's correct.  He actually wasn't doing vehicle

25         inspection, he testified that he went in and got



Page 97

```
 1           something to eat.  The statement to the trooper was
 2           he thought he was having a flat but his testimony
 3           was different.
 4    Q      When the condition of his duty status changes from
 5           number five to number six, it went off-duty at
 6           4:05:36 and then it added that 33 seconds of off-
 7           duty -- it added the time to item number five,
 8           right?
 9    A      Right.
10    Q      Do we know whether in item number six, 4:05:36, do
11           we know whether that happened at the moment of
12           impact or once the vehicle came to final rest?
13    A      In my estimation, that probably happened just at
14           impact or shortly after.  Can we take the log down
15           for just a second?
16    Q      One more question on this log.  If we look at
17           number five, is it your opinion that at 4:05 he was
18           pulling out onto the highway and the semi-truck was
19           in motion based on item number five?
20    A      Yes.  That also matches the mileage data on the GPS
21           log and the GPS coordinates.  There's multiple
22           reasons I say that.
23    Q      I know you read the testimony from Patrick Jean-
24           Louis and Point Logistics safety manager, they both
25           will not agree to the location of the truck being
```



1          stopped on the side of the road and pulling out at

2          that time but let me ask you the question here:  Is

3          there any personal conveyance reason that he would

4          be operating the truck on the highway, that you can

5          think of?

6     A    No.  The evidence is that just before him pulling

7          off, his app KeepTruckin, had alerted him that he

8          was about to go over his hours.

9     Q    Does it appear based on the logbooks and everything

10         else you've discussed today and in your report,

11         that at the time the impact occurred, that Jean

12         Patrick Louis was driving the Point Logistics

13         vehicle in violation of his hours of service?

14    A    Could you restate that, please?

15    Q    Do you believe that at the time of the impact, Jean

16         Patrick Louis was in violation of his hours of

17         service?  At the time of the impact.

18    A    Yes.  He was also -- he was also in violation of

19         duty status.  He should have had this time logged

20         as driving time and not on -- not personal

21         conveyance.

22    Q    Is that because he had entered the highway -- he

23         entered the highway he was acting in fervence of

24         the motor carrier's interest, right?

25    A    Yes.



1    Q    And item number five, when the vehicle was in

2         motion, he is actually on the highway, is it also

3         your opinion that he was acting in the motor

4         carrier's interest even though he had marked

5         personal conveyance on his logbook?

6    A    That is correct.

7    Q    And is it your opinion, then, that he was being

8         deceptive about his activities on his logbooks?

9    A    Yes.

10   Q    And his statements that he gave to the Kentucky

11        State Police are inconsistent with the data that

12        you have reviewed in this case.

13   A    Yes, sir.

14   Q    That's all the questions I have.

15

16              (WHEREUPON, THERE BEING NO FURTHER QUESTIONS,

17              THE DEPOSITION WAS CONCLUDED AT 4:46 P.M.)

18              FURTHER WITNESS SAITH NAUGHT.

19

20

21

22

23

24

25



1                    CERTIFICATE

2            COMMONWEALTH OF KENTUCKY

3              COUNTY OF PULASKI

4        Be it known that Susan Toby took the foregoing

5    deposition of Joey Stidham and hereby attests:

6        That I am then and there a notary public and

7    professional court reporter in and for the Commonwealth

8    of Kentucky-at-large,

9        that the witness before me was sworn to testify the

10   truth concerning the matter in controversy aforesaid;

11       the foregoing transcript of 98 typewritten pages

12   represents a true, accurate and complete transcription;

13       that I am not related to any of the parties hereto,

14   nor of any attorney or counsel employed by the parties

15   hereto, nor interested in the outcome of this action.

16       In witness thereof, I have hereunto set my hand and

17   seal this 4th day of January 2021.

18

19   _____

20   Susan Toby

21   Commission expires June 21, 2022

22   Notary ID #603353

23

24

25



**A**

abandoned 19:10
ability 6:16
able 43:9 55:23
  66:6 70:11 75:8
ABS 42:5,7
absolute 67:13
absolutely 23:16
  36:8 37:20 48:1
  50:13,17 55:16
  77:5
accelerate 47:4
  79:12 80:19
  81:12
accelerating
  70:14
acceleration
  18:12,17,20
  19:3,16 47:7,13
  47:19 49:12
  71:1,4,12,12
accident 13:6,17
  14:14,20,25
  15:5,8,18 16:2
  20:3 24:23
  25:18 40:16,24
  41:5,10 45:19
  46:9 49:5 55:6
  55:9 63:9 65:4
  65:8,12,20,25
  72:15 82:16
  89:2 90:17
  91:11
accidents 14:12
account 57:6
accuracy 34:2
  37:1 39:11
  57:20 62:19
  63:12,16
accurate 28:20
  28:21 34:1 35:5
  51:16 52:3 57:4
  57:5 61:4 68:21
  82:25 100:12
accurately 30:21

acknowledge
  23:12
ACM 42:12
acting 98:23 99:3
action 1:4 91:15
  100:15
activities 99:8
adamant 24:10
add 31:22 39:22
  58:13 70:18
  80:2 83:6
added 38:19,23
  58:15 96:5 97:6
  97:7
adding 60:7
  70:22
addition 9:15
  39:18
additional 39:20
additions 38:6
adjoining 49:19
  49:25
adjust 66:21
adjusted 45:5,23
  66:22
administration
  17:14
administrative
  21:11
administrator
  36:9,13
advice 65:23
Advocacy 15:20
  16:5
affirmative 3:23
aforesaid 100:10
after-market
  35:8
Agisoft 91:10
ago 9:22 11:15
  17:3,3 22:20
  62:23,24 63:25
  76:23 93:14,16
agree 27:22
  37:17 84:17,22
  85:9,12,18

97:25
agreed 4:2
ahead 52:9 67:14
  74:22,23 89:20
air 19:10 33:12
  33:13
airport 19:2
al 4:16
alert 36:1,6,8
  89:8,10
alerted 98:7
alerts 36:9
Alexander 2:15
allow 95:8
allowed 7:16
allowing 67:9
altered 46:22
amount 31:5
analysis 48:5
  57:9 89:3 92:10
analyst 5:19,19
analyzed 23:11
analyzing 30:5
and/or 34:5
annual 20:19
answer 6:7 25:5
  35:1 43:3 50:13
  50:17,24 51:7
  51:21 52:10,22
  54:20,23 56:10
  62:17 68:16
  77:20
answered 24:24
answering 85:24
apart 57:22
apologize 11:10
  25:10 52:6
app 52:1 59:5
  64:11 98:7
Apparently 62:4
appear 45:16
  78:12 98:9
appearances
  1:16 4:5 72:3
appeared 40:17
appears 73:17,23

74:5 78:22,25
  85:15
appendix 9:7
  67:7
applied 33:15
  56:7 67:3 90:8
applies 13:6
apply 21:24
appreciate 92:23
approached 51:2
  52:19 90:4
approval 31:21
approximate
  15:3 20:22
approximately
  82:10,12 84:21
April 16:22
area 5:17 34:14
  48:9 58:12 60:4
  61:1 70:18 72:7
  73:13 75:25
  76:2,16,24 81:1
  83:7,12,13,15
  86:12 87:13
  88:1
areas 76:9
arrested 10:17
  10:19
arrows 73:14
asked 6:24,25
  10:22 17:9
  24:12 27:9,12
  28:13 29:9
  36:23,25 53:25
asking 17:11
  85:23
asks 94:21
asleep 25:23
assistant 22:17
associated 65:16
associates 13:7
assume 28:19,20
  56:16
assumed 58:7
assuming 33:4
  70:4

assumptions
  28:13,16,18
  29:1
astronomical
  72:8
attempted 56:5
attention 89:9
attests 100:5
attorney 3:6,7,8
  4:11 5:2,11
  6:23 11:23 12:3
  12:14 14:6
  29:15,17 30:14
  31:20 79:17,19
  83:24 84:5 93:3
  93:22,23
  100:14
attorneys 20:15
audible 36:5
August 37:22
  39:5 90:22,25
authored 15:17
automatically
  67:9 94:15
average 14:15
  21:5,20
avoid 43:10 50:4
aware 7:22 11:7
  20:2 23:3,5
  26:3,25 53:16
  62:13 63:3 90:3
  90:7
axels 74:3
a.m 56:13 59:2
  96:3

**B**

B 3:11
bachelor's 13:8
back 6:10 22:16
  23:1 25:11 32:5
  35:10,15,15
  36:13 38:21
  48:13 57:20
  58:6,7 59:22
  60:20 70:6,19



71:3 75:23 78:3
80:2,20 81:17
84:3 89:10
95:11
**Baird** 2:16
**Baker** 22:10 38:3
**bar** 80:4
**barely** 50:22
**base** 19:10,11
25:11 34:14
66:21
**based** 24:18 47:6
47:8 51:4,12,12
52:2 58:4 60:21
60:23 66:22
68:8 70:13 72:9
77:5,6 81:14
91:22 97:19
98:9
**basically** 15:21
**basis** 8:5
**Bates** 84:7
**beginning** 35:19
37:14,14
**begins** 59:18
**BEHALF** 2:2,8
2:14,20
**belief** 23:14
24:16 68:20
**believe** 5:16 38:7
41:6 53:23
68:13,25 69:12
82:6 83:2,10
86:6 96:9 98:15
**belong** 22:1
**best** 6:16 24:24
37:2
**big** 33:24
**bill** 21:4,10,21
30:25 92:16
**billed** 30:4
**billing** 21:9 29:5
29:6,9,11,16
30:2,10,19,21
**bit** 25:11 31:18
71:15

**blowout** 70:5
**board** 52:4 62:14
**Bob** 22:10,13,18
38:3
**Boss** 14:10
**bought** 35:6
**Bowling** 1:3 7:6
**brake** 33:11,15
**brakes** 33:14
43:8,20 45:4,10
45:13,20,21
55:19 56:7,15
72:10,20,23
81:23 90:8
**braking** 18:17
19:4,16
**brand** 43:3
**bread** 61:8,13
**break** 95:25
**bridge** 48:14
89:12
**broad** 47:5
**broadcast** 67:18
**brought** 4:14
**bullet** 90:14,19
91:1,2
**bumper** 58:6,8
70:22 75:21
**burned** 41:18
66:2
**burned-up** 79:18
**burning** 70:8
78:8
**burst** 77:18
**business** 2:5
13:24 17:12
95:16

———————
**C**
**C** 2:1 4:1
**calculate** 48:24
49:16 55:21
58:18 72:12
80:1
**calculated** 44:17
47:7,14 50:2,2

55:14 57:24
58:5 60:2 71:10
80:22
**Calculating**
70:24
**calculation** 34:19
47:12 50:4
**calculations**
83:15
**call** 5:11 9:19,20
12:14 31:10
44:23 84:11
**called** 14:1 27:25
27:25 32:4
35:12 61:8
69:24 71:20,23
**callers** 69:23
**calls** 69:21
**captured** 60:23
**care** 31:17
**careful** 43:15
**cargo** 41:23
**carrier** 9:8,17
34:5 59:16
66:22 67:10
**carrier's** 95:16
98:24 99:4
**Carter** 6:22
**carved** 36:19
**case** 4:15,19 5:13
6:11 7:1 8:19
9:2 11:8,23
15:16 20:5,6
22:9 23:1,4,7
23:21 24:8,9,18
25:8 26:9,12,19
26:24 27:2,6
28:4,14 29:1,3
29:7,16,24 30:6
30:15,18 31:2,7
32:1,10 33:22
34:25 48:5 50:2
51:18 52:11
53:5,8 55:12,15
65:2 71:25
77:10,11 84:15

