# 2020

Stidham Reconstruction
& Investigation, LLC

Joey Stidham



# [ESTATE OF GILBERTO GONZALEZ]

Date of Collision: August 27, 2018

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

September 28, 2020

David Scott, Esq.
1601 Business Center Court
Louisville, KY 40299
Phone: (502) 458-1000
**SRI Case number: 362-18-001**
**Date retained:  September 12, 2018**

Mr. Scott,

At the request of your office, my company has investigated the cause(s) or contributing factor(s) of the above referenced accident. The purpose of this correspondence is to memorialize our preliminary findings and to advise of the opinions we can be expected to render at trial. All of the opinions rendered are based on materials commonly relied upon by experts in the field of traffic collision reconstruction, which include physical evidence, photographs, scene inspections, and vehicle inspections. These findings are within a reasonable degree of traffic collision reconstruction probability.

## COLLISION SYNOPSIS:

On August 27, 2018 at 04:05 am[1] a traffic collision occurred on I-65 northbound near Horse Cave, KY. This collision occurred as Patrick Jean-Louis had pulled onto the north bound shoulder of I-65 and stopped for approximately 4 minutes[2] and then began to accelerate to approximately 15.1 mph.[3] Mr. Jean-Louis then began merging into the right hand lane of I-65 NB traffic as he traveled approximately 229.9 to 249.9 feet[4] to the area of impact. Gilberto Gonzalez was traveling north bound on I-65 in the right-hand lane of travel at 62 mph[5] as Mr. Jean Louis merged into his path of travel.

This collision was investigated by Trooper Priddy of the KSP. Trooper Priddy's opinions as to what occurred in this collision were in part based on the statements made to him by Mr. Jean-Louis which were have been proven by the GPS tracking data for his truck to be false.

# Collision Information:

## Involved Persons:

- Patrick Jean-Louis

---

[1] Verizon Connect Reveal tracking for the Gonzalez truck
[2] Keep Trucking GPS tracking data for the Jean-Louis truck
[3] Keep Trucking Tracking data for the Jean-Louis Truck
[4] The transponder on CMV's are generally in the windshield for the Keep Trucking Device this is roughly 10 feet rearward of the front bumper. This truck was approximately 70 feet long, so the total distance traveled to the AOI was adjusted for these two factors.
[5] Verizon Connect Reveal tracking for the Gonzalez truck.

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

- o  Address: 451 Cherry St. Apt. 5 Elizabeth, NJ 07208
- o  NJ operator's license number: J20306170008852

- Gilberto Gonzalez
  - o  Address: 2602 El Patio Place Louisville, KY 40220 Louisville, KY
  - o  KY operator's license number: G98166577
  - o  Date of birth: 09-30-1953

## Involved Vehicles:

- 2013 Volvo, VNL tractor, white in color, - VIN: 4V4NC9EH6D144987
  - o  2016 Great Dane Trailer — VIN: 1GRAP0621GT613302
- 2007 Freightliner, 6x4 CST 120 Conventional, white in color, - VIN: 1XPBD49X0FD240136
  - o  2015 Utility Trailer — VIN: 1UYVS2533FM242301

## I.  MATERIAL REVIEWED:

1. Kentucky Uniform Police Traffic Collision Report
2. Kentucky State Police Photos
3. Kentucky State Police Reconstruction Report
4. Police Report
5. 911 Audio
6. Interview of Mr. Jean-Louis by Tpr. Priddy
7. Interview of Mr. Pierre by Tpr. Priddy
8. Photos from Carmen Gonzalez
9. Pleadings for the case
10. Records from Keep Trucking (Jean-Louis truck)
11. FMCSA data for LIS Logistics
12. FMCSA data for Maybach International
13. FMCSA data for Point Logistics
14. Media stories
15. IRB searches
16. NHTSA 2013 Volvo VN
17. 2013 Volvo VN Specifications
18. 2013 Volvo VN Build Sheet
19. NHTSA 2007 Freightliner CC
20. 2007 Freightliner CC Specifications
21. 2007 Freightliner CC Build Sheet
22. Social Media for the driver's research
23. KSP Crash Statistics for the area of the collision
24. DMI Route Log (Milepost log)
25. Map of Roadway
26. Sun and Moon Data

27. National Truck Network map
28. Weather History
29. SRI Aerial Photos
30. SRI Drive Through Video (9-18-2018)
31. SRI Evidence Collected (9-23-2019)
32. SRI Forensic Map Data
33. SRI Kroger Trailer Inspection (9-15-2018)
34. SRI Scene Inspection (9-15-2018 & 9-18-2018)
35. SRI Super Service Trailer Inspection (9-15-2018)
36. SRI Witness Research
37. Alcohol Testing Reports for Jean-Louis
38. Annual Vehicle Inspection Reports Jean-Louis truck
39. Documents produced by Point Logistics Bates numbers 0001 through 0109
40. Consumer Disclosure and Authorization for Jean-Louis
41. Contractor Agreement for Jean-Louis
42. Driver Information for Jean-Louis
43. Driver's License Report for Jean-Louis
44. Driver's License for Jean-Louis
45. Driver's Log for Jean-Louis
46. Drug Screening Reports for Jean-Louis
47. KVE Reports for both trucks
48. Medical Examiners Certificate for Jean-Louis
49. Truck Photos taken by the Gonzalez family
50. Keep Trucking GPS tracking for Jean-Louis truck
51. Verizon Connect Reveal tracking data for Gonzalez truck
52. Trimble Forensics Reveal Software
53. Agisoft Photo scan Software
54. NJ and KY CDL Manual
55. KY Revised Statutes
56. FMCSR
57. Commercial Vehicle Preventable Accident Manual A guide to Countermeasures and Work Sheet Supplement by U.S. Department of Transportation Federal Highway Administration Office of Motor Carriers
58. Forensic Aspects of Perception and Response 3rd by Dr. Paul Olson, Dr. Eugene Farber, and Dr. Robert Dewar
59. Drivers' Reponses to Emergency Situations A Quick Reference by Dr. Jeffery Muttart
60. ARPro 14 Traffic Reconstruction Software
61. H.C.T.C. CDL Training

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

The following Google maps depict the location of this collision:



The GPS Coordinates on the yellow pin were obtained from the KY Uniform Police Traffic Collision Report

| SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020** |
|---|---|

## II.  FACTORS THAT CAUSE TRAFFIC COLLISIONS:

There are three factors that cause traffic collisions to occur. These factors are as follows:



## III.  ENVIRONMENTAL FACTORS/ SITE INSPECTION AND ANALYSIS:

1.  On September 15 & 18, 2018 the scene of this collision was inspected by Joseph Stidham.

2.  A 3-dimensional forensic map and 3-dimensional model was created of the scene by Joseph Stidham and Jeremy Woods.

3.  The area of this collision is located on I-65 northbound lanes of travel.  The following are the coordinates listed on the KSP report for this collision:

    Latitude: N37-12.773
    Longitude: W85-56.156

4.  I-65 is an asphalt highway at the scene of this collision.  I-65 travels in a generally north/south direction. I-65 is a federally maintained highway.

5.  The north and south bound lanes are divided by a concrete dividing wall. The outer boundaries of the north and west south bound lanes are marked by white edge lines. The following aerial photograph depicts the lineage at the scene of this collision:

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



6.     The Kentucky Uniform Traffic Collision Report documented the following environmental factors:

Traffic Control: Dividing Median
Total Lanes: 6
Roadway Character: Straight and uphill grade
Roadway Surface: Asphalt
Roadway Condition: Dry
Weather: Clear
Light Condition: Darkness no streetlights
Land Use: Rural

7.     The grade of I-65 at the area of impact is (+) 0.60% for northbound bound traffic.



SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

8.    The super-elevation for I-65 is 0.64% and is correct for the road.



9.    The lane and shoulder widths are depicted on the following forensic map:



SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

10.   The following photographs depict the area at the scene of the collision:



KSP photograph identifies the area of impact. Note how the marks all travel in a north direction from the AOI.



KSP Photograph

SRI Preliminary Report: Estate of Gilberto Gonzalez **2020**



KSP Photograph



KSP Photograph

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



KSP Photograph



KSP Photograph

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



KSP Photograph. The location of the truck in this photograph is consistent with Keep Trucking GPS Transponder position for the truck at final rest.



SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

11. The following aerial photograph depicts the evidence locations (tire marks, scrape marks, gouge marks, etc.) that were caused during this collision:





SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

12. The following photographs depict the approximate view of a motorist traveling north bound on I-65 from the area of impact:



**View 3,400 feet from the area of impact.**



**View 3,000 feet from the area of impact.**

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 3,000 feet from the area of impact north bound entrance ramp.**



**View 2,400 feet from the area of impact north bound entrance ramp and I-65 gore.**

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 2,000 feet from the area of impact.**



**View 1,600 feet from the area of impact.**

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 1,200 feet from the area of impact.**



**View 800 feet from the area of impact.**

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 700 feet from the area of impact.**



**View 600 feet from the area of impact.**

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 500 feet from the area of impact.**



**View 400 feet from the area of impact.**

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 300 feet from the area of impact.**



**View 200 feet from the area of impact.**

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



**View 100 feet from the area of impact.**



**View near the area of impact.**

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

13.   The following photographs depicts the location Mr. Jean-Louis was stopped at on the north bound shoulder looking south ward at the north bound lanes. We cannot approximate his view through his mirror's's[6]:



**View 500 feet from the area of impact.**



**View 600 feet from the area of impact.**

---

[6] Mr. Jean-Louis stopped on the shoulder approximately 544 feet prior to the area of impact.

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

14.   The drag factor for this roadway was determined to be 0.60 g's via published materials.[i]

15.   The speed limit for I-65 at the scene of this collision is 70 mph.

16.   The weather is described on the police report as "clear," roadway as "dry," and the light condition as "dark highway not lighted".  In addition, we have reviewed uncertified weather reports for the date of the collision which confirm the weather conditions.   The weather reports disclose the following:

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Precip Accum | Condition |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|--------------|-----------|
| 2:10 AM | 74 ° F | 69 ° F | 83 % | CALM | 0 mph | 0 mph | 29.4 in | 0.0 in | 0.0 in | Fair |
| 2:30 AM | 74 ° F | 68 ° F | 84 % | CALM | 0 mph | 0 mph | 29.3 in | 0.0 in | 0.0 in | Fair |
| 2:50 AM | 74 ° F | 69 ° F | 84 % | SSW | 3 mph | 0 mph | 29.3 in | 0.0 in | 0.0 in | Fair |
| 3:10 AM | 74 ° F | 69 ° F | 84 % | S | 3 mph | 0 mph | 29.4 in | 0.0 in | 0.0 in | Fair |
| 3:30 AM | 73 ° F | 69 ° F | 85 % | CALM | 0 mph | 0 mph | 29.4 in | 0.0 in | 0.0 in | Fair |
| 3:50 AM | 73 ° F | 68 ° F | 84 % | CALM | 0 mph | 0 mph | 29.4 in | 0.0 in | 0.0 in | Fair |
| 4:10 AM | 72 ° F | 68 ° F | 88 % | CALM | 0 mph | 0 mph | 29.4 in | 0.0 in | 0.0 in | Fair |
| 4:30 AM | 72 ° F | 68 ° F | 88 % | CALM | 0 mph | 0 mph | 29.4 in | 0.0 in | 0.0 in | Fair |

## IV.   MECHANICAL FACTORS:

- **Mr. Jean-Louis was operating a** 2013 Volvo, VNL tractor, white in color, - VIN: 4V4NC9EH6D144987
  - 2016 Great Dane Trailer – VIN: 1GRAP0621GT613302

   Specifications for a 2020 Volvo VNL 760:

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

### VOLVO VNL CONVENTIONAL SERIES 6x4
GVW Rating: 52,000-60,600 Lbs.
300 Day Cab shown



ENGINE: Std:  w/300 & 430, Volvo D11 - 10.8L Tur IL-6, 355 GHP @ 2100 RPM, 1250 GT @ 1100
w/630,670,730,780, D13 - 12.8L Tur IL-6, 375 GHP @ 2100 RPM, 1450 GT @ 1100
Optional:  w/300 & 430, Volvo D11 - 10.8L, 365, 385, 385 ECO or 405 GHP
w/all, Volvo D13 - 12.8L, 375 (std. w/630-780), 405, 405 DT, 405 ECO, 425, 425 DT,
425 XE13, 425 ECO, 435, 455 DT, 455 XE13, 455 ECO, 475, 475 ECO, 500
or 500 ECO GHP.
w/all, Volvo D16, 500, 500 XE16, 550, 550 ECO GHP; 1850 lb.ft. GT(2050 w/XE16).
w/all, Cummins ISX15, 400, 425, 450, 485, 500, 525, or 550 GHP.
w/T300 only, Cummins ISX12 Natural Gas, 400HP/1450 lb.ft. torque, NOTE:
requires natural gas fuel tanks provided and installed by an outside source.

MODELS AVAILABLE:  300, 122.4" BBC, 15.2" BOC, Conv. Non-Sleeper Day Cab Truck/Tractor
430, 154.5" BBC, 14.6" BOC, Conv. 42" Flat Roof Sleeper Cab Truck/Tractor
630, 173.1" BBC, 13.8" BOC, Conv. 61" Mid Roof Sleeper Cab Truck/Tractor
670, 173.1" BBC, 13.8" BOC, Conv. 61" Tall Roof Sleeper Cab Truck/Tractor
730, 188.8" BBC, 13.8" BOC, Conv. 77" Mid-Roof Sleeper Cab Truck/Tractor
780, 188.8" BBC, 13.8" BOC, Conv. 77" Tall-Roof Sleeper Cab Truck/Tractor

CHASSIS CURB WEIGHTS & DIMENSIONS: (Std. equipment)

| Model | WB[1] | OA | CA[2] | OH[3] | BA | Front | Rear | Total |
|---|---|---|---|---|---|---|---|---|
| VNL64300 Day Cab | 170 | 277.2 | 99.8 | 55.0 | 52.2 | 8,227 | 6,362 | 14,589 |
| VNL64T300 Day Cab | 170 | 277.2 | 99.8 | 55.0 | 52.2 | 8,440 | 6,700 | 15,140 |
| VNL64430 Sleeper | 187 | 294.2 | 84.7 | 55.0 | 52.2 | 8,566 | 6,683 | 15,249 |
| VNL64T430 Sleeper | 187 | 294.2 | 84.7 | 55.0 | 52.2 | 8,540 | 7,159 | 15,699 |
| VNL64630 Sleeper | 207 | 314.2 | 86.1 | 55.0 | 52.2 | 9,103 | 6,994 | 16,097 |
| VNL64T630 Sleeper | 207 | 314.2 | 86.1 | 55.0 | 52.2 | 9,147 | 7,474 | 16,621 |
| VNL64670 Sleeper | 207 | 314.2 | 86.1 | 55.0 | 52.2 | 9,236 | 7,077 | 16,313 |
| VNL64T670 Sleeper | 207 | 314.2 | 86.1 | 55.0 | 52.2 | 9,275 | 7,557 | 16,832 |
| VNL64T730 Sleeper | 229 | 336.2 | 92.4 | 55.0 | 52.2 | 10,034 | 7,592 | 17,626 |
| VNL64780  Sleeper | 229 | 336.2 | 92.4 | 55.0 | 52.2 | 9,999 | 7,587 | 17,586 |
| VNL64T780 Sleeper | 229 | 336.2 | 92.4 | 55.0 | 52.2 | 10,174 | 7,677 | 17,851 |

(std. wbs. shown - other wbs. avail.; [2] after BOC; [3] w/tractors, 56-64" rear overhang available and w/
trucks 54-167" rear overhangs available.)

[1]Optional wheelbases:  w/300 - 152" to 292"; w/T300 - 148" to 256"; w/430 - 188" to 292"; w/T430
- 182" to 266"; w/630 - 200" to 292"; w/T630 - 199" to 267"; w/670 - 200" to 292"; w/T670 - 199" to
269"; w/730 - 223" to 257"; w/T780 - 223" to 261".

