**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

MERCEDES GONZALEZ                                                                                         PLAINTIFF

v.                                                                         **CIVIL ACTION NO. 1:19-cv-00027-HBB**

POINT LOGISTICS, INC.
PATRICK JEAN-LOUIS
and
MOTORISTS MUTUAL INSURANCE COMPANY                                          DEFENDANTS

**AGREED ORDER DISMISSING AS SETTLED**

The parties hereto being in agreement and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that any and all claims asserted in the above-styled action shall be, and the same hereby are, dismissed with prejudice as settled, with the parties to bear their own costs. This Order is final and appealable as there is no just reason for delay.

Order Tendered by:

/s/ Stockard R. Hickey III
Stockard R. Hickey III  (KBA #83077)
KOPKA PINKUS DOLIN, PC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
srhickey@kopkalaw.com
C*ounsel for Defendant Point Logistics, Inc.*


Have seen and agree to entry:

/s/ David M. Scott *(with permission)*
David M. Scott
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299
*Counsel for Plaintiff*


Have seen and agree to entry:

/s/  Michael E. Hammond *(with permission)*
Michael E. Hammond.
Landrum & Shouse, LLP
P.O. Box 951
Lexington, Kentucky 40599-0951
*Counsel for Defendant Patrick Jean-Louis*