UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

MERCEDES GONZALEZ                                                                                    PLAINTIFF

v.                                                            CIVIL ACTION NO. 1:19-cv-00027-HBB

POINT LOGISTICS, INC.
PATRICK JEAN-LOUIS
and
MOTORISTS MUTUAL INSURANCE COMPANY                              DEFENDANTS

### AGREED ORDER DISMISSING AS SETTLED

The parties hereto being in agreement and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that any and all claims asserted in the above-styled action shall be, and the same hereby are, dismissed with prejudice as settled, with the parties to bear their own costs. This Order is final and appealable as there is no just reason for delay.

March 28, 2022

H. Brent Brennenstuhl
United States Magistrate Judge

Order Tendered by:

/s/ Stockard R. Hickey III
Stockard R. Hickey III  (KBA #83077)
KOPKA PINKUS DOLIN, PC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
srhickey@kopkalaw.com
*Counsel for Defendant Point Logistics, Inc.*


Have seen and agree to entry:

/s/ David M. Scott  *(with permission)*
David M. Scott
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299
*Counsel for Plaintiff*


Have seen and agree to entry:

/s/  Michael E. Hammond *(with permission)*
Michael E. Hammond.
Landrum & Shouse, LLP
P.O. Box 951
Lexington, Kentucky 40599-0951
*Counsel for Defendant Patrick Jean-Louis*