91:7 95:2,18
99:12
**cases** 5:23 6:13
8:2,7
**catastrophic** 75:7
**caught** 78:14
**cause** 24:23
42:22 43:13
65:20 76:18
**caused** 24:20
65:11
**cautioned** 4:8
**Cave** 41:4
**CDL** 12:24 16:21
16:23 17:4,7,10
**cell** 27:17,21
36:16,17,19
54:12,18 66:4,5
93:5
**center** 2:5 53:17
54:9 73:23
**certain** 54:3
**Certificate** 3:9
100:1
**change** 50:3 59:6
59:7 71:21 94:1
94:3,9,12,22
96:6
**changed** 12:19
12:22 32:16
37:15 39:6
40:15 96:11
**changes** 61:22,23
97:4
**changing** 53:15
**charge** 10:24
20:3,6
**charged** 10:17,19
**check** 24:2 80:2
**checked** 80:9
**chronologically**
32:1
**civil** 1:4 8:7 11:3
**classes** 13:1,20
**clear** 49:4 51:24
53:8 54:5 78:16

78:21
**clearly** 73:15
74:12
**client** 23:8 25:22
32:25 53:19
72:4,14
**clients** 21:4
**clock** 36:3 66:13
66:16 68:9
**close** 32:3 36:11
50:5 76:5
**closer** 73:24 74:1
**closing** 33:17
71:23,24 75:6
**cloud** 62:2
**coefficient** 40:8
**collect** 15:23
**collected** 57:21
**College** 13:8,10
**colliding** 71:19
**collision** 5:18
6:15 11:12
24:20 39:25
43:10,25 45:6
45:15 46:3,5
48:9 51:3 54:13
54:16,19,22,25
55:3 68:15 69:2
73:10 82:7 88:8
88:18 90:9,22
90:25
**collisions** 16:4
42:22
**come** 56:23 58:20
76:17 77:3
88:13 94:20
**comes** 61:18
**coming** 50:11,15
53:3
**commentary**
68:8
**commercial**
16:19 17:18
18:4,12,15,20
19:13 42:18
43:16,19



Commission
100:21
committed 28:9
common 66:13
Commonwealth
100:2,7
communicates
36:16
Community 13:7
13:9
company 9:12
14:1,5 17:8
26:6 57:1
comparing 60:22
63:20
compensation
92:9,14,20
complete 4:21
50:11,15 94:7
100:12
computer 48:7
91:6 94:14
concerning
100:10
concerns 28:25
conclude 86:7
CONCLUDED
99:17
conclusion 88:14
conclusions
38:24 39:11
91:7
condition 41:14
43:24 94:9 97:4
conduct 33:21
34:24
conducted 18:3
18:11
confident 60:24
confirm 39:21
Connect 5:21
56:21 62:20
63:4 64:3
connected 36:21
connection 33:21
63:7

connectivity
36:17,20
consecutive
67:25 96:1
consider 22:7
92:2
considered 4:19
53:25 67:23
68:1 74:13
consistent 71:17
72:19
consistently
68:18
CONSISTING
12:17 75:12
84:9
consultant 19:23
61:4
consultation 20:4
20:5
contact 24:5 76:1
contacted 23:20
23:23,25 24:3,7
24:10 27:6,7
contain 4:18
context 90:17
continue 73:15
73:20
continued 72:4
continuous 61:19
contract 20:14
20:16 24:1
contribute 24:23
control 66:13
87:24 90:11
controlled 81:21
81:25 82:3
controversy
100:10
conversation 9:9
10:10
conveyance
59:14,21 68:7
85:25 94:10,23
95:2,3,9,14
96:12 98:3,21

99:5
convicted 10:17
coordinate 61:13
Coordinated
67:12
coordinates
35:22 57:12
61:9 97:21
coordinator
22:19
copy 4:21 12:6,15
20:16 37:22
38:13
core 13:20
Corp 22:22 57:18
correct 5:15,16
12:21 13:24,25
14:4 20:9 25:12
26:7,8,21 35:22
38:12 39:25
40:1 43:10,11
43:14,22,23
46:9,10 49:8
56:22 61:15,21
66:5 68:11,12
76:25 83:17,18
85:6 86:1,2,5,6
87:10,20 91:15
96:9,14,24 99:6
correctly 81:23
counsel 4:2 25:7
100:14
count 6:10 59:15
95:11
counting 50:9
95:17
county 6:23 11:9
11:13,20 100:3
couple 8:11 9:22
17:11 38:18,22
39:4 62:10,24
93:12
course 13:11,11
13:12,13,16,19
18:21,24 19:8
19:13,19

courses 13:12,14
13:15 18:16
19:4
court 1:1 2:5 3:1
4:22 5:2,4,9 6:3
6:8,19,22 7:10
7:13 12:3,8,11
15:23 29:12
31:23 75:14
78:18 84:5 87:3
92:20,25 100:7
COVID-19 4:6
crash 18:3 91:3
creates 81:9
credibility 28:3
crime 10:18,20
criminal 10:21
CROSS 93:2,21
cross-country
95:6
cruise 90:11
crumb 61:8,13
crush 55:5
crushing 76:22
CURRICULM
12:16
Curriculum 3:13
cursor 58:2
59:10
cuts 69:7
CV 6:10,12 11:24
12:2,6 13:1
14:11 17:2
18:10,15 19:6
19:20

_____

D

D 3:4,18 4:1
Daily 3:16 84:6,8
84:11
damage 3:15
33:10 72:17
75:5,18
damaged 41:16
69:18
Daniela 9:12

23:9
dark 40:19 48:12
dash 62:12
dashes 3:19
data 5:20 19:18
22:23 23:11,13
23:13 24:19,21
24:24,25 25:13
25:14 26:1,2
27:8,23 32:12
32:14,22,22
33:25 34:3,7,9
34:23 36:15,19
36:22 39:22
42:12 51:4,14
51:16,19,23
52:1 54:2 55:16
56:6,12 57:9,21
57:21,21 58:5
58:15,19 60:21
60:25 61:7 62:1
62:3,7 63:20,20
65:14 66:4
67:16 68:17
69:6,7,9 70:13
71:18 77:10,13
79:20,22 80:3,9
80:21 81:14
84:17 88:12,13
88:16,16,20,23
88:24,25 91:24
92:1,4,6,7
97:20 99:11
databus 67:19
date 11:20 12:2,6
16:25 24:1 41:8
41:9 64:7,11,16
67:8 93:10,19
dated 37:22
dates 18:10
David 2:3 29:15
day 21:15,19
23:22 31:3,4
40:16 46:16
100:17
daylight 40:19



**days** 9:2 14:21
21:7 23:25 32:6
**dead** 87:9
**dealt** 57:1
**death** 5:23
**debris** 40:18
**December** 1:15
84:12
**deceptive** 99:8
**decide** 29:14
**decided** 62:25
**defendant** 2:8,14
2:20 11:4
**DEFENDANTS**
1:9
**defense** 8:13
**define** 17:17 20:5
76:12,13,14
**defining** 76:9
**definitive** 74:7
**definitively**
52:21 60:24
68:24
**degree** 13:7,9
16:10,12,14
**degrees** 13:10
**delivered** 63:22
**Delta-V** 71:20,21
**demo** 9:19 35:24
57:3 62:23
**demonstration**
10:8
**demonstrations**
52:3
**denotes** 3:21
**Department**
15:19 16:5
**depend** 48:22
50:24 81:4,5
**depending** 81:7
92:12
**depends** 21:17,17
44:16 47:6
48:19 51:16
81:10 82:25
92:11

**depleted** 33:13
**deposition** 1:12
4:4,23 5:6 7:4,5
7:6 9:12,13
20:17 23:10
25:24 28:9
31:16 38:14
53:4,22 58:17
99:17 100:5
**depositions** 9:24
26:6,9 92:18,19
**depth** 55:5
**derive** 20:19
**describe** 13:5
31:25
**designed** 95:5
**desired** 37:19
**desk** 30:23
**destroyed** 27:17
**detached** 78:12
**detail** 56:21
57:13
**detailed** 62:23
**determine** 41:21
41:23,25 42:2,4
42:7,9 49:5
51:1 55:5,8,24
62:19 63:12,16
65:7,11,20,24
70:11 78:10
**determined**
49:10
**determines** 49:9
**determining** 92:6
**Detroit** 44:22,24
**deviation** 67:13
**device** 36:18 62:8
62:15 66:1,16
69:9 75:22
94:24
**devices** 9:16
62:10 65:1,3
66:7,8,10,18,23
**diagnostic** 62:14
**diagonal** 53:14
**diesel** 44:22,24

73:17 74:13,17
74:19,20
**difference** 38:16
60:15 71:19,22
**different** 19:8
37:17 40:21
52:24 57:12
81:7 97:3
**differently** 39:15
**difficulties** 75:15
**digging** 34:1
**DIRECT** 4:10
**direction** 61:23
**directly** 58:20
66:19
**director** 22:17
23:9 35:4
**disagree** 83:22
91:17,21
**disagrees** 23:3,6
23:10,14,17
**disclosure** 39:15
**disclosures** 11:24
**discount** 60:6
**discuss** 93:11
**discussed** 93:9
98:10
**discussion** 32:9
**discussions** 93:12
93:19
**disputes** 23:16
**distance** 44:14,18
49:14 50:6,14
58:18 60:2,4
70:16,17,24
72:22 81:18
82:24 89:4
**distances** 55:17
57:22,24
**distracted** 65:11
65:25
**District** 1:1,2
6:22 7:10 11:9
11:14
**document** 15:22
38:6,7 40:5

42:13 74:8
84:14,18
**documentation**
54:2 64:2,9,14
**documents** 4:18
9:1 26:17 38:25
39:3,7,12,14,21
62:19 63:11,15
**doing** 6:1 12:9
21:12,23 35:24
47:6 57:16
92:11,13,17
93:18 96:22,24
**Dolin** 2:22
**doubt** 76:1 85:16
**downhill** 81:4
**downloading**
19:17
**drag** 40:8 44:19
**drawn** 73:14
**drink** 54:24
**drive** 17:23 35:20
40:7 59:14 68:5
74:2 79:10 95:4
95:9,18
**driven** 86:4
95:19
**driver** 17:16
27:22 36:9
48:19,23 49:10
50:19 53:8
67:11 94:11
**drivers** 12:25
13:1 59:17
84:11
**driver's** 3:16
16:19 50:18
59:3 84:6,8
**driving** 17:18
30:24 36:11
40:23 44:13
59:15,18,20,21
68:7 72:4 80:4
84:23 85:2,4,4
85:5,19 88:10
90:23,24 91:1,4