### DIESEL TRUCK INDEX

228 - May 2013

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

## VOLVO VNL CONVENTIONAL SERIES 6x4
### GENERAL SPECIFICATIONS

NOTE:  Specifications of VNL Conventional 6x4 trucks and tractors correspond to those of VNL Conventional 4x2 trucks and tractors, with the following exceptions:

TANDEM REAR AXLE:  Meritor MT40 14x3C, single reduction amboid gear, rated capacity 40,000 lbs., ratios 2.47, 2.64, 2.79, 2.80, 2.85, 2.93, 3.07, 3.08, 3.21, 3.25, 3.36, 3.42 (std.), 3.55, 3.58, 3.70, 3.73, 3.78, 3.90, 3.91, 4.10, 4.11, 4.30, 4.33, 4.56, 4.88, 5.38, 5.43, 5.86.  Optional:  Meritor RT40 & MT40 series 40,000 lbs. cap.; DanaSpicer DS404 & DS405, 40,000 lbs. cap.; Meritor RT40-160 40,000 lbs. cap. Meritor RT46-160 46,000 lbs.; Full locking wheel differential; Interaxle differential lock.
SERVICE BRAKES:  Optional: 17" disc fr.&r.(w/tractors only); Front 16.5 x 6 & 16.5 x 7 drum brakes.
FRAME: 110,000 psi steel; w/300 & 430 models,10.47 x 3.54 x 0.28" side rails, 13.430 section modulus. w/all other models, 11.81 x 3.54 x 0.28" side rails, 15.74 sect.mod. (Opt. w/300 & 430).  Optional: w/300 & 430 models, 10.47 x 3.54 x 0.31 side rails; 11.81 x 3.54 x 0.31, 0.38, or 0.44 side rails.
PARKING BRAKE: Haldex four cam type. Optional: Bendix, MGM; Anchorlok 2 or 4-chamber brakes.
SUSPENSION: Front - 59" parabolic leaf springs, capacity matched to front axle.  Rear - Volvo air suspension, 38,000 lbs. rated capacity @ ground, 52" axle spacing. Optional: Rear - 54" or 60" axle spacing; Volvo Low Air suspension, 38,000 lbs. or 40,000 lbs. capacity (Tractors only); Volvo Air suspension, 40,000 lbs. or 46,000 lbs. capacity; Hendrickson HAS air susp., 40,000 or 46,000 lbs capacity; Volvo T-Ride susp., 40,000 or 46,000 lbs. cap.; Volvo PRIMAXX EX Air suspension, 40,000 or 46,000 lbs. capacity (Tractors only).



SRI Case |

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

This vehicle was not inspected by anyone from SRI. However, the trailer was photographed at the wrecker service on September 15, 2018.



SRI Photograph 9-15-20



SRI Preliminary Report: Estate of Gilberto Gonzalez **2020**

SRI Photograph 9-15-20



SRI Photograph 9-15-20



SRI Photograph 9-15-20

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



SRI Photograph 9-15-20

The following information can be given for this vehicle:

The KSP took the following photographs of this tractor and trailer at the scene of this collision:

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



Lights including the running lights were active.

It does not appear from reviewing the photogrpahs that a turn signal or 4-way flashers were active on this truck at the scene. All the photographs taken of this truck have include the turn signal / 4-way flasher lights have those lights illuminated.

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



KSP Photograph



KSP Photograph

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



There appear to be two devices in this vehicle attached to the windshield. One of these devices may be the Keep Trucking Transponder for the ELD system.



KSP Photograph

This tractor was equipped with a Volvo D13 engine. This engine is controlled by an engine control module. This module is designed to capture "Hard Brake Records". These records are either an acceleration or deceleration of the truck that occur at a pre-programmed rate. This rate is typically a delta-V of 7 mph in 1 second. To date the imaging data from this truck has not been provided. However, the Keep Trucking GPS tracking data for this truck has been provided. The following is the data page for this collision:

## SRI Preliminary Report: Estate of Gilberto Gonzalez   **2020**

| Date/Time | Location | Coordinates | | | | | | Status |
|---|---|---|---|---|---|---|---|---|
| 8/27/2018 4:30 AM | Glasgow, KY | 37.2130659, -85.9358786 | 0 | 20.8 (N) | 772,661.75 | | | Breadcrumb |
| 8/27/2018 4:25 AM | Glasgow, KY | 37.213065, -85.9358705 | 0 | 296.7 (NW) | 772,661.75 | | | Breadcrumb |
| 8/27/2018 4:20 AM | Glasgow, KY | 37.2130631, -85.9358942 | 0 | 3.2 (N) | 772,661.75 | | | Breadcrumb |
| 8/27/2018 4:15 AM | Glasgow, KY | 37.2130458, -85.9358997 | 0 | 52.7 (NE) | 772,661.75 | | | Breadcrumb |
| 8/27/2018 4:10 AM | Glasgow, KY | 37.2130728, -85.9358446 | 0 | 321.2 (NW) | 772,661.75 | | | Breadcrumb |
| 8/27/2018 4:05 AM | Glasgow, KY | 37.2130783, -85.9358484 | 0 | 17.8 (N) | 772,661.75 | 585.53 | 136.03 | Vehicle stopped |
| 8/27/2018 4:05 AM | Glasgow, KY | 37.213079, -85.9358509 | 0 | 10.2 (N) | 772,661.75 | | | Breadcrumb |
| 8/27/2018 4:05 AM | Glasgow, KY | 37.2108028, -85.9361709 | 15.1 | 8.0 (N) | 772,661.59 | 585.5 | 136.02 | Vehicle moving |
| 8/27/2018 4:04 AM | Glasgow, KY | 37.2102918, -85.9362408 | 10.3 | 1.3 (N) | 772,661.55 | | | Breadcrumb |
| 8/27/2018 4:04 AM | Glasgow, KY | 37.2100395, -85.9362685 | 0 | 319.1 (NW) | 772,661.53 | | | Breadcrumb |
| 8/27/2018 3:59 AM | Glasgow, KY | 37.2097011, -85.9362991 | 0 | 11.5 (N) | 772,661.51 | 585.39 | 135.93 | Vehicle stopped |
| 8/27/2018 3:59 AM | Glasgow, KY | 37.2097009, -85.9363003 | 3.0 | 8.8 (N) | 772,661.51 | | | Breadcrumb |
| 8/27/2018 3:59 AM | Glasgow, KY | 37.2095876, -85.9363194 | 16.4 | 6.7 (N) | 772,661.49 | | | Breadcrumb |
| 8/27/2018 3:59 AM | Glasgow, KY | 37.2093047, -85.9363613 | 28.6 | 7.2 (N) | 772,661.45 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.2088743, -85.9364281 | 40.6 | 7.6 (N) | 772,661.42 | 585.39 | 135.92 | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.20734, -85.9366305 | 48.4 | 6.1 (N) | 772,661.32 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.2056051, -85.9368361 | 42.5 | 4.7 (N) | 772,661.21 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.2045087, -85.9369518 | 36.3 | 6.3 (N) | 772,661.14 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.2036087, -85.9370093 | 30.9 | 355.0 (N) | 772,661.08 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.2015119, -85.9364055 | 21.4 | 343.8 (N) | 772,660.95 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.2008777, -85.9361906 | 15.3 | 342.4 (N) | 772,660.91 | | | Breadcrumb |
| 8/27/2018 3:58 AM | Glasgow, KY | 37.200706, -85.936106 | 14.5 | 329.1 (NW) | 772,660.9 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2000231, -85.9353098 | 13.4 | 316.0 (NW) | 772,660.83 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.1999335, -85.9351921 | 10.8 | 303.5 (NW) | 772,660.83 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2000855, -85.934768 | 9.9 | 216.1 (SW) | 772,660.8 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2002812, -85.9346152 | 16.9 | 203.9 (SW) | 772,660.77 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2004964, -85.9345321 | 18.0 | 190.2 (S) | 772,660.76 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2009187, -85.9344978 | 21.1 | 179.0 (S) | 772,660.73 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2016254, -85.9344252 | 21.2 | 190.3 (S) | 772,660.68 | | | Breadcrumb |
| 8/27/2018 3:57 AM | Glasgow, KY | 37.2022188, -85.9342073 | 15.2 | 193.6 (S) | 772,660.64 | 585.25 | 135.89 | Vehicle moving |
| 8/27/2018 3:54 AM | Glasgow, KY | 37.2022767, -85.936043 | 10.6 | 350.4 (N) | 772,660.31 | | | Breadcrumb |
| 8/27/2018 3:53 AM | Glasgow, KY | 37.2018889, -85.9356778 | 0 | 6.4 (N) | 772,660.28 | | | Breadcrumb |
| 8/27/2018 3:46 AM | Glasgow, KY | 37.2018846, -85.9356663 | 0 | 181.4 (S) | 772,660.28 | | | Breadcrumb |
| 8/27/2018 3:43 AM | Glasgow, KY | 37.2019059, -85.9356813 | 0 | 355.3 (N) | 772,660.28 | | | Breadcrumb |
| 8/27/2018 3:38 AM | Glasgow, KY | 37.2029587, -85.9353963 | 8.6 | 76.3 (E) | 772,660.1 | | | Breadcrumb |
| 8/27/2018 3:33 AM | Glasgow, KY | 37.2027069, -85.9362617 | 0 | 242.6 (SW) | 772,660.05 | 584.82 | 136.5 | Vehicle stopped |
| 8/27/2018 3:33 AM | Glasgow, KY | 37.2022406, -85.9360764 | 5.0 | 341.5 (N) | 772,660.01 | 584.81 | 135.49 | Breadcrumb |
| 8/27/2018 3:32 AM | Glasgow, KY | 37.2021104, -85.935619 | 5.7 | 257.8 (W) | 772,659.98 | | | Breadcrumb |

00003

- **Mr. Gonzalez was operating a** 2007 Freightliner, 6x4 CST 120 Conventional, white in color, - VIN: 1XPBD49X0FD240136
  - o   2015 Utility Trailer – VIN: 1UYVS2533FM242301

Specifications:

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

# FREIGHTLINER CENTURY CLASS MODEL CST120
## Standard GVW Rating: 48,000 Lbs.



**ENGINES:** Standard: Detroit Diesel Series 60, 14.0L IL-6 Turbo, 455 GHP @ 1800 RPM
Optional:   Detroit Diesel Series 60, 14L, 425 to 575 GHP
MercedesBenz MBE 4000, 12.8L, 350 to 450 GHP
Caterpillar C-13, 12.5L, 305, 335, 380, 410, 430 or 470 GHP
Caterpillar C-15, 15.2L, 435, 475 or 500 GHP
Caterpillar C-16, 600 GHP @ 2100 RPM.