93:23 94:3,6,8
96:17 98:12,20
**drone** 40:3 48:6
**Dropbox** 4:25
5:4,9 12:11
31:22
**drove** 72:4
**drug** 77:9
**due** 4:5 75:15
**duly** 4:8
**duty** 58:24 59:6
59:12,21 61:6
68:6 94:22 97:4
97:7 98:19
**D13** 46:18

**E**

**E** 2:1,1,9 3:4,11
3:18,18 4:1,1
**earlier** 26:5 38:3
39:24 53:25
67:15 70:21
77:6 89:10
**Early** 94:18
**Earth** 40:4
**easier** 13:4
**easiest** 5:3
**eat** 95:8,10 97:1
**eating** 54:21
**ECM** 19:13
27:13,16 34:10
34:11 46:22
47:18 67:16,18
69:9 92:4,7
**ECMs** 19:17
**ECN** 39:22
**educating** 30:14
**education** 13:5
13:13 57:8,10
**Edward** 4:13
**eight** 96:1
**eight-hour** 95:20
**either** 7:5 10:4
11:4 19:9,10
35:12 38:25
39:2 46:12



60:17 92:4,7
93:6
**elapsed** 77:16,21
**ELD** 26:1 35:2,8
36:18 58:19
59:9 67:8,11,15
67:17 93:24
**ELDs** 34:2 59:7
67:5 94:16
**electronic** 9:16
47:17 66:13
83:19
**ellipsis** 3:20
**emailing** 5:4,8
**emblem** 96:16,17
96:19
**EMC** 77:10
**emergency** 81:25
82:2
**employed** 100:14
**engine** 25:3 33:5
35:8 43:12,20
44:20 46:17,19
46:21 67:18
69:4,7,8 77:12
77:12 79:3,5
86:14,16 87:16
87:18
**engineer** 16:8
**engineering**
16:10
**entered** 85:10
98:22,23
**entire** 72:22 74:5
**entirely** 53:1
88:13
**entitled** 29:21
**entity** 88:22
**entrance** 79:11
80:18 81:3 82:5
82:8,15,22
**EOD** 9:15 27:23
33:25
**EODs** 27:12
**equipment** 17:22
48:4

**error** 60:17
64:24
**errors** 39:2 63:3
**especially** 42:19
42:25
**estimate** 14:17
**estimation** 69:18
97:13
**et** 4:16
**ethics** 21:24 22:2
22:3
**event** 85:18
**Eventually** 89:24
**evidence** 7:19
15:21 26:1
28:22 32:7 33:2
45:21 51:12
52:11 53:9 54:7
56:9 60:8 72:9
76:10,12 77:6
78:11 90:3,7
98:6
**evolves** 29:19
**exact** 15:2,7 31:4
41:9 76:14
**exactly** 4:25
20:21 75:20
**Examination** 3:6
3:7,8 4:10 93:2
93:21
**example** 43:8
96:2,21
**exceed** 67:13
**exceeds** 67:22
**exceptions** 59:16
**exchange** 29:18
29:21
**exhibit** 3:12,13
3:14,15,16 4:22
5:11 10:13
12:14,16 20:17
26:21 29:8,12
31:13,16,21
38:13 75:9,12
84:6,8,11
**exhibits** 31:6

92:24
**Exit** 79:10
**experiments**
34:24
**expert** 5:13,23
6:3,9 7:24
19:22,25 20:20
21:24 29:19
**expertise** 5:17
**experts** 29:22
**expires** 100:21
**explain** 74:11
94:2
**explanation** 72:6
77:14
**expunged** 10:20
**external** 67:10
**extra** 61:5
**extremely** 60:21

_____

**F**

**face** 35:4 77:25
**Facebook** 19:24
**fact** 53:19
**factor** 40:8 44:19
47:13 71:1,4
**factors** 47:7 49:1
89:3
**factory** 35:15
**facts** 25:12,17
**factual** 25:6 27:1
**fair** 55:23 81:11
**fairly** 76:5
**Fall** 17:5
**familiar** 90:14
**family** 24:9
**far** 22:2 33:24
36:1 48:1,9
69:9 72:13,20
77:15 81:2,16
81:19 82:5,16
83:2 86:19,25
89:6
**farther** 87:15
**fast** 72:19 74:22
74:24

**fastest** 49:17,18
49:23 79:22
80:10
**fatigued** 55:2
**feature** 59:7
**features** 37:18,19
**February** 19:21
**Federal** 9:7,16
34:4,5 59:16
66:25
**fee** 20:12,13
92:19
**feet** 34:21 44:19
47:9,10,14
48:13,15 50:3,6
50:14 57:22
58:6,7,9,11,13
58:16 60:3,5,9
60:15,16 70:21
70:22,22,24,25
71:6 72:6,25
74:6,25 76:21
76:25 77:1
81:24 82:4,4,10
82:10,13,24
83:5,8,16 86:20
86:21 87:1,2,5
87:15 88:12
89:11,14,16
**felt** 32:17
**fence** 33:24
**fervence** 95:15
98:23
**fewer** 37:19
**field** 7:24 15:18
15:22,23 57:9
76:16
**figured** 35:13
**file** 3:12,14 4:14
4:18,22 9:5
10:10 20:16
31:19,20
**final** 34:21 45:9
60:5,13 72:23
79:1,3,6 82:23
86:15,24 88:2

97:12
**find** 18:18 45:19
**fine** 5:4,10 17:1
**finished** 9:21,22
13:19,20
**fire** 27:17 43:13
69:12 78:4,6,14
86:8
**firm** 8:15,21
**first** 4:7 6:18,25
8:19 13:16,20
16:21 18:15,19
18:21 23:20,23
24:5,7 27:6,7
32:2 35:2 36:23
38:5,16 52:25
59:2,25 71:14
71:14 75:17,19
75:21,25 76:3
76:10,15 80:3
96:1
**fit** 28:22 33:1
**fitting** 32:23
**five** 67:24 68:3,5
69:12 70:4,9
77:21 78:1,2
85:2,5,8 94:2
96:10,18 97:5,7
97:17,19 99:1
**flames** 77:18,22
**flat** 92:19 97:2
**flip** 12:7
**flips** 85:5
**flooding** 11:10
**Florida** 19:5,14
**fluids** 43:12
**folks** 10:5 21:11
**follows** 4:9
**foot** 70:19
**footnote** 58:8
**Force** 19:11
**Ford** 17:25 35:7
35:15
**foregoing** 100:4
100:11
**forensics** 13:12



91:10
**forgot** 11:11,12
**form** 14:5 25:6
   83:25
**formal** 13:5,13
**formed** 14:1 23:7
   68:20
**forth** 23:2
**forward** 29:20
   78:7
**found** 32:3 39:5
   80:10 89:7
**four** 8:18 13:15
   14:21 17:3
   22:25 94:1,6
   96:10,12
**Fourth** 2:23
**frame** 78:23,25
**freight** 17:19,21
**Freightliner**
   44:13
**friction** 40:9
**Friday** 9:19 31:3
   63:22
**friends** 17:11
**front** 41:17 52:16
   58:5 70:21
   75:16 76:5
**fuel** 40:17 43:20
   74:13,18,19
**full** 4:12
**furnish** 4:21
**FURTHER**
   99:16,18
**F-150** 17:25 35:7

_____
         **G**
_____
**G** 3:18 4:1
**gap** 73:19
**gathered** 9:25
   10:2,3 34:12
**gathering** 27:10
   32:6,14
**gear** 81:8
**general** 37:12,13
   63:2 76:19 84:1

**Generally** 9:4
**geomapping**
   22:22
**getting** 32:19,19
   32:20,21 58:16
   69:9 80:8
**Gilberto** 40:23
**give** 5:5 36:2 41:8
   44:22 73:8
   76:19 79:20
   81:6
**given** 12:1 15:25
   52:23
**gives** 59:9
**go** 6:10 17:11
   21:7,14 24:12
   29:14 32:2
   35:23 42:22
   50:9,19 53:13
   59:22 62:5
   67:14 68:5,7
   69:5,10,10 71:1
   71:3 74:22,23
   80:1,16,20
   81:17,20 84:3
   94:17 95:1,6,7
   95:8,11 98:8
**goes** 17:8 67:20
   69:3 92:12 96:6
**going** 8:4 12:15
   13:21 18:7
   20:17 30:11
   32:25 36:3,24
   37:6 49:13
   53:11,14,18
   56:13 58:10
   59:25 61:25
   63:22,23 68:23
   71:6 72:11,16
   72:19 73:8,18
   73:21,22 74:2
   75:5,8 77:13
   79:21 80:5
   83:24 84:3 91:3
   93:25 94:23
   96:10

**Gonzalez** 1:6
   4:15 5:13 24:10
   24:16,22 40:23
   44:13 50:3
   51:10 52:16,18
   53:2,9,17 54:8
   54:12,15,18,21
   54:24 55:2
   62:21 64:10,19
   65:10,24 66:2
   69:16 72:10,19
   77:17 78:23,25
   89:6 90:4,8
   91:1,4 93:6,6
**Gonzalez's** 27:16
   33:7,13 42:4
   43:25 44:11,20
   45:4,10,13 46:2
   51:1,20 52:8
   53:6 55:19,24
   62:9,16 64:15
   65:6,15 66:17
   68:9,13,25
   69:13 72:5 74:3
**good** 52:1
**Google** 40:4
   60:18
**gouge** 33:9 53:12
**gouges** 76:4
**Government**
   64:23
**governor** 42:10
   47:15
**governors** 47:17
**GPS** 5:19 22:23
   23:11,12 25:3
   26:2 27:12
   32:22 34:7,11
   34:16,22,23
   35:19,22 37:2,4
   51:14,19,23,25
   55:14 56:1 57:9
   58:4,7,10 60:3
   60:7,10,25 61:7
   62:20 63:13,17
   64:23 70:13,20

79:20,22 81:14
   87:6 88:9,12,13
   88:16,19,24
   91:24 92:1,6
   97:20,21
**grade** 47:22,23
   81:5
**gradually** 49:3
   49:14
**great** 55:18 75:6
**Green** 1:3 7:6
**grill** 75:23 76:2
**Gs** 71:5,5,16,18
**guess** 68:22 96:4
**Gwin** 2:16

_____
         **H**
_____
**H** 3:11
**Haisan** 9:13 23:9
**half** 17:17 21:10
   21:21,22 47:11
**Hall** 6:23
**halting** 3:20
**Hammond** 2:9
   3:7 93:3,4
**hand** 17:8,9
   57:19,19
   100:16
**handbook** 15:21
   16:1
**handheld** 94:25
**happen** 87:22
   94:15
**happened** 25:1
   28:12 78:13,15
   87:25 92:6
   97:11,13
**happy** 29:13
**Harassment**
   10:25
**hard** 54:5
**haul** 17:19
**hauled** 17:21
**hazard** 13:7,9
   43:13
**head** 91:20