**MODELS AVAILABLE:** 122" BBC Long Conventional, 6x4 Tractor w/Set-Back front axle.
(4x2, 6x2 and Truck applications optional)

**CHASSIS CURB WEIGHTS & DIMENSIONS:**

| WB | Front | Rear | Total | BOC | CA | CF | OH | OAL |
|---|---|---|---|---|---|---|---|---|
| 154" | 8,260 | 6,560 | 14,820 | 15.3 | 64.3 | 121.3 | 114.1 | 258.8 |
| 155-280 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 259.8-384.8 |

Longer wb's avail. w/optional frames - Optional rear frame overhangs available.

## GENERAL SPECIFICATIONS

**FRONT AXLE:** Set-back 47.8" from bumper, Meritor FF-961, 12,000 lbs. capacity. Optional: Meritor
FF-981 or Eaton E1200I, 12,000 lb. axles; Eaton E1320I, 13,200 lb. axle; Meritor FG-941, 14,600
lb. axle.

**TANDEM REAR AXLE:** Meritor RT-40-145A, single reduction, hypoid-generoid gear, rated
capacity 40,000 lbs., ratios 2.80, 2.93, 3.07, 3.21, 3.42, 3.58, 3.73, 3.91, 4.10, 4.33, 4.63, 4.88,
5.29, 5.86, 6.14, 6.43, 6.83, 7.17. Optional: Meritor RT-44-145, 44,000 lbs. cap.; RT-46-160,
46,000 lbs. cap.; Eaton DS404, 40,000 lbs. cap.; DS461P, 46,000 lbs. cap.; w/4x2 application -
Meritor or Eaton 23,000 lbs. cap.; w/6x2 tag axle appl., Rockwell 22,500 or 25,000 lbs. cap.

**SERVICE BRAKES:** WABCO 4-channel anti-lock air brake system w/non-asbestos linings &
automatic slack adjusters, 15 x 4"Q+ cam front brakes, 230 sq.in lining area; 16.5 x 7" Q+ rear
cam brakes, 880 sq.in lining area; BorgWarner 15.9 CFM air compressor. Optional: 16.5 x 5" or
16.5 x 6" front cam; w/tag axle application - 15 x 4" or 15 x 8.62" rear cam; Dust shields.

**PARKING BRAKE:** MGM TR long stroke spring activated chanbers on one axle.

**CLUTCH:** EatonFuller 15.5" dia. dampened/ceramic, 7-spring, adjustment-free soft rate.

**COOLING SYSTEM:** 54.5 qt. capacity system, 1350 sq.in frontal area radiator; Kysor on-off fan
drive w/nylon fan.

**DRIVELINE:** DanaSpicer SPL170 main shaft and interaxle shaft w/half-round yokes & retained
needle bearings. Optional: Meritor RPL25, 176T, 176 N, 18T or 18N main; 17N or 17T interaxle
shaft.

**ELECTRICAL SYSTEM:** Three 12-V MF batteries, 2775 CCA total , 160 amp alternator. Optional:
3 or 4 higher CCA batteries, 110 or 145 amp alternator.

FREIGHTLINER

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

# FREIGHTLINER CENTURY CLASS MODEL CST120

**FRAME:** 110,000 psi steel, up to 200" wb, 10.0625 x 3.44 x 0.28" side rails, 12.331 section modulus; w/200 to 280" wb., 10.1875 x 3.5 x 0.344" side rails, 15.43 sect. mod. Optional: Heavier side rails & ¼" C-channel inserts avail.

**FUEL TANK:** 100 gallon cylindrical aluminum tank, RH mounted. Optional: 50 thru 150 gal. RH or LH mounted tanks, single or dual.

**STEERING:** TAS 65 integral power steering gear w/TRW pump. Opitonal: Sheppard M100 gear.

**SUSPENSION:** Front - Freightliner taperleaf springs, 12,000 lbs. total capacity. Rear - Freightliner 4-spring flat leaf suspension, 6 mounting points, 52" axle spacing, 36,000 lbs. capacity. Optional: Front- Fgtlnr. 14,000 lb. taperleaf springs. Rear - Fgtlnr. 4-spring, 40,000 lbs. cap.; Fgtlnr. Airliner 40,000 or 46,000 lb. cap.; Chalmers 854, rubber springs, 40,000 or 46,000 lb. cap.; Hendrickson RS, RT or RTE, 40,000 or 46,000 lb. cap. suspensions.

**TRANSMISSION:** Eaton Fuller RTO-14910B 10-speed, ratios 10.96, 8.18, 6.07, 4.46, 3.32, 2.46, 1.83, 1.36, 1.00, 0.74 reverse Lo 11.23, Hi 2.52. Optional: Fuller 10-speed thru 18-speed manuals; ZF Meritor 12 & 16-speed manuals; Allison 6-speed automatics HD-4060P or PR, HD-4560P or PR.

**WHEELS AND TIRES:** Michelin 295/75R 22.5 14pr low profile radial tires on 22.5 x 8.25" steel disc wheels, 10-bolt hub piloted. Optional tires & wheels available.

**STANDARD EQUIPMENT:** 122" BBC Conventional non-sleeper chassis-cab, aluminum construction tractor; Tilting 80⁰ aerodynamic hood; Genisis base trim level w/gray interior; Bostrom high-back air suspended driver seat; Bostrom high-back static passenger seat; Heater, defroster & air conditioner; 2-piece tinted curved bonded windshield; Tinted door glass; 10 x 36" tinted rear window; 18" 4-spoke steering wheel; Cruise control; Stainless steel exhaust piping; 12' straight trailer air hose & electrical cable; 2 front tow hooks; Black rubber mud flaps.

**OPTIONAL EQUIPMENT:** Regency or Signature trim level; 48" Mid-Roof sleeper; 58" Mid-Roof or Raised Roof sleeper; 70" Mid-Roof or Raised Roof sleeper; Increased capacity heating/cooling systems; Upgraded seats; Power windows; Exterior visor; Aerodynamic equipment; Engine starting aids; Engine brakes.



1fujbbck17lw34412  ANALYZE

Year: 2007
Manufacturer: Freightliner
Engine: Detroit Diesel S 60
ECU: DDEC VI
Tool Required: Detroit Diesel Diagnostic Link
Incident Data: Fault Codes, Hard Brake Records, Last Stop Record
Notes: Diagnostics in DDDL

# SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

The KSP took the following photographs of this tractor and trailer at the scene of this collision:



KSP Photograph



SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**





KSP Photograph's. The impact was so severe that it displaced both the driver and passenger seats.