**headlights** 46:1
**hear** 37:6
**heavy** 18:1
**held** 10:15
**help** 27:21 32:11
   32:17,18 38:2
   39:20 70:7
**helping** 17:13
**hereto** 100:13,15
**hereunto** 100:16
**Hickey** 2:21 3:6
   4:11 5:2,11
   11:10 12:3,14
   16:24 25:9
   29:15,25 31:20
   49:20 52:21
   61:10 72:3
   78:21 79:19
   82:21 84:4,5
   87:5
**highly** 60:24
**highway** 33:12
   40:13 49:6
   51:15 72:5,12
   77:9 89:19
   97:18 98:4,22
   98:23 99:2
**hill** 47:9,12
**history** 35:25
**hit** 56:15 76:20
**hitting** 90:21
**hold** 12:8 16:19
**home** 34:14
   66:21,22
**Horse** 41:4
**horsepower**
   46:19,21 81:8
**hour** 9:9 10:8
   20:7,8 33:4
   44:18 47:4,13
   49:17,25 56:17
   58:4 59:24
   67:24 68:4,5,14
   68:14,19 69:1,1
   70:17 71:2,7
   72:18 75:1,3



79:12 80:5,8,19
81:3,13,19,22
82:11,14,20
83:21 85:3,5
89:16 90:11
92:12,12,16,22
**hours** 9:22 21:4
21:19 30:16
31:5 36:3 57:15
85:20 86:5
95:12,23 96:1
98:8,13,16
**Howard** 6:23
**huge** 19:11
**Huh** 14:9
**human** 89:3
**hundred** 50:6
**hundreds** 6:13
**husband** 65:8

**I**

**icon** 96:15
**ID** 100:22
**idea** 6:1 21:6
27:20 29:4 65:1
69:15,16 77:19
93:15
**IDENTIFICA...**
12:18 75:13
84:10
**ignition** 56:13
**image** 27:13,16
79:17
**imaging** 46:22
**impact** 33:1,3,4
33:17 48:10
55:5,8,13,18,25
56:2,3,8,17
58:12 60:5
70:12,18 71:7,9
71:25 72:7,22
75:1 76:3,16,21
76:24 77:4 83:3
83:7,7,12,13,15
86:12,21 87:12
87:14,22 88:1

90:12 97:12,14
98:11,15,17
**impacted** 70:20
90:24 91:5
**impacting** 90:20
**important** 42:18
43:2 45:18 46:5
65:10,19 77:10
92:5
**impossible** 25:5
76:14
**inadmissible**
7:14,21
**inaudible** 49:12
68:4 71:6,7
**inch** 61:19
**include** 8:10
25:14
**included** 26:2
**including** 11:24
**income** 20:19
**inconsistencies**
37:5
**inconsistent**
36:15 99:11
**incorrect** 77:1
**increment** 71:14
**independently**
66:20,24
**indicated** 26:5
**indicates** 88:17
88:24 96:20
**indicating** 90:3,7
**indicative** 33:16
**individuals** 22:7
25:15
**information** 5:5
25:6 26:18 27:1
29:18,21 30:6
32:10,19 34:7
39:20 56:20,25
57:6 60:22 63:6
64:18 65:13,19
67:9,20 84:14
**injury** 5:22
**input** 23:2 38:4

67:10
**INS** 2:14
**inserts** 96:8
**inside** 66:2 73:18
94:11
**inspect** 45:10
46:13
**inspected** 40:22
40:25 41:2,12
41:15 42:14
46:7,11,12
**inspection** 19:3
96:23,25
**instance** 34:8
**instantaneous**
71:21
**Institute** 18:22
**Insurance** 5:15
**intelligence**
57:14
**intentional** 3:19
**interest** 98:24
99:4
**interested** 62:25
63:1 100:15
**interference**
67:10
**internet** 10:4
54:18
**interruption** 3:19
**interstate** 83:22
89:19
**interstate/high...**
48:17 50:1
**interviewing**
13:11
**investigation**
14:2 29:23 92:9
**investigations**
13:11
**investigator** 22:5
**involved** 8:3 55:6
55:9
**IPTM** 18:7,16
22:17
**irrelevant** 60:6

**Isaacs** 2:4,4
**issue** 44:7,8
45:25
**item** 97:7,10,19
99:1
**it'll** 30:3 95:8
**I-65** 39:25 48:8
79:11 80:18
84:23 85:10,13
90:22,25

**J**

**J** 2:15
**Jacksonville** 19:5
19:14
**January** 100:17
**Jason** 35:21
**Jean** 39:22 55:14
63:17 70:11
86:3 97:23
98:11,15
**Jean-Louis** 1:9
2:8 5:14 9:14
9:14 23:8,14
26:7 27:23 28:7
33:18 41:17
46:8 52:5,13,14
52:23 54:3
57:25 63:13,25
70:3 72:17 77:8
77:25 79:21
81:12 82:6 83:2
84:18,22 85:9
85:13 90:23
91:5,24
**Jean-Louis's**
27:14 46:17
47:3,15 53:10
53:18 54:9 70:1
83:19 85:19
89:6 90:5 92:1
**Jeremy** 22:10,21
22:24 38:4
**Jeremy's** 57:13
**Joey** 1:13 4:7
100:5

**John** 51:22,23
52:5,12
**Joseph** 4:13
**judge** 6:23 7:17
7:23
**judgement** 28:8
**judgements** 28:3
**judge's** 7:20
**jumped** 70:22
**June** 100:21
**J.J** 35:11,13
94:20

**K**

**keep** 42:18 43:15
**keeping** 62:2,3
**keeps** 36:20
**KeepTruckin**
5:20 9:9,11,20
10:5,6 23:11
33:25 35:3,9,17
36:2,7 37:12,13
37:17 52:1 59:5
61:8 62:13
63:12,17 94:18
98:7
**Keith** 6:23
**Keller** 35:11,13
94:20
**Kent** 6:22
**Kentucky** 1:2
6:14 7:7 11:20
18:24 91:14
99:10 100:2
**Kentucky-at-la...**
100:8
**kept** 23:13 77:8
**kind** 17:21,23
45:2 62:8,15
80:8
**knew** 22:24
32:24 33:5,10
33:12,12 35:4
35:19,22,25
36:14,22
**knock** 72:20



knocked 33:6
know 6:5,6 8:2
    8:23 10:7 12:1
    12:6 14:24 15:2
    15:3,7,12 20:23
    23:9,17 25:1,4
    27:19 30:7 31:4
    35:10,10 36:4,5
    36:5,6,7 38:21
    40:15 42:11
    43:24 44:10,14
    44:20,25 45:2,4
    45:13,17 46:1
    46:25 47:17,21
    47:23 48:1
    51:13 52:10,15
    52:17 53:6,24
    53:24 54:3,14
    54:17 55:1,4,13
    56:3,5,7,10,14
    56:15,16,17,19
    56:25 57:5
    58:19 59:4,12
    60:24 61:10
    62:11,17 63:24
    64:23 65:10,13
    69:23 70:15,16
    71:11,13,17
    72:15 74:8,14
    76:4 77:5,19,24
    78:5,9 79:2,15
    81:11,15 88:3,7
    90:13 97:10,11
    97:23
knowing 64:6
knowledge 8:1
    28:2 39:4 92:5
known 100:4
Kopka 2:22
Kuebbing 2:15
KY 2:6,12,18,24

——————
L
——————
L 3:18
Landrum 2:10
lane 40:11 47:25

47:25 48:18
49:7,7,18,19,20
49:25,25 50:12
50:12,16,16
51:1,5,6,8,14
52:2,19 53:11
53:14,17,20
54:9 86:18
89:18
lanes 50:3 53:15
laptop 64:20
    65:17
large 52:22
late 21:17
lateral 49:12
latitude 51:19
launches 57:17
law 58:19
lawsuit 11:3,16
lawyer 25:17
lawyers 25:7
leading 74:4
leak 43:13
learned 57:11
Lease 64:19
leave 74:25
leaving 50:20
left 11:20 13:23
    45:8 52:17,19
    53:1,6,20 73:11
    73:12,16,20,25
    74:18,19,21
    89:21,24 90:1,4
LEGAL 1:23
length 42:2 58:14
Leslie 11:9,13
Let's 7:5 12:14
levels 37:17
Lexington 2:12
    19:2
liability 14:1
license 16:19
lied 28:11
light 36:12
limited 14:1
    57:10

line 48:14 52:15
    53:13 89:2,13
listed 6:11,14
    19:25
literally 48:25
little 25:11 37:16
    71:15 96:15,16
    96:19
live 35:23 61:25
load 4:25 47:23
    77:12 81:4,5
location 23:13
    33:10 61:15
    76:19 86:15
    97:25
locations 62:9,16
    80:6
lock 45:24
locked 55:19
    72:20,23
log 3:16 58:24
    59:3 61:3,3,5
    67:19 83:19
    84:7,8,11 87:13
    88:4,5,10 93:24
    95:2,4 97:14,16
    97:21
logbook 32:22
    86:15 93:25
    99:5
logbooks 32:23
    98:9 99:8
logged 34:9
    58:24 61:6
    98:19
logical 77:8
logically 86:7
logistics 1:8 2:20
    4:16 5:14 26:7
    27:25 37:11
    64:4,19 78:7,16
    79:2,5,7 97:24
    98:12
logs 59:12,13
    88:9
long 10:9 12:20

41:5 47:3,24
48:14,16 49:6
50:10,14 51:6
69:15 72:25
77:3 79:9,15
80:16 81:11,16
82:3 89:15
longitude 51:20
look 5:19 9:13
    12:5 15:22 17:2
    20:5,21 24:13
    30:8,10 34:15
    34:17 36:10
    41:8 49:11
    56:12 70:23
    71:3 73:14
    74:16 78:19
    79:23 80:21
    82:21 84:3
    93:23 97:16
looked 22:25
    36:11 46:14
    57:23 58:24
    78:2,3
looking 8:4 30:7
    30:19 34:1
    35:21 42:12
    44:6 53:24
    58:21 59:3 60:9
    60:25,25 61:7
    78:22 85:24
looks 87:21
loses 36:17,20
lot 8:24 21:10
    33:17 34:7 35:3
    37:4 75:5 80:17
    85:3 95:7
Louis 39:23
    55:15 63:18
    64:4 75:4 97:24
    98:12,16
Louisville 2:6,18
    2:24 7:10
Louis's 70:12
    86:4
Love's 79:10

80:17 84:19,23
low 14:16,22
    33:17
lower 71:15
low-end 14:16

——————
M
——————
M 2:3
Magna 1:23 12:8
Main 2:17
maintained
    26:17 42:19
    43:5,9,12
maintenance
    42:24 43:2,16
    43:19 44:2,10
making 57:16
man 70:7
Management
    18:23
manager 97:24
mandatory 95:25
manual 94:12
manually 94:24
    96:10
manufacturing
    67:4
map 60:18 61:2
    74:8 80:24
mapped 32:6
    39:24 40:2
maps 57:16
Marine 22:22
    57:13,18
Marines 57:14
mark 73:11,13
    73:19,21,22,23
    74:2 76:6,18
    77:2
marked 12:17
    75:13 84:9 99:4
marketed 19:22
marks 33:9,11,15
    45:8 53:12,13
    72:9,11,25
    73:15,18,25