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

This tractor was equipped with a Detroit Diesel S-60 engine. This engine is controlled by an engine control module. This module is designed to capture "Hard Brake Records". These records are either an acceleration or deceleration of the truck that occur at a pre-programmed rate. This rate is typically a delta-V of 7 mph in 1 second. This engine was damaged and burned as a result any data in the ECM would have been lost. However, the Verizon Connect Reveal GPS tracking data for this truck has been provided. The following is the data page for this collision:

| Time | Location | | Speed | Distance |
|------|----------|---|-------|----------|
| 3:12 AM | I-65, Franklin, KY 42134, USA | | 63 | 89.13 |
| 3:14 AM | I-65, Franklin, KY 42134, USA | | 62 | 90.64 |
| 3:16 AM | I-65, Franklin, KY 42134, USA | | 62 | 92.22 |
| 3:17 AM | I-65, Franklin, KY 42134, USA | | 62 | 93.75 |
| 3:19 AM | I-65, Franklin, KY 42134, USA | | 63 | 95.3 |
| 3:20 AM | I-65, Franklin, KY 42134, USA | | 62 | 96.84 |
| 3:22 AM | I-65, Woodburn, KY 42170, USA | | 62 | 98.39 |
| 3:23 AM | I-65, Bowling Green, KY 42104, USA | | 62 | 99.93 |
| 3:25 AM | I-65, Bowling Green, KY 42104, USA | | 62 | 101.48 |
| 3:26 AM | I-65, Bowling Green, KY 42104, USA | | 62 | 103.01 |
| 3:28 AM | I-65, Bowling Green, KY 42104, USA | | 62 | 104.56 |
| 3:29 AM | I-65 & KY-2007, Bowling Green, KY 42104, USA | | 62 | 106.09 |
| 3:31 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 107.63 |
| 3:32 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 109.18 |
| 3:34 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 110.72 |
| 3:35 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 112.26 |
| 3:37 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 113.8 |
| 3:38 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 115.34 |
| 3:40 AM | I-65, Bowling Green, KY 42103, USA | | 62 | 116.87 |
| 3:41 AM | I-65, Oakland, KY 42159, USA | | 62 | 118.41 |
| 3:43 AM | I-65, Oakland, KY 42159, USA | | 62 | 119.95 |
| 3:44 AM | I-65, Smiths Grove, KY 42171, USA | | 62 | 121.5 |
| 3:46 AM | I-65, Smiths Grove, KY 42171, USA | | 62 | 123.03 |
| 3:47 AM | I-65, Smiths Grove, KY 42171, USA | | 63 | 124.61 |
| 3:49 AM | I-65, Smiths Grove, KY 42171, USA | | 62 | 126.16 |
| 3:50 AM | I-65, Smiths Grove, KY 42171, USA | | 62 | 127.69 |
| 3:52 AM | I-65, Smiths Grove, KY 42171, USA | | 62 | 129.23 |
| 3:53 AM | I-65, Park City, KY 42160, USA | | 62 | 130.77 |
| 3:55 AM | I-65, Park City, KY 42160, USA | | 62 | 132.31 |
| 3:56 AM | I-65, Park City, KY 42160, USA | | 62 | 133.86 |
| 3:58 AM | I-65, Park City, KY 42160, USA | | 62 | 135.39 |
| 3:59 AM | I-65, Cave City, KY 42127, USA | | 62 | 136.94 |
| 4:01 AM | I-65, Cave City, KY 42127, USA | | 62 | 138.48 |
| 4:02 AM | I-65, Horse Cave, KY 42749, USA | | 62 | 140.03 |
| 4:04 AM | I-65, Horse Cave, KY 42749, USA | | 62 | 141.57 |
| 4:05 AM | Ignition Off | I-65, Horse Cave, KY 42749, USA | Engine on time [4h 04m ...] | 142.6 |

08/27/2019  Engine On: [ ]  Stop Time: [ ]  Idling: [ ]  Travel Time: [ ]  Equipment Time [ ]  Distance (miles) [ ]

03.18.0315.22

## SRI Preliminary Report: Estate of Gilberto Gonzalez

**2020**

September 15, 2018 the trailer Mr. Gonzalez was pulling was photographed by Joseph Stidham.



SRI Preliminary Report: Estate of Gilberto Gonzalez **2020**





## SRI Preliminary Report: Estate of Gilberto Gonzalez    **2020**





SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



## V.  HUMAN FACTORS/ OPERATORS AND WITNESSES:

There are several steps that take place between the entry of an object into the visual field and the ultimate response. Briefly these are:

- **Detection.** The detection interval starts when the object or condition of concern enters the field of view and ends when the individual becomes consciously aware that something is present.
- **Identification.** This is a step in which the driver acquires enough information about the hazard to be able to decide what, if anything, should be done about it.
- **Decision.** The driver must now decide what action is appropriate.
- **Response.** The brain issues orders to the necessary muscle groups to set the response in motion.

**Forensic Aspects of Driver Perception and Response, P. Olson; p. 198 (1996)**

These steps combined make up the term commonly referred to as **"perception and reaction".** This term is key in reconstructing any collision; what did the drivers perceive and how did they react?  One must then also ask "what is the forensic evidence?"

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

Dr. Olson states that 0.75 to 1.5 seconds is the time needed for most individuals to detect, identify, decide, and respond to a conspicuous simple threat.[7]

A current methodology utilizing the voluminous studies in human factors that have been completed after Dr. Olson ended his work has been developed by Dr. Jeffery Muttart which identifies a perception reaction time[8] based on the research for different types of collisions and collision situations. Dr. Muttart identifies the difference between perception reaction time and perception response time[9]. Dr. Muttart created the IDRR software that has been accepted in Federal Court to help identify specific times to these situations.



Dr. Muttart identifies that the perception and response time for a motorist at night on a straight road is 2.1 seconds at night.[10]

| Location | Day | Night |
|---|---|---|
| Straight | 1.8 seconds (+/- 0.7 seconds) | 2.1 seconds (+/- 0.8 seconds) |
| Intersection & Curves | 1.3 seconds (+/- 0.5 seconds) | 1.6 seconds (+/- 0.6 seconds) |

---

[7] Forensic Aspects of Perception and Reaction 3rd by: Dr. Paul Olson, Dr. Robert Dewar, and Dr. Eugene Farber

[8] Perception Reaction Time: begins when an easily identifiable hazard starts toward the subject driver's path and ends when the subject driver first reacts (i.e. Foot off the accelerator pedal or first movement of the steering wheel). Driver's Responses in Emergency Situations a Quick Reference by Jeffery Muttart (page 7)

[9] Perception response time refers to a period that includes both the perception-reaction time as well as the physical response time. Therefore, perception-response time includes reaction time (foot off the accelerator), limb movement time (moving the foot to the brake), and system latency (time to press the brake until hard braking). Driver's Responses in Emergency Situations a Quick Reference by Jeffery Muttart (page 8)

[10] Driver's Responses in Emergency Situations a Quick Reference by Jeffery Muttart (page 31)

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

Tpr. Priddy included the following narrative in the KY Uniform Police Traffic Collision Report:

| KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT - NARRATIVE | | | KSP 74 Revised 1/2000 |
|---|---|---|---|
| | | MASTER FILE # 72243053 | |
| INVESTIGATING AGENCY | KY STATE POLICE, POST 03 | AGENCY ORI KSP0300 | LOCAL CODE 2018-44020 |

Unit 2 was traveling in the right lane of interstate 65 at the 58.7 mile marker.  Unit 1 was also traveling northbound on Interstate 65 in the center lane of travel.  Unit 1 for unknown reasons entered into the right lane of travel that was being occupied by Unit 2.  The front of Unit 1 made contact with the rear of Unit 2, causing Unit 1 to become fully engulfed with the operator still in the passenger compartment.  Unit 1 came to final rest directely behind Unit 2 in the right emergency lane of I-65 northbound.  The operator of Unit 1 was pronounced deceased at the scene by the Hart county Coroners Office.  The operator of Unit 2 reported minor injuries and was treated at the Caverna Medical Center.

A collision reconstruction will be completed for collision and attached to the death investigation case report.  See reconstruction for more detailed report.

Tpr. Priddy interviewed Mr. Jean-Louis and Mr. Pierre. These interviews were recorded and the following is a transcript of these interviews:

| | |
|---|---|
| Trooper Daniel Priddy: | This is Trooper Daniel Priddy with the Kentucky State Police.  It is August 27, 2018 at 8:12 central time.  We are at Caverna Memorial Hospital in the ER.  If you will state your name for me.  What's your name? |
| : | Inaudible. |
| Q: | Okay and what is your date of birth?  You were involved in a collision today on I-65 around Horse Cave.  What, can you tell me what exactly happened? |
| A: | **I was in the, I was driving to Louisville and what is the name of the place?** |
| Passenger: | The truck stop.. |
| A: | **The truck stop.** |
| Q: | Luvs, Luv's Truck Stop. |
| A: | **Luv's Truck Stop.** |
| Q: | Okay.  So, you just exited on there at Horse cave? |
| A: | **I was at exit and so I checked my tire, you know what I mean.** .50 |
| Q: | Yeah. |
| A: | **I check my tire when I drive.  And I hear some bumps like ping ping when I look in my mirror.** |
| Q: | Uh huh. |
| A: | **I see a truck behind me and the other truck just push.** |
| Q: | Okay.  What lane was the other truck in? |
| A: | **He was in the middle.** |