74:4,6,12,13,19
74:21,25 80:24
**marred** 14:6
**masking** 72:11
**match** 34:16
**matches** 34:21
88:11 97:20
**matching** 80:9
**material** 9:23
10:11 16:14
**materialized**
27:18,19
**materials** 4:15
9:18 20:16
28:19
**math** 13:12 96:7
**matter** 100:10
**maximum** 47:19
85:7
**ma'am** 87:4
**mean** 48:25 75:6
87:19 89:21
90:17 96:19
**means** 50:22
**measure** 40:2,8
40:11,13 41:19
81:17,18 83:1
**measured** 60:4
70:17 72:24,25
73:2 89:10
**measurement**
60:17,18 70:23
**measurements**
87:7
**measuring** 60:19
**mechanic** 18:1
**mechanical** 19:2
43:24
**medicine** 16:12
**member** 8:15
**memory** 30:9
**mentioned** 38:25
39:24
**Mercedes** 1:6
5:13
**merge** 47:25

**50:21** 79:11
80:18
**merging** 82:22
**message** 54:15
67:18
**Michael** 2:9
**Mike** 93:4
**milage** 34:8
**mile** 33:4 47:11
56:17
**mileage** 34:18
58:20,21,22
60:1,25 67:16
88:4,6,11 97:20
**miles** 44:18,25
47:4,13 49:17
49:24 58:4
59:24 60:13,14
67:20,24 68:3,5
68:14,18 69:1,1
70:17 71:2,6
72:14,18 75:1,3
79:12 80:5,8,19
81:3,13,19,22
82:11,14,20
83:21 85:2,5
89:16 90:11
**Military** 57:18
**minimum** 20:10
**minute** 56:14
61:20 69:3
80:25 81:14
94:19 95:19
**minutes** 10:8
36:2 66:14,17
67:14 68:10
69:13 70:4,9
76:23 77:21
78:1,2 83:20
84:19,24 85:10
85:12 88:7,17
96:1,4,5,8,13
**mirror** 78:3
**missel** 57:17
**missions** 57:15
57:17

**mobile** 64:10,15
64:19 65:6,15
65:17
**mode** 95:13,14
**models** 31:6
**module** 66:14
**moment** 97:11
**momentum**
55:12
**Monday** 31:3
**monitor** 67:17
**month** 38:10
**months** 12:24
17:3,3 62:23,24
93:16
**month-long**
12:25
**motion** 59:8
67:21,23 94:4
96:20 97:19
99:2
**motor** 9:7,17
14:12 18:16
19:13 34:5 55:6
55:9,10 59:16
66:25 67:10
95:15 98:24
99:3
**MOTORIST**
2:14
**Motorists** 5:15
**move** 47:24
48:18 49:7,18
49:24 50:11,15
59:10 88:1
89:21,21
**moved** 86:1 90:4
**movement** 86:3,8
**moves** 68:5
**moving** 50:23
52:19 58:23,25
59:8 61:5 68:13
74:24 76:22
80:13 86:12,14
86:17 89:24
90:1 95:3

**multiple** 27:5
48:25 55:11
61:11 91:19,22
97:21
**multiplied** 60:14
**multi-lane** 51:15
**Mutual** 2:14 5:15

_____
**N**
**N** 2:1 3:4,18 4:1
**name** 4:12 10:7
22:7 36:12
**Nashville** 22:19
**nature** 11:8
**NAUGHT** 99:18
**Navy** 19:9,9,10
**near** 50:20 87:25
**necessary** 12:7
42:24 43:10
**need** 6:7 76:12
81:2 95:10
**needed** 27:9
37:19
**negative** 3:24
**neighborhood**
21:3
**never** 10:19
26:16 27:18,19
28:1 30:25
74:21 85:3 93:7
93:10
**new** 13:1 14:20
43:3
**night** 21:17 89:11
**nighttime** 46:5
**North** 79:11
80:18
**northbound** 48:8
53:14
**notary** 100:6,22
**note** 3:14 31:10
31:20 75:14
83:24
**notes** 26:23 31:11
**number** 14:22
15:2,3,7 48:3

96:2,12,15,18
96:21 97:5,5,7
97:10,17,19
99:1
**numbers** 60:7
83:6,9

_____
**O**
**O** 4:1
**oath** 6:7
**objection** 83:25
**observations**
42:13
**obstructed** 89:5
**obstructing** 52:8
**obtain** 16:21 65:6
65:23 66:3,7,9
66:11,24 67:8
**obtained** 7:20
28:1 62:18 64:2
64:9,14,18
66:20
**obtains** 67:16
**occur** 88:8
**occurred** 24:25
28:24 32:15,24
52:24 59:20
83:4 86:8 88:18
98:11
**odometer** 58:21
60:9,12 67:18
87:6 88:19,24
**odometers** 34:18
**offered** 15:19
**office** 10:2 11:10
21:13 35:21
36:14 92:13
**officer** 92:3
**officers** 18:25
**off-duty** 85:25
94:3,6,8,9,9,17
95:6 96:7,11,11
96:13,18 97:5
**oh** 9:15
**oil** 74:21
**okay** 24:21 31:17



52:7 59:22
**old** 43:1
**omission** 3:20
**omissions** 39:2
**once** 11:7 67:22
    67:23 96:10
    97:12
**oncoming** 48:11
**ones** 6:15 19:8
**on-duty** 85:4
    94:17 96:22,22
**operate** 95:15
**operated** 46:8
**operating** 64:12
    98:4
**operation** 34:15
**operations** 95:16
**ophthalmologist**
    16:16
**opinion** 7:24
    24:22 25:11
    33:18 68:22
    82:17 83:6
    97:17 99:3,7
**opinions** 7:18
    22:8 23:4,6,15
    23:18 31:12
    38:18,20 84:15
**optometrist**
    16:17
**order** 37:18
    65:11
**ordered** 9:11
**organizations**
    22:1
**outcome** 100:15
**oversee** 21:13
**owner** 43:19

—————————
**P**
**P** 2:1,1 4:1
**PAGE** 75:13
    84:9
**pages** 12:7,17,20
    61:11 100:11
**parking** 80:17

85:3 95:7
**part** 7:13,18 9:7
    9:16 10:10,13
    29:8 31:3,4,13
    33:24 37:3
    52:22 59:17
    67:7
**participated** 18:3
    18:11
**particular** 69:8
**parties** 4:3
    100:13,14
**party** 11:3
**passed** 71:8
**patience** 92:23
**Patrick** 1:9 5:14
    9:14 97:23
    98:12,16
**pavement** 76:18
**paying** 89:8
**PD** 22:19
**peers** 22:8,12
**pending** 31:21
**people** 21:12
    54:2 69:19
**percentage** 8:6
    63:3 64:23
**perform** 42:24
    43:2
**performed** 43:16
**performing**
    20:19
**period** 8:9 25:2,4
    32:8 56:6 61:21
    71:4 77:19 78:5
**periodic** 61:14
**perjury** 28:9
**person** 10:21
    67:11
**personal** 5:22
    59:13,18,21
    65:16 68:6
    85:25 94:10,23
    95:1,3,9,14
    96:11 98:3,20
    99:5

**personally** 66:11
**pertain** 9:1
**ph** 3:21
**phone** 9:19,20
    24:6 27:18,21
    35:20 36:16,17
    36:19 54:12,19
    64:11,15,20
    65:7,15,17 66:4
    66:5 93:5 94:25
**phonetically** 3:21
**photo** 3:15
**photograph** 75:9
    75:12 78:22
**photographs**
    26:11,13 32:13
    32:20 33:8 40:6
    40:6 42:15
    46:14 73:2
    74:10 78:12
**Photoscan** 91:10
**phrases** 90:14
**physical** 26:1
    33:2 53:9 54:7
    56:9 60:8 72:9
    76:10,12 77:6
    77:14 78:10
**physically** 74:17
    75:3
**physics** 13:13
    55:17
**picture** 78:18
**pieces** 7:15 26:18
    28:22 60:22
**piecing** 32:15
    53:7
**Pierre** 25:23
    26:15 52:5,12
    52:23
**Pierre's** 51:22,23
**Pike** 6:22 11:20
**Pilot** 80:6
**pin** 60:18,18
    80:12 83:1
**ping** 25:2 56:3,12
    60:11 61:23

70:16,18 71:8
**pings** 61:14
    80:23
**Pinkus** 2:22
**place** 84:2
**plaintiff** 1:6 2:2
    8:6,13 11:4
**planning** 57:14
    57:17
**please** 4:12 63:14
    92:24 98:14
**pleats** 63:2
**plugs** 62:14
**point** 1:8 2:20
    4:15 5:14 26:6
    27:25 34:9
    37:11 39:1
    67:14 70:25
    71:9 72:22,23
    73:12 75:19,25
    76:3,9,12,13,14
    76:20,20 78:6,6
    78:16 79:2,5,7
    79:24 80:10
    83:3,7 86:14
    87:22 88:6
    97:24 98:12
**points** 34:22
    58:15 76:8 80:2
**police** 13:23
    18:22,24 25:25
    25:25 32:13,20
    32:25 52:25
    77:2 91:14,15
    99:11
**politics** 15:15
**poorly** 43:5
**pose** 43:5
**position** 10:15
    58:1
**possible** 53:1
    75:3
**possibly** 84:25
    93:18
**post** 55:18
**postmarked** 3:12

3:14
**post-collision**
    76:6
**post-impact**
    45:16,22 55:16
**power** 46:24 81:9
**PowerPoints**
    15:25
**pre** 11:18,19
**preimpact** 57:25
    87:11
**prepare** 37:25
**prepared** 20:12
    31:6,9 38:10
**preparing** 30:17
    31:1 38:2 39:15
**pretty** 51:23 52:3
    54:5
**prevented** 52:18
    53:16
**preventing** 54:8
**previously** 7:17
**print** 57:5
**printed** 20:12
**prior** 11:21,22
    63:9 65:3
**private** 22:5
**Pro** 91:11
**probability** 28:24
**probably** 7:9
    21:10 33:6
    68:22,23 72:11
    84:18,22 94:20
    97:13
**problem** 35:16
**proceeding** 53:17
    54:8
**Proceedings** 3:5
**process** 18:18
**produce** 10:13
    11:25 12:2,11
    12:15 29:11,16
**produced** 37:21
**production** 12:12
**professional** 16:8
    17:15 39:10



MAGNA
LEGAL SERVICES

100:7
**program** 46:23
**programmer**
35:7,8,14
**programs** 48:7
91:9
**project** 14:21
**projects** 14:14,25
15:5,9
**properly** 43:8,12
45:5,14 46:2
**provided** 5:20
9:23,24 11:23
56:24 64:19
89:1 93:7,10
**psychology** 13:15
**public** 15:20 16:5
100:6
**publication**
15:19
**publications**
15:17
**published** 22:4,6
34:4
**PULASKI** 100:3
**pull** 19:20 66:6
78:7,16 84:6
**pulled** 47:8 52:16
60:12 77:9
79:25 82:6
83:11 86:11
87:23
**pulling** 47:7
51:25 71:15
77:8 97:18 98:1
98:6
**purpose** 95:4
**pushing** 75:2
**put** 12:4 18:24
20:24 52:1,2
71:6 75:8,24
95:2
**putting** 60:17
82:25
**puzzle** 28:23
**p.m** 1:15 75:11

75:11 99:17

———————
**Q**
**Qualify** 24:21
**question** 5:7 6:25
24:21 25:5,9
27:24 37:1
49:23 52:22
75:14 80:16
81:16 82:15
83:25 93:5
97:16 98:2
**questions** 6:6,24
36:24 85:23
99:14,16
**quick** 58:25
**quickly** 33:14
48:2 49:10