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

| | |
|---|---|
| Q: | He was in the middle lane? |
| A: | **Yeah, on the right and the other one is in the left lane.** |
| Q: | Okay. |
| A: | **And just bump, bump, bump.   And I think it is me.  And I look in the mirror and I say, "Stanley, Stanley, Stanley." Then something happen** |
| Q: | Okay.  He come in and rear-ended you. |

1.23

| | |
|---|---|
| A: | **Yeah, he caught me in my back.  Push.** |
| Q: | Okay.  So, he came from the middle lane over to the right lane and hit your truck? |
| A: | **Yeah.  First thing was bump, he might be slipping I don't know.** |
| Q: | Okay. |
| A: | **Was I heard a thumping and I see and I say, "Stanley, Stanley, Stanley."** |
| Q: | Yeah.  So, the other truck that was in the left lane, he was honking at the guy because…. |
| A: | **Right.** |
| Q: | Because he was probably…. |
| A: | **Yeah, he is….** |
| Q: | swerving or something.  I got you.  Alright, so did you see him before he hit your truck?  Did you see him in the middle lane? |
| A: | **Yeah.** |
| Q: | And you seen him come over and hit your truck? |
| A: | **Yeah.** |

1.54

| | |
|---|---|
| Q: | Okay.  And you said you had just got, had just got on the Interstate from Horse Cave? |
| Passenger: | Yeah. |
| A: | **Yes.** |
| Passenger: | Okay, so you just got on the ramp there. |
| A: | **Yes.** |
| Q: | Okay. |
| A: | **And driving.** |
| Q: | How fast do you think you were going?  I mean, I know it takes a little bit of time to get up to speed with a tractor trailer.  Do you think you were going; do you think you were up to speed yet or you were just still accelerating? |
| A: | **I was up to speed.** |
| Q: | You were up to speed? |
| A: | **No, not too much speed.  Uh huh.** |

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

| | |
|---|---|
| Q: | So, you just got off the ramp and you were getting on I-65. |
| A: | **And I was on the ramp and it** |
| | **2.24** |
| | **(unintelligible) truck.** |
| Q: | Yeah. |
| A: | **And I see going left and going in the middle.** |
| Q: | Uh huh. |
| A: | **and the left side and we driving.** |
| Q: | Yeah. |
| A: | **And I see, and I hear honk honk and I look in my mirror.** |
| Q: | Yeah. |
| A: | **And I see the guy coming behind me, I'm trying to speed and I just going, "Stanley, Stanley, Stanley, wake up.  Wake up,"** |
| Q: | I got you. |
| A: | **He hit me.** |
| Q: | So, did you, so you think you got up to full speed yet or were you still accelerating?  Were you still…. |
| Passenger: | (Interpreter in Spanish) |
| | 2051 |
| A: | **Completely not a hundred percent.** |
| Q: | Okay. |
| Passenger: | (Spanish) |
| A: | **Fifty.** |
| Passenger: | Fifty miles an hour. |
| Q: | About fifty miles an hour.  So, you were still accelerating? |
| A: | **I was still accelerating.** |
| Passenger: | He was still accelerating, and I guess he was about to be in violation of his logbook. |
| Q: | Okay. |
| Passenger: | And he was trying to get to the rest area. |
| Q: | I got you.  I got you.  And you were the passenger? |
| Passenger: | I was asleep. |
| Q: | But you were sleeping, okay.  What is your name? |
| Passenger: | Huh? |
| Q: | What is your name? |
| | 3.21 |
| Passenger: |  Stan (unintelligible) |
| Q: | Okay and did the other trooper get your date of birth as well?. |

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

| | |
|---|---|
| Passenger: | Yeah, he did. |
| Q: | Okay.  We need it for the accident report….. |
| Passenger: | I understand. |
| Q: | for the passenger report and stuff.  Can you think of anything else that happened that you seen or anything, either one of you? |
| Passenger: | From what he has told me, the guy was knocked out. |
| Q: | Yeah. |
| Passenger: | So, he told me that maybe he was driving he heard something like, you know, like the tire, so he wanted to stop at the truck stop to see what is going on. |
| Q: | Yeah. |
| Passenger: | And he did a vehicle inspection and everything was all clear. |

3.50

| | |
|---|---|
| Q: | Uh huh. |
| Passenger: | So, he got back, and he was about to go on the road again and his app on his phone notified him that he was about to be in violation. |
| Q: | Okay. |
| Passenger: | So, he noted that he knew that he needed to stop and he was going to go to the next rest area and all of a sudden I heard him saying Stanley, Stanley, Stanley, Get up get up and then my head just went straight to the Bam Bam and I was just like, "Oh man."  And I was like, "What this guy did now?" |
| Q: | Yeah. |
| Passenger: | And you know as, I'm thinking, "What this guy did now?" |
| Q: | Right. |
| Passenger: | I said "Don't tell me the tire blew out?"  But when he tell me, "Jump out. The truck is on fire." |

4.23

| | |
|---|---|
| Q: | Right. |
| A: | **When the guy is, I hear the horn Boom, boom Boom and I look in my mirror and I see the truck coming behind me.** |
| Q: | Uh huh. |
| A: | **And I am trying to speed and I was just going, "Look up, look up, look up."** |
| Q: | So, you seen the guy in the middle lane and kind of swerving? |

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

| | |
|---|---|
| A: | **Yeah.  He was was swerving because the guy on the horn went Woot Woot.** |
| Q: | Yeah. |
| A: | **He just come, and I seen him coming and I said, "Look up, look up, look up."  And….** |
| Q: | He hit you. |
| A: | **He hit me.  He just hit me.** |
| Q: | Alright, well, can either one of you think of anything else that you seen or heard or anything? |
| Passenger: | No just the truck video for my office. |

5.05

| | |
|---|---|
| Q: | Okay.  Okay. After the collision was over with you took some …… |
| Passenger: | Yes, after because the paramedics had not took over the truck. |
| Q: | Yeah. |
| Passenger: | So, we needed that as evidence for our insurance and everything.  That's it for me.  I don't really know anything, I was sleeping and then all of a sudden, the collision of the truck…. |
| Q: | Right. |
| Passenger: | woke me up. |
| Q: | Okay. |
| Passenger: | You know. |
| Q: | Where were you, where were you all coming from? |
| Passenger: | We were coming from San Antonio, Texas. |
| Q: | San Antonio, Texas. |
| Passenger: | Right. |
| Q: | How…. |

5.42

| | |
|---|---|
| Passenger: | We were heading down to Georgetown, Kentucky. |
| Q: | Okay so you were going from San Antonio to Georgetown, Kentucky. |
| Passenger: | Right.  To drop off, it was empty racks from Toyota we picked up. |
| Q: | Okay. |
| Passenger: | It was empty racks and that is what we were actually shipping.  We were like two hours away.  One hundred and thirty-five miles away from the destination. |
| Q: | I got you. Were you all switching driving back and forth or…. |
| Passenger: | It was his time to drive. |
| Q: | His time to drive. |
| Passenger: | Correct. |

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

| | |
|---|---|
| Q: | Do you drive anytime on the trip? |
| Passenger: | Yeah, yeah, yeah, yeah. |

6.10

| | |
|---|---|
| Q: | Yes, you all were both drivers.  You just switched. |
| Passenger: | We just switched. |
| Q: | Okay. |
| Passenger: | It was his time.  My time would have been around about 7 something.  I was done. |
| Q: | Okay. |
| Passenger: | It was something like 8:03, I would say when he started driving. |
| Q: | Alright, I appreciate you guys talking to me.  This is concluding this interview.  It is 8:19 central time. |

6.35

### VI.   COLLISION ANALYSIS:

To identify what occurred in this collision we have to first analyze the unbiased data that is contained in the GPS data for the two trucks. The data for Mr. Jean-Louis' truck was entered in Google Earth to identify his location at certain points. The 5 points of most interest was where he stopped on the I-65 shoulder, where he attained a speed of 10.3 mph, where he reached 15.1 mph the area of impact and then where his speed was 0 mph post impact. The following map depicts these locations:

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



Mr. Jean-Jean Louis pulled from his stopped position and traveled 217.95 feet to attain his speed of 10.3 mph. At this data point it appears Mr. Jean-Louis is still at least partially on the shoulder.



## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



The calculated acceleration factor for Mr. Jean-Louis was 0.016 g's.[ii] Mr. Jean-Louis then traveled 188.41 feet where he attained a speed of 15.1 mph. His acceleration factor for this segment would have been 0.021 g's.[iii] At this data point it also appears that Mr. Jean Louis is still at least partially on the shoulder:



## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



Mr. Jean-Louis then traveled approximately 239.9 feet[11] to the area of impact. Assuming the same acceleration factor of 0.021 g's Mr. Jean-Louis would have been traveling 19.4 mph at impact.[iv]

---

[11] The 60 feet length of the truck has to me added to the 179.9 feet to have the rear of the truck at impact

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



The AOI in this map was determined from the physical evidence at the scene of the collision

The time for Mr. Jean-Louis to have traveled this distance would have been 9.28 seconds.[v] From the location Mr. Jean-Louis began to move to the location he began to move right into the north bond lanes of travel Mr. Gonzalez would have been visible in Mr. Jean-Louis left side mirror.

Mr. Gonzalez was traveling a consistent 62 mph through the time period leading up to this collision.[12] Traveling 62 mph Mr. Gonzalez would have been approximately 836.5 feet[vi] from Mr. Jean-Louis as Mr. Jean-Louis began to move into the north bound lane of travel. CMV turn signals do not self-cancel like automobiles do and the lights post-impact do not indicate Mr. Jean-Louis ever activated his left turn signal. This would have been crucial to Mr. Gonzalez as the proper way for a CMV driver to pull on the interstate lane from the shoulder is to accelerate to near roadway speeds on the shoulder then merge into the travel lane.[13] Mr. Gonzalez would have a reasonable expectation that Mr. Jean-Louis was simply moving up the shoulder as he approached from the rear of his vehicle. With the perception the Jean-Louis vehicle was on the shoulder there would have been no hazard for Mr. Gonzalez to react to. At a distance of 836.5 feet away his headlamps would not have been sufficient to have illuminated the roadway ahead for him to determine the position of the Jean-Louis vehicle other than to know it was positioned to his right which would have placed it on the shoulder.

As Mr. Gonzalez arrived at a point that he detected the Jean-Louis truck was moving in the road the typical reaction of a motorist is to change lanes. The typical driver makes 2.5 head turns to check the mirrors in preparation to change lanes which takes 3 to 7 seconds before the motorist begins to

---

[12] Verizon Connect Reveal GPS data for Mr. Gonzalez's truck
[13] H.C.T.C. CDL Training Course

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

move left.[14] It would then take Mr. Gonzalez approximately 124 feet to change lanes. Mr. Gonzalez would have already surpassed the point of no escape.

The physical evidence left on the vehicles and roadway indicates that Mr. Gonzalez was traveling straight ahead in the right hand lane of travel when he impacted the rear of the Jean-Louis which is inconsistent with Mr. Jean-Louis's statement to Tpr. Priddy that Mr. Gonzalez was changing from the middle lane to the right hand lane.

The physical evidence on the vehicles in this collision also identifies that the closing speeds of these two vehicles was much greater than 12 miles per hour or less.

## VII.   EFFECTS OF MR. JEAN-LOUIS DECEIPTIVE STATEMENT TO TPR. PRIDDY:

Tpr. Priddy's report contained a number of errors as a result of the statement of Mr. Jean-Louis. The following are the pages of this report and the conclusions he drew from the statement made by Mr. Jean-Louis:

---

[14] Driver's Responses in Emergency Situations a Quick Reference by Jeffery Muttart (page 40)

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



Kentucky State Police

**WITNESSES:**

Joseph Lyons -         . Horse Cave, KY 42749

Nathan Stevens —          Louisville, KY 4024:

**PRE-CRASH:**

Unit 1 departed from Nashville, TN and was traveling to Louisville, KY.  Unit 1 stopped at Pilot Fuel Stop in Franklin, KY at 02:50 a.m.  Unit 1 departed from Franklin, KY traveling toward Louisville, KY at 03:09 a.m.

Unit 2 departed from Benton, AR and was traveling to Georgetown, KY.  Unit 2 stopped at Exit 58 in Horse Cave, KY at 03:33 a.m.  Unit 2 departed from Horse Cave traveling toward Georgetown, KY at 03:57 a.m.

Unit 1 was operated by Gilberto Gonzalez.  Gonzalez was operating a LIS Logistics owned 2007 Freightliner commercial vehicle that was traveling northbound on I-65.  Unit 2 was operated by Patrick Jean-Louis.  Jean-Louis was operating a  Point Logistics owned 2013 Volvo commercial vehicle and had ramped on to I-65 northbound from exit 58 at Horse Cava, KY.  See figure 3.



Figure 3

This diagram depicts Mr. Gonzalez in the center lane of travel this is based solely on the statement of Mr. Jean-Louis

Trooper Daniel Priddy  U/305                03-18-0315  56                          8

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



Kentucky State Police

Unit 2 had just entered I-65 at the 58 mile marker entrance ramp. Unit 2 stated that he was still gaining speed and estimated his speed at 50 mph. The operator of Unit 2 stated that Unit 1 was in the middle lane of I-65 and then merged into the right lane behind Unit 2 just prior to the collision. See Figure 4.

Figure 4

### CRASH:

Unit 1 while traveling northbound on I-65 merged into the right lane of travel behind Unit 2. The detailed drivers log for Unit 1 showed he was traveling 62 mph at the time of the collision. Unit 2 had just merged onto I-65 from exit 58 was not up to full speed. The front of Unit 1 made contact with the rear of Unit 2's trailer causing gouge marks on the roadway at the point of impact. The impact also caused a large fluid spill that continued to final rest. (See figure 5 and 6 below)

Trooper Daniel Priddy  U/305          03-18-0315    57                    9

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**



Kentucky State Police

### SUMMARY AND CONCLUSIONS:

Based upon my investigation, review of the evidence, statements from occupants and witnesses I have made the following observations:

Traffic on I-65 north near the 58.7 mile marker was traveling normally. This portion of I-65 has three lanes of travel north and three lanes of travel south that is separated by a concrete barrier.

Unit 2 had entered I-65 from exit 58 where he had stopped at the Love's Travel Stop to perform a vehicle inspection of his commercial vehicle. Once Unit 2 entered I-65 it began to accelerate in the right lane of travel. The operator of Unit 2 estimated his speed at the time of the collision at 50mph.

Unit 1 was traveling north on I-65 in the middle lane near the 58.7 mile marker. Unit 1, for unknown reasons, merged from the middle lane to the right lane of travel behind Unit 2. The front of Unit 1's truck made contact with the rear of Unit 2's trailer causing damage to both vehicles. Unit 1, who had bought 134,147 gallons of diesel approximately 56 miles prior to the collision, displayed a large fluid spill from the area of impact until final rest. Both Unit 1 and Unit 2 came to final rest with moderate damage to vehicles and minor injuries to occupants of the vehicles. The operator of Unit 1 made a phone call to his wife stating that he was uninjured in the collision. Following the collision and units coming to final rest Unit 1 became engulfed in flames. The operator of Unit 1 was unable to escape the passenger compartment of Unit 1 and succumbed to injuries sustained in the fire of his vehicle. The Office of the Chief Medical Examiner determined that the cause of death was thermal and smoke inhalation.

The distance from the exit ramp of the 58 mile marker to the point of impact was measured at 1366 feet. Unit 2 traveled approximately one quarter of a mile on I-65 prior to being struck by Unit 1 in the rear of its trailer.

*Senior Trooper Daniel Priddy, Unit 305*
Kentucky State Police – Post 3 Collision Reconstructionist
3119 Nashville Road
Bowling Green, KY 42101
(270) 782-2010

Trooper Daniel Priddy  U/305                03-18-0315  *62*                          14

These errors in Tpr. Priddy's report in no way reflect on him he did not have the GPS data from the Jean-Louis truck available at the writing of his report nor did he have the ECM data from the Jean-Louis truck available to him.

The GPS data for both trucks identify that this collision occurred at 04:05 am.

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

| | | | |
|---|---|---|---|
| 4.02 AM | | I-65, Horse Cave, KY 42749, USA | 62 | 140.03 |
| 4:04 AM | | I-65, Horse Cave, KY 42749, USA | 62 | 141.57 |
| 4:05 AM | Ignition Off | I-65, Horse Cave, KY 42749, USA | Engine on time [4h 04m ⁻¹ ˢ] | 142.8 |

GPS data from the Gonzalez vehicle. Note the ignition is off at 4:05 am. This reading would have occurred post collision.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Breadcrumb |
| 8/27/2018 4:05 AM | Glasgow, KY | 37.2130783, -85.9358484 | 0 | 17.8 (N) | 772,661.75 | 585.53 | 136.03 | | Vehicle stopped |
| 8/27/2018 4:05 AM | Glasgow, KY | 37.213079, -85.9358509 | 0 | 10.2 (N) | 772,661.75 | | | | Breadcrumb |
| 8/27/2018 4:05 AM | Glasgow, KY | 37.2108028, -85.9361709 | 15.1 | 8.0 (N) | 772,661.59 | 585.5 | 136.02 | | Vehicle moving |
| 8/27/2018 4:04 AM | Glasgow, KY | 37.2102018, -85.9362408 | 10.2 | 4.2 (N) | 772,661.56 | | | | |

GPS data from the Jean-Louis vehicle.