———————
**R**
**R** 2:1,21 4:1
**ramp** 79:11,16
79:23 80:11,18
81:3,12 82:5,8
82:15,21,22
83:10,13,16
89:11
**range** 20:24
48:21,22 72:2
81:6
**rate** 47:19 92:9
92:14,20
**ratio** 46:24 81:8
**reached** 38:24
79:24 82:11
**reaches** 88:5
**reaching** 81:19
82:13 84:15
91:6
**read** 23:10 35:16
69:11 70:1 91:5
97:23
**reading** 4:3
54:15 58:18
59:25 60:12
**readings** 88:19

**ready** 58:16
**real** 55:20 64:24
75:20
**realized** 10:22
**really** 32:8 36:23
56:17 57:4
71:17 72:1 73:5
73:6 74:7 78:5
78:13 89:25
90:1 93:17
**realms** 45:23
**rear** 53:10 58:15
71:7 74:4 75:4
75:22 76:2
**reason** 35:6
83:22 85:16
89:25 90:1 98:3
**reasons** 59:5,18
97:22
**recall** 11:7 37:2
39:6 93:13
**receive** 29:19
**received** 25:7
26:18
**reconnects** 36:22
**reconstructed**
14:11
**reconstructing**
45:18
**reconstruction**
5:18 13:6,17,21
14:2,14,20,25
15:5,9,18 16:2
20:3 22:16,18
25:25 28:17
32:21 76:16
89:2 90:18
91:11,15
**reconstructionist**
6:16 22:4,6
49:5 55:21
57:11
**reconstruction...**
22:13
**record** 6:8 10:20
30:3,10,12

43:21 49:12
61:19 66:6 67:8
72:14 75:11
87:13,16
**recorded** 10:7,7
10:10 75:15
77:2 88:19
**recording** 26:15
36:20 62:8
87:20
**recordings** 26:12
26:14
**records** 27:18,21
29:5,6,10,12,16
30:19,22 43:15
44:2 60:11
62:19 65:15,16
66:9,11 93:6
**reduced** 90:8
**referral** 19:25
**referred** 22:23
**referring** 37:10
56:20
**reflect** 29:6 30:3
30:3
**reflected** 30:21
**refresh** 30:9
**regarding** 26:23
29:21 63:7 64:3
**regardless** 92:16
**registered** 16:8
**regs** 17:13 59:17
**regulation** 42:24
67:1,3 68:8,11
**Regulations** 9:8
9:17 34:5
**related** 25:17
100:13
**relation** 4:19
25:8 26:12,18
34:25
**relevant** 13:14
91:3
**reliability** 9:10
39:11
**reliable** 37:3

56:25 60:21
**relied** 7:19,21
25:18,21,22,24
28:19 63:12
65:2
**rely** 28:21 84:14
**relying** 88:13
**remember** 6:18
6:24 7:2 11:19
91:20
**rented** 19:7
**reorganized**
12:23 13:3
**repair** 43:20
**rephrase** 49:23
**report** 25:25
31:10 32:21,25
34:22 37:21
56:21 57:24
58:8 61:1 80:15
91:14,17,19
92:2,15 98:10
**reporter** 3:1,9
4:22 5:2,4,9
12:3,8,11 29:12
31:23 84:5 87:3
92:25 100:7
**reporter's** 75:14
78:18
**reporting** 64:24
61:14
**representative**
26:6
**represents**
100:12
**reputation** 39:10
**request** 4:24
**requested** 93:8
**requests** 15:8
27:5
**required** 43:15
**research** 30:1
33:21 62:18
92:10
**reservations**



28:25
**respect** 22:8
23:20
**respective** 4:3
**response** 3:23,24
**rest** 34:21 45:9
58:14 60:5,13
67:15 72:23
79:1,3,6 80:14
82:23 86:16,24
88:2 97:12
**restate** 63:14
98:14
**restrictions** 4:6
**retain** 5:17 36:1
**retained** 5:12,22
8:5,6,14,20
11:23 23:22
24:2
**retired** 22:19
**Reveal** 63:4,7
64:3 91:10
**review** 9:18 65:6
65:15,22,23
**reviewed** 9:1,4,5
23:1 26:5,11,13
63:6 64:2,9,14
64:18 99:12
**revise** 39:21
**Richmond** 18:23
**rid** 35:6
**right** 12:20 14:3
14:15 16:6 17:5
43:13,17 51:5,6
51:8 53:11,12
59:1,10,12
73:13,16,19
74:1 79:15,23
80:11 82:20
83:8 86:22
89:18,21 97:8,9
98:24
**right-side** 73:22
**risk** 43:6
**road** 35:23 61:25
69:14 76:6

87:15,23 98:1
**roadway** 23:16
33:9 34:20 62:5
73:18,21,22
74:14 76:3,5
**room** 15:23
**routine** 82:3
**rule** 7:20 34:13
34:17 66:18,25
67:7,17 85:8
95:21
**ruled** 7:13,23
**rules** 9:15 34:2,3
34:6 58:19 68:2
**run** 79:6
**running** 69:6
74:15
**runway** 19:11

───────── S ─────────

**S** 2:1 3:11 4:1
**safe** 89:20
**safety** 5:19 9:8,17
23:9 34:5 35:4
43:6 59:7,16
61:3 97:24
**SAITH** 99:18
**sat** 70:3,9 78:1
**satellite** 34:13
61:14
**save** 12:10
**saw** 26:4 37:15
52:3 53:3 58:8
70:5 78:3
**saying** 22:2 23:13
35:4 95:24
**says** 31:17 53:3
65:7 83:19 84:6
96:17,18
**scenarios** 54:1
**scene** 32:2,4,6
33:2,8,18 39:24
40:2,5,15 41:4
44:6 51:4 53:9
60:8 73:10
74:11 75:10

76:7
**schedule** 20:12
20:13
**science** 13:9
16:14
**Scott** 2:3 3:8 8:14
8:17,19,20 9:24
24:4 27:6,24
29:13,17 31:17
32:4,9 33:23
37:21 56:24
79:17 83:24
93:9,11,22,23
**Scott's** 31:21
**scrape** 53:13
**screen** 12:4 36:10
36:13 56:11
57:23 67:6
79:13 82:18
**seal** 100:17
**second** 9:13 12:9
16:24 41:8
44:22 56:10
79:20 85:18,25
86:3,7 97:15
**seconds** 25:1
48:16 50:8,10
62:2,6 67:25
68:10 69:2,5
71:10,11 79:6
83:20 84:20,24
85:10,12,14
86:19 87:9,11
88:7,17 89:17
94:21 95:23
96:4,5,8,13
97:6
**see** 13:4 19:17
24:18,19 35:24
40:25 41:5
45:24 50:23
58:2 59:10,19
59:23 61:16
67:7 73:6,10,16
73:19,20,21,23
73:25 74:2,3,10

74:10 75:5
77:11 79:13
80:9 82:18,22
85:23 89:4 96:4
**seeing** 34:6 79:17
**seen** 26:9 33:7,8
51:19 84:12
91:14
**sees** 89:19
**self-authentica...**
34:8
**sell** 62:22
**seminars** 15:25
18:8 57:12
**semi-calculate**
49:1
**semi-truck** 97:18
**send** 20:14 29:13
**sending** 31:23
54:15
**sense** 55:16 74:17
**sent** 35:10
**separate** 88:22
**September** 11:20
11:22 23:22
38:9 39:13,19
41:6,9 46:16
**Series** 44:24
**service** 37:18
41:3 95:12
98:13,17
**services** 1:23
19:22 20:1
**set** 34:14 35:15
36:5 67:22 68:6
73:2,17 81:8,10
85:7 90:11
94:13,13
100:16
**settings** 35:16
**seven** 9:2 21:7
**Seventy** 47:13
**severe** 33:3,10
**share** 4:25 56:11
57:23 67:6
78:24

**Sheffield** 22:10
38:4
**shortly** 97:14
**shoulder** 48:2
49:15 50:18,21
51:24 54:5 59:3
80:1,13 82:7
86:11,12,17
89:20
**shoulders** 53:15
**Shouse** 2:10
**show** 64:10 67:14
73:5,5 88:9
**showed** 68:9
**showing** 68:17,17
80:25
**shows** 24:25
64:15 88:10
**shut** 25:3 87:16
87:18
**sic** 3:22
**side** 8:6 69:14
73:11,12,13,16
73:16,19,21
74:1,19 87:14
87:23 98:1
**sides** 73:14
**sign** 80:7 81:1
**signal** 59:9
**signed** 37:21
**signing** 4:3
**simply** 23:10
27:14 28:11
32:11 36:22
62:14 65:14
74:18 77:13
**sir** 8:4 9:3 12:13
18:2 20:2,18
26:10,20,22
28:15 29:2,9
39:1,9,13,17
41:24 42:6 43:7
54:11 59:11
63:10 64:8,13
64:17,22,25
66:1 70:10 90:6



99:13
sit 30:23
site 48:9,14 51:2
    89:2,4,13
sits 62:12 70:21
six 93:16 97:5,10
skid 45:8 72:9,11
    72:25 73:11,13
    73:18,19,21,22
    73:23,25 74:2,3
    74:6,12,19,21
    74:25 76:6 77:2
skids 73:19
sleep 21:7,15
sleepy 55:2
slope 40:13
slow 43:9 89:24
    90:2
slowed 56:4,16
slower 33:19
    56:18
slowing 79:25
slowly 50:21,22
    86:17
smoke 70:5 78:3
software 48:7
    62:20 63:4,8,13
    63:17,19 64:4,7
    64:11,16,21
    65:3 91:6
someone's 89:18
somewhat 76:7
soon 92:25
sorry 10:1 11:21
    58:25 72:17
    91:25
sound 12:20
    14:15 17:5 83:8
source 63:11,15
South 2:23
speak 4:8 10:6
speaks 14:10
specialist 22:22
specialized 48:4
specific 34:3,3
    84:1

specifically 8:18
    36:25 37:9
specs 44:23 46:18
speculative 39:8
speech 3:20
speed 33:17,17
    42:9 44:16
    47:15,17 48:17
    49:7,16,16
    50:20 55:6,9,13
    55:22,24 56:2
    56:17 67:21,22
    67:22 68:2
    69:10 70:11
    71:19,22,23,24
    72:7,8 75:6
    79:24 90:9
speeds 34:10,18
    61:23 72:13
    87:16
spend 30:24
spent 29:3,7,23
    30:1,5,12,14,17
    31:1
split 8:8
spoke 65:7
spot 80:9
spring 33:14
SRI 17:18,22,23
    22:15,18,20
    35:2
standards 21:24
    22:2,3 34:4
standing 74:11
Stanley 25:23
    26:15
start 7:5 15:23
    32:14
started 9:19 27:9
    27:10 32:14,15
    32:19,19,20,21
    32:23 34:1
    58:23 69:12
    71:15 77:23
    78:6 79:3,6,25
    85:13 86:8,16

95:3
starting 73:11,12
starts 59:24
    73:13
state 4:12 6:14
    13:17,23 18:22
    18:25 25:25
    39:10 91:14
    99:11
stated 10:22
    33:19 91:19
statement 26:16
    37:2 47:5 52:25
    91:23,23 97:1
statements 25:6
    25:14,15,20,22
    26:3 99:10
STATES 1:1
station 40:3 48:6
    80:6
status 59:6 67:21
    94:1,22 96:6
    97:4 98:19
stays 67:25 88:4
    88:5,6
steer 56:5
Steinmetz 2:16
stemmed 11:18
Stidham 1:13 4:7
    4:13,14 12:5
    14:2 93:4 100:5
Stidham's 3:12
Stockard 2:21
stop 43:10 50:11
    50:15 60:12
    61:2 69:13 77:4
    77:17,22 78:17
    79:10 80:4,7,14
    80:17 81:1,21
    81:22,25 82:2,3
    82:13,23 83:21
    84:19,23 87:9
    87:12,14 94:7
    94:16
stopped 34:20
    47:24 51:24

58:1 59:2,4,4,6
59:13 61:1 68:1
80:4,5 81:20
82:6,16 83:3,11
83:20 84:18
85:9,13 87:20
88:8,9,18 89:19
98:1
stopping 23:16
    44:14,18 54:4
stops 60:1 94:18
    94:21
store 95:10
story 32:24 54:4
straight 53:11,13
Street 2:11,17,23
stricken 7:18
striking 45:19,21
struck 53:10 75:4
studies 28:20
    49:11,11
stuff 21:11
sued 11:9,11,16
sufficiently 76:17
suit 11:13
Suite 2:11,17,23
summons 10:21
Sunday 31:3
supplements
    38:5
supports 31:12
supposed 12:8
    19:15
sure 4:24 6:20
    20:21 22:10
    23:8 28:5 38:21
    47:2 49:4 58:9
    62:10 63:15
    74:15 75:8
    78:20 84:1,4
    89:11,14 92:24
surfing 54:18
Susan 3:2 100:4
    100:20
swerve 49:2 50:4
swiftly 48:20

switch 85:3 94:19
sworn 4:8 100:9
symbol 59:9,19
synchronized
    67:12
system 9:10,11
    33:12,13 35:2,5
    35:6,9,18 36:16
    36:17 37:4,7,9
    37:10,12,15
    43:21 57:2,3
    63:22,24 64:12
    72:11
systems 35:17
    37:13,20

                T
T 3:11
tablet 95:1
taillights 48:11
take 20:6 24:12
    26:23 28:21
    35:14 47:3,8,9
    47:24 48:16
    49:6,13 50:7,10
    50:14 52:10,11
    52:25 54:5 77:3
    77:24,24 78:18
    79:9 80:16
    81:12 85:21
    87:3 89:15
    95:25 97:14
taken 34:9,11
takes 60:11
talk 75:18
talked 32:4
talking 10:4
    37:11 44:16
    49:20,22 54:12
    63:19 75:17,19
    76:8 84:1
tandem 74:4
target 90:15,20
    90:23 91:2
teaches 50:19
teaching 10:15



| | | | | |
|---|---|---|---|---|
| **technical** 13:8,9 | **thereof** 100:16 | 23:23 24:5 25:2 | 54:4 62:6 | **trained** 5:18 |
| 75:15 | **thing** 32:2 40:20 | 25:4 26:23 29:3 | **Tony** 22:10,13,14 | 16:16 55:21 |
| **Technology** | 62:4 77:8 89:20 | 29:6,23 30:1,5 | 22:15 38:3 | **trainers** 22:15 |
| 18:23 | 92:5 | 30:11,14,17,23 | **top** 58:1 60:3 | **training** 12:25 |
| **teleconference** | **things** 9:25 10:2 | 30:24 31:1,5 | 91:20 | 13:22 18:8 |
| 1:16 4:5 | 13:4 21:12 | 32:8,16,17 33:1 | **torque** 81:10 | 28:19 50:18 |
| **tell** 5:7 19:20 | 32:23 35:3 | 33:3 34:13,13 | **total** 40:3 48:6 | 57:8,15 |
| 25:17 29:25 | 36:14 37:7 | 34:16 35:24 | 49:2 67:19 87:2 | **transcript** 4:4 |
| 30:2,11,20 | 38:22 39:5 | 36:23 40:24 | **totally** 16:3 | 100:11 |
| 44:23 46:20 | 42:22 50:9 | 41:12 44:6 45:5 | **touch** 75:19 | **transcription** |
| 48:13 49:3 | 57:10,16 63:1 | 45:14 46:2,8 | **touched** 75:18,21 | 100:12 |
| 51:14 56:2 57:8 | 74:10 85:23 | 48:16 49:24 | 75:25 76:10,15 | **transmission** |
| 68:16 72:1 73:5 | 91:19,22 93:18 | 50:7,10 55:25 | **track** 41:25 | 33:6 47:1 81:9 |
| 73:6,9,9 74:9 | **think** 7:12 9:14 | 56:2,3,6 58:24 | **tracking** 27:12 | **transmitter** 58:7 |
| 75:20,25 78:13 | 12:21 14:23 | 59:2,15,21 61:3 | 35:19 51:14 | **transmitting** |
| 80:21 93:15,17 | 15:20 16:24 | 61:5,21 64:24 | 56:1 62:20 63:4 | 62:15 |
| 93:18 95:1 | 19:5,9 21:19 | 65:7 66:16,19 | 63:7 64:4,11,16 | **transponder** |
| **telling** 27:9 | 24:14 28:17 | 66:20,21,23 | 64:21 | 58:10 |
| **terms** 91:2 | 29:17,20 31:24 | 67:9,11,12 | **tractor** 8:3 41:1 | **transportation** |
| **test** 9:12 63:23 | 38:9,18 39:4 | 70:12 71:4,8,25 | 42:4,9 46:7,12 | 95:13 |
| **tested** 19:11 | 40:22 41:18 | 72:15 77:16,16 | 48:16 51:8 54:9 | **travel** 48:2 55:18 |
| 57:20 | 44:7,8 46:7 | 77:19,21 78:5 | **tractor-trailer** | 57:25 77:15 |
| **testified** 4:9 6:3,8 | 58:13 61:4 | 80:1 84:2 85:4 | 19:1 40:23 | 81:2 86:19,23 |
| 6:11,13,15,18 | 70:13,23 71:2 | 90:12 92:16 | 42:25 43:3 48:8 | 89:16 |
| 7:2 8:2 52:14 | 72:15 76:23 | 95:4,18 96:7 | 48:10 49:6,24 | **traveled** 57:25 |
| 70:3 76:23 | 78:21 98:5 | 97:7 98:2,11,15 | 50:11,15,19 | 58:10,11,12 |
| 96:25 | **thinking** 38:22 | 98:17,19,20 | 52:20 53:18 | 60:9 72:21 |
| **testify** 7:16 31:1 | **thought** 24:11 | **times** 5:25 6:8 | 70:12 74:24 | 76:24 77:1 83:2 |
| 70:7 100:9 | 58:17 97:2 | 7:15 8:17,18,21 | 79:9 81:2,20 | 86:24 |
| **testimony** 7:13 | **Thousands** 6:1 | 11:6 17:10 18:7 | 89:7,15 | **traveling** 33:19 |
| 7:16 53:22 70:1 | **three** 8:18 11:15 | 34:16 62:8,15 | **tractor-trailers** | 48:17 51:2 |
| 70:6,10 72:21 | 13:15,20 17:2,3 | 66:24 74:9 | 42:19 | 61:20 68:18 |
| 73:7 77:25 | 17:10,17 18:15 | 80:23 93:13 | **traffic** 6:15 11:12 | 72:6 87:12 |
| 92:21 97:2,23 | 22:1 41:10 | 96:2 | 16:3 22:4,5,13 | **trial** 7:4,8,9 |
| **testing** 18:4,12 | 52:14 53:4,20 | **tires** 45:2 73:1 | 22:18 42:22 | **tried** 70:7 |
| 18:17 19:4,12 | 53:21 67:25 | 74:4 | 50:21,23 | **Trimble** 91:10 |
| 19:16 47:21 | 69:12 94:1,6 | **Toby** 3:2 100:4 | **trailer** 40:25 41:2 | **trooper** 6:14 |
| 91:3 | 96:3,16 | 100:20 | 41:14,16,16,17 | 11:11,17 13:18 |
| **tests** 34:24 | **threshold** 67:23 | **today** 4:14 7:3 | 41:19,21,25 | 18:22 28:12 |
| **text** 54:15 | 68:3 | 13:22 24:16 | 42:2,7,14 46:8 | 33:20 60:4,19 |
| **Thank** 92:23 | **throttling** 77:11 | 31:4 39:16 | 46:13,14 48:17 | 72:24,24 74:7 |
| 93:20 | **till** 21:14 | 98:10 | 51:9 54:10 74:5 | 87:7 91:24 97:1 |
| **That'd** 81:4 | **time** 6:18 7:3 8:9 | **told** 14:7 24:9,11 | 75:9 76:2 79:1 | **truck** 3:15 5:18 |
| **thereabouts** | 12:10 14:6 | 24:15 27:7 | **trailers** 8:3 32:3 | 17:15,18,23,24 |
| 41:11 82:24 | 19:12 21:6,7,9 | 32:10,16 33:24 | 32:5 | 18:1 19:17 |
| 85:11 | 21:14,14,16 | 38:3 40:22 46:7 | **trailing** 89:18 | 25:23 27:14,15 |



27:16 33:7,7,11
33:14 34:10,12
34:14,19 35:14
35:23 37:11
39:23 43:5,9,25
44:3,11,21,25
45:2,5,8,14
46:2,17 47:1,15
47:20 50:25
51:20,22,23
52:15 53:1,2,5
53:10,20,21
55:13,19 56:12
58:14,15,20,22
59:8,14,17,20
59:23,25 60:2,8
60:10,20 61:15
61:20,22 62:9
62:16 66:2,14
66:17,24 68:9
68:13,23,25
69:5,13,17,18
70:4,8,19,19
71:7 72:5,10
73:24 74:1,3,6
74:16,18,20
75:2,16,23 76:2
77:9,12,13 78:2
78:8,16,23,25
79:2,5,10,18
80:17 81:7,10
81:22 83:21
84:19,23 85:13
85:19 86:1,4,13
88:1,11 90:5
92:1,4,7 94:11
95:9,15 97:25
98:4
**truckers** 43:15
95:6
**trucking** 9:11
17:8,12
**trucks** 19:7,7
24:12 26:2
27:13 33:5
40:18 52:14

53:4,21,23 63:1
67:3,5 72:6,8
72:18,20 77:15
78:14 91:25
**truck's** 46:24
**true** 36:18 85:1
100:12
**truly** 20:23
**truth** 4:8 21:18
100:10
**try** 28:21
**trying** 49:15
62:22 69:19,22
69:24 70:2
**TSA** 95:5
**Tuesday** 1:15
**turn** 36:3 48:3
49:20 50:8
79:10 80:17
**turned** 15:8,12
26:16
**turning** 49:3,15
49:22 50:22
53:12
**turns** 48:20
49:10
**twenty-four** 50:6
**two** 9:8 11:15
13:10 17:8 19:4
19:7,7 22:19
32:3 33:5 34:15
53:21 59:4,8
60:7,16,22 62:1
62:1,6 63:25
71:19,22,24
72:6,18,20,21
75:17,24 76:9
76:15,24 77:3
77:14,16,22
80:6 83:6,9
96:21
**two-hour** 57:3
**type** 41:23 44:14
47:1 81:8
**typewritten**
100:11

**typically** 8:8 21:6
21:13 55:11
**T-Mobile** 64:10

———————
**U**
**UCT** 67:13
**uh-huh** 3:23
**unbelievable**
77:7
**underneath**
73:17 78:24
79:1
**understand** 25:9
25:10 26:14
**understanding**
5:12 13:16
61:22 66:1
**unh-unh** 3:24
**unit** 70:20 91:15
**UNITED** 1:1
**units** 34:16
**Universal** 67:12
**unsure** 39:8
**update** 38:7,11
**updated** 38:13,17
65:3 96:12
**updates** 63:8
64:3
**updating** 64:16
**uphill** 47:22
**uploading** 61:25
62:3,7
**uploads** 36:22
**use** 37:10 48:4
49:11,13 55:11
59:17 67:19
70:25 76:15
91:6,9
**UTC** 34:13 66:19
66:23
**utilize** 64:20,20
**utilized** 63:13,16
63:17
**U.S** 57:18 64:23

———————
**V**

**validity** 9:9 22:23
**value** 35:4 77:25
**variables** 48:3
**various** 37:7
93:12
**vehicle** 14:12
18:16 19:13
34:4 41:12
43:17,19 44:15
45:11 46:11,12
47:3 48:12
50:20 51:1,14
53:15 55:6,9,10
55:24 67:1,20
67:21,22,24
68:1,2,4 76:19
77:17 78:7
89:19 90:14,15
90:19,20,23,24
91:1,2,5 94:2,3
94:7,17,21
96:20,22,24
97:12 98:13
99:1
**vehicles** 18:4,12
18:20 42:18
52:9 55:18
71:20,23,24
72:21 75:17,24
76:9,15,17,22
76:24 77:3,17
77:22
**vehicle's** 45:19
45:21 67:19
68:6
**velocity** 71:22
**verbal** 73:7
**verbatim** 37:3
**verified** 63:6
**verifying** 63:11
63:15
**Verizon** 5:21
56:21 62:11,20
63:4,7 64:3,15
**version** 38:13,16
38:17

**versions** 52:24
**versus** 4:15 5:14
8:13 40:19 76:8
**video** 26:11,13,14
35:24 36:24,25
37:1,6,15 40:6
40:7
**view** 52:8
**Vine** 2:11
**violation** 36:4,12
95:17,20,23
98:13,16,18
**virtually** 91:23
**visible** 48:11 89:8
89:10
**vision** 51:9
**VITAE** 12:16
**Viète** 3:13
**Volvo** 46:18
**vs** 1:7

———————
**W**
**W** 2:11
**wait** 11:10 16:24
32:8 82:12
**waived** 4:4
**walking** 37:6
**want** 94:17,22
95:7
**wanted** 27:13,17
**washed** 74:16
**wasn't** 19:14
35:16 41:16
89:13 96:24
**watch** 35:23
36:24 61:24,24
62:4,5
**watched** 12:24
**water** 11:9,13
74:15
**way** 5:3 27:15
30:2,7 33:11,16
35:17 37:20
42:11,16 46:20
47:21,23 48:1
49:3,4,16 50:13



50:17,24 51:12
53:22 55:5,19
55:20 57:11
58:17 60:19,20
64:6 66:3 70:14
75:20 76:4 77:5
77:20 85:15
87:17,21
**ways** 55:8,11
**website** 19:24
**week** 7:6 15:13
21:4,8
**weekend** 9:21
**weeks** 41:10
**weight** 41:21
46:24 49:2
**went** 13:23 19:5
22:16 23:1 32:5
38:21 48:13
52:16 54:1 57:2
57:20 62:23
68:25 70:6
71:16 87:17
96:25 97:5
**West** 2:17
**WESTERN** 1:2
**we'll** 5:9,11 29:18
31:20 84:11
**we're** 29:20
63:23 75:8
**we've** 55:20
93:12
**wheel** 50:22 76:5
**width** 41:25
**widths** 40:11
**willing** 4:21
29:11,15 31:15
**window** 56:11
**wise** 55:17
**witness** 5:7,13,23
6:3 19:23,25
20:20 21:25
25:24 87:3
99:18 100:9,16
**witnesses** 25:14
25:20 28:4

**Woods** 22:11
**word** 54:6
**words** 3:20
**work** 5:8 21:6,11
21:17,19 22:14
22:14 31:25
35:9,12 40:5
43:20
**worked** 17:15
18:1 22:24
57:19
**working** 21:14
22:20 29:3
30:24 45:14,20
45:22 46:2
48:11 57:14
66:23 81:23
93:17
**works** 22:17,21
**worst** 76:1
**wouldn't** 35:12
89:25 90:1
**wreck** 26:4 59:20
**wrecker** 41:3
**writing** 92:14
**written** 3:21,22
7:24 38:5
**wrong** 16:25
24:11,17,23
42:22 60:18
82:12
**wrongful** 5:23
**wrongfully** 7:20
**wrote** 7:18 38:10
92:2
**www.MagnaL...**
1:25

_____
**X**
_____
**X** 3:4,11

_____
**Y**
_____
**yeah** 12:13 29:17
31:17 40:17
49:13 51:16
58:3 61:11

79:19 85:22
**year** 12:22 14:15
16:22 20:22
93:14
**years** 6:2 8:11
11:15,15 17:18
18:9 22:20 43:1
63:25
**yellow** 36:3,12
80:24
**yesterday** 31:3

_____
**Z**
_____
**zero** 47:4 58:4,22
59:23,25 67:24
67:25 69:1,4,5
69:11 71:16
80:3,5 88:5
94:8
**zeros** 87:17

_____
**$**
_____
**$1,000** 92:19
**$100,000** 20:25
**$150** 20:7,8 92:11
92:16,22
**$200,000** 21:2
**$35** 92:12

_____
**#**
_____
**#603353** 100:22

_____
**0**
_____
**00019** 84:7
**016** 71:16
**021** 47:14 71:5,5
71:14,16,18

_____
**1**
_____
**1** 3:12 5:11 10:13
20:17 26:21
29:8 31:13
38:13
**1,256** 87:2,5
**1,256.26** 60:9
87:8

**1,267.2** 60:15
87:6
**1,510** 83:8
**1,511.2** 83:14,16
**1,800** 57:15
**1.36** 50:8
**1:19-CV-00027...**
1:4
**10** 43:1 58:6,7
67:13 70:21
**10.1** 71:1
**10.3** 58:4,10
59:24,24 71:3
**10.4** 71:2
**10.94** 60:16
**100** 3:9 14:14
**1000** 2:17
**101** 2:23
**104** 75:1,3
**106** 2:11
**11** 34:21 57:22
88:12
**12** 3:13 23:22
**12-foot** 49:18,19
**124** 50:3
**128** 81:23
**13** 10:8 21:20
**14** 21:11 91:11
**15** 1:15 19:21
21:20 71:2
**15th** 41:9 46:16
**15.1** 58:11 70:17
71:2,3
**1601** 2:5
**17** 83:20 84:24
96:4,5,8
**179.9** 58:13
**18** 60:6
**18th** 19:21
**188.41** 58:11
**19** 72:18 85:20
86:4
**19.4** 70:13
**192** 82:4
**1991** 6:22
**1995** 11:21

**1996** 13:18
**1998** 13:23 14:11

_____
**2**
_____
**2** 3:13 12:15,16
83:19 84:23
96:4,5,8
**2,000** 14:12
**2,500** 89:13,16
**2:02** 1:15
**20** 33:4
**200** 82:4
**200,000** 21:3
**2000** 11:2 15:20
**2000/2001** 16:1
**2001** 15:20
**2005** 19:6
**2007** 44:13 67:4
**2016** 19:21
**2018** 23:22 35:19
37:11,14 41:7
63:8 84:12
90:22,25
**2019** 7:11 15:1
20:22
**2020** 1:15 15:6,9
17:5 37:22 38:9
**2021** 100:17
**2022** 100:21
**21** 100:21
**213** 44:19
**217.9** 58:9
**217.95** 58:5
**22** 6:2
**23** 84:19
**239** 70:23
**239.9** 70:24,25
71:5
**24** 60:14
**249** 70:22
**26** 84:19
**27** 84:12 90:22,25
**27.4** 89:17
**28** 38:9
**28th** 39:13,19
**28.6** 80:12



### 3
**3** 3:14 29:12
  31:16,21
**3,400** 48:13,15
  89:11
**3:12** 68:18
**3:30** 80:4
**3:33** 80:6
**3:50** 75:11
**3:53** 80:7
**3:57:02** 96:3
**3:58** 79:21
**3:59** 59:2,13
**3:59:19** 59:4
  95:22
**30** 31:5 36:2
  94:21 96:1
**300** 72:14
**31** 3:14
**32** 12:19
**33** 12:17 79:6
  85:14,18,25
  86:3,7,19 87:9
  87:11 97:6
**395** 9:7,16 59:17
  67:7

### 4
**4** 3:5,6,15 75:12
  82:4 96:6
**4th** 100:17
**4.3.12** 67:21
**4.3.13** 67:17
**4.3.15** 67:8
**4:04** 56:13 59:23
  68:18
**4:05** 56:14 59:22
  97:17
**4:05:36** 97:6,10
**4:09** 75:11
**4:46** 99:17
**40** 81:1
**401** 2:17
**40202** 2:18,24
**40299** 2:6
**40507** 2:12

**41** 95:23
**44** 85:10,12 88:7
  88:17 96:13
**462** 2:23
**48** 80:19 81:3,13
  81:19,22 82:11
  82:13,20
**48.4** 79:21 80:10

### 5
**5** 3:12,16 84:8,11
  85:10,12 88:7
  88:17 96:13
**5th** 41:6,6
**50** 33:1 75:5
  79:12 83:21
**50/50** 8:12
**5280** 60:14
**530** 74:5
**538** 72:25 74:25
  76:24
**538-foot** 77:1
**58** 79:10
**59** 68:10

### 6
**6** 44:19
**60** 44:24 56:10
  58:13 70:18,22
**60/40** 8:8
**612** 72:6 77:1
  87:1,15
**612.18** 60:5
**62** 44:18 49:17,24
  56:13,16 68:14
  68:18,25 69:3,5
  89:16 90:11
**646** 83:5,13 86:20
  86:21,22
**646.26** 58:16 60:3
**661.51** 58:23

### 7
**7** 37:22
**7th** 39:5
**7,000** 47:9

**7,700** 47:10
**7,777** 47:14
**70** 47:4,14
**719** 82:10,10
**75** 3:15
**772** 58:22
**772,661.51** 60:13
**772,661.75** 60:2
**776,661.75** 60:14

### 8
**8th** 41:6
**800** 2:11
**84** 3:16
**864** 82:12 83:12
**864.94** 82:24
**866.624.6221**
  1:24

### 9
**9** 68:10
**9.28** 71:10,11
**9.3** 71:10
**9.9** 80:8
**90/10** 8:13
**911** 69:21,24
**93** 3:7,8 11:22
**95** 11:18 13:19
  22:16
**96** 11:19 13:19,21
  18:21 22:16
**98** 100:11
**99** 11:2