## VIII.   OPINIONS AND CONCLUSIONS:

Based on the physical evidence, scene inspection, the materials previously listed in this report all of which are the type of materials customarily and reasonably relied upon by accident reconstruction experts, my training, experience, and education I have arrived at the following conclusions and opinions:

1.   The Keep Trucking GPS tracking data for the Jean-louis vehicle identifies that the stopped on the shoulder of I-65 for approximately 4 minutes then attempted to merge into the right hand lane of I-65 attaining a speed of approximately 15 mph when reached the area of impact. The following is a map which we prepared containing this information:



## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

2. This collision was caused by Mr. Jean-Louis merging onto I-65 directly into the path of Mr. Gonzalez at a point in time where it limited the ability of Mr. Gonzalez's ability to avoid t colliding with Mr. Jean-Louis. This was a violation of KRS 189.330(10) which states as follows:

**(10) The operator of a vehicle about to enter or cross a roadway from any place other than another roadway shall yield the right-of-way to all vehicles approaching on the roadway to be entered or crossed.**

FMCSR 392.2, the standards of the NJ CDL Manual, and the FMCSA accident countermeasures identified in B2 which states as follows:

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

---

### RIGHT-OF-WAY | **B2**

TYPICAL ACCIDENT SITUATIONS



---

COUNTERMEASURE

*Objective:*
To prevent accidents by giving the "right-of-way" until it is apparent that the right-of-way is being given by the other driver.

*Description:*
Generally the driver who arrives last gives the right-of-way to those who were already there. You give the right-of-way when entering traffic. You give the right-of-way when turning left in front of approaching traffic. You give the right-of-way when changing lanes. You move into your intended path or direction only after you are assured you will not conflict with other traffic.

*Questions for management:*
• Do your drivers understand the meaning of right-of-way?
• Do you periodically have a qualified person ride with your drivers to evaluate their behavior in right-of-way situations?
• Do you have a realistic scheduling policy which does not encourage drivers to take the right-of-way rather than give it?
• Are the drivers aware of the concept of "preventable accident"?

*Driving tips:*
• Do not force other drivers to brake or steer because of your obstructive maneuver into their path.
• Assume other drivers will not see you and avoid you when you maneuver into their path.
• Move into your intended path or direction only after you are assured you will not conflict with other traffic.

---

REGULATIONS: FMCSR 383.110; 383.111; 383.113; 383.115.
REFERENCES: D1.

FHWA Commercial Vehicle Preventable Accident Manual                                        Triodyne Inc.

23

---

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

3. As Mr. Jean-Louis began merging onto I-65 directly into the path of Mr. Gonzalez he failed to perform visual scans and failed to identify the immediate hazard of the approaching Gonzalez truck which are gross deviations of the standards in the NJ CDL Manual and violations of KRS 189.290(1) which states as follows:

**(1) The operator of any vehicle upon a highway shall operate the vehicle in a careful manner, with regard for the safety and convenience of pedestrians and other vehicles upon the highway.**

4. Mr. Gonzalez traveling north bound on I-65 in the right lane had the right of way during this collision sequence. Existing laws and regulations require Mr. Jean-Louis to remain on the shoulder until Mr. Gonzalez had passed so both vehicles could proceed safely.

5. The factual data received from Keep Trucking directly contradicts the statement Mr. Jean-Louis gave to the KSP that he was traveling 50 mph at the time of this collision.

6. Mr. Gonzalez logbook indicates that he was traveling approximately 62 mph in the vicinity of this collision.



The approximate speed of Mr. Jean-Louis truck in the area of impact was 15 mph. This would indicate a closing speed of nearly 47 mph for Mr. Gonzalez. Dr. Jeffery Muttart identifies the following:

**"The delineation between avoidable and unavoidable events in these higher closing speed events is when the closing speed is 35 mph."**[15]

This extreme closing speed is atypical for interstate driving and was caused by Mr. Jean-Louis attempting to merge directly into the path of Mr. Gonzalez.

---

[15] Drivers' Responses in emergency Situations A Quick Reference by Dr. Jeffery Muttart (34)

SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

7. Mr. Jean-Louis had the shoulder of I-65 available to him to bring his truck up to road speed prior to merging onto I-65 north bound. His failure to use this shoulder contradicts the training a CMV driver receives and endangers the motoring public. This was a reckless act by Mr. Jean-Louis and is the proximate cause of this collision. This action by Mr. Jean-Louis is in violation of KRS 189.290.

8. This report was writing with the available information. I reserve the right to supplement this report should new evidence be found.

Joseph E. Stidham
B.S. Criminal Justice/Police Studies
Advanced Traffic Collision Reconstructionist

*I reserve the right to alter my opinions should new evidence be found.*

Phone: (606) 279-6043 ◦ Fax: (606) 279-6042 ◦ Address: P.O. Box 632 Wooton, KY 41776
Email:joeystidham@stidhamreconstruction.com
Website: stidhamreconstruction.com

*Serving our clients since 1998*

# SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

i

APPENDIX A - TIRE-ROAD-FRICTION VALUES

| Description of Road Surface | Automobile Tire | Truck Tire |
|---|---|---|
| **Table A-2** VARIOUS SURFACES FOR CARS AND TRUCKS | | |
| Dry Concrete | .85 | .65 |
| Dry Asphalt | .80 | .60 |
| Wet Concrete | .70-.80 | .50 |
| West Asphalt | .45-.80 | .30 |
| Packed Snow | .15 | .15 |
| Ice | .05 | .11 (Dry) .07 (Wet) |
| Dry Dirt | .65 | -- |
| Mud | .40-.50 | -- |
| Gravel or Sand | .55 | -- |
| Wet, Oily, Smooth Concrete | -- | .25 |
| Hard-packed Snow w. Chains | -- | .60 |
| Dry Ice w. Chains | -- | .25 |

*Collins, J. (1979)*

ii

$$f = \frac{Sf^2 - So^2}{30 \times D}$$

$$f = \frac{10.300^2 - 0.000^2}{30 \times 217.950}$$

$$f = \frac{106.090 - 0.000}{30 \times 217.950}$$

$$f = \frac{106.090}{6538.500}$$

$$f = 0.016$$

*f = The Acceleration/Drag Factor.*
*So = The Original Speed in MPH/KPH.*
*Sf = The Final Speed in MPH/KPH.*
*30 = A Constant.*
*D = The Distance in Feet.*

iii

$$f = \frac{Sf^2 - So^2}{30 \times D}$$

$$f = \frac{15.100^2 - 10.300^2}{30 \times 188.410}$$

$$f = \frac{228.010 - 106.090}{30 \times 188.410}$$

$$f = \frac{121.920}{5652.300}$$

$$f = 0.021$$

*f = The Acceleration/Drag Factor.*
*So = The Original Speed in MPH/KPH.*
*Sf = The Final Speed in MPH/KPH.*
*30 = A Constant.*
*D = The Distance in Feet.*

iv

## SRI Preliminary Report: Estate of Gilberto Gonzalez | **2020**

$Sf = \sqrt{So^2 \pm (30 \times D \times f)}$

$Sf = \sqrt{15.100^2 + (30 \times 239.900 \times 0.021)}$

$Sf = \sqrt{228.010 + 151.137}$

$Sf = \sqrt{379.147}$

$Sf = 19.471$

Sf = The Final Speed in MPH/KPH.
So = The Original Speed in MPH/KPH.
30 = A Constant.
D = The Distance in Feet.
f = The Acceleration/Drag Factor.

v

$t = \dfrac{0.0455 \times (Sf - So)}{f}$

$t = \dfrac{0.0455 \times (19.400 - 15.100)}{0.021}$

$t = \dfrac{0.195}{0.021}$        $t = 9.285$

t = The Time in Seconds.
0.0455 = A Constant.
Sf = The Final Speed in MPH/KPH.
So = The Original Speed in MPH/KPH.
f = The Acceleration/Drag Factor.

vi

$D = 1.466 \times So \times t$

$D = 1.466 \times 62.000 \times 9.200$

$D = 836.586$

D = The Distance in Feet.
1.466... = A Constant.
So = The Original Speed in MPH/KPH.
t = The Time in Seconds